**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | **CASE No.: 1:19-cv-06396-JPO**<br><br>**NOTICE OF MOTION OF JONATHAN WONG TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants. | **CASE No.: 1:19-cv-06438-JPO**<br><br>**CLASS ACTION** |

Additional Case Captions on Following Page

1

| | |
|---|---|
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>Defendants. | **CASE No.: 1:19-cv-06883-JPO**<br><br>**CLASS ACTION** |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | **CASE No.: 1:19-cv-07164-JPO**<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Jonathan Wong ("Movant") hereby moves this Court, the Honorable J. Paul Oetken, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

      (a)     consolidating the related actions;

      (b)     appointing Movant to serve as Lead Plaintiff in this action; and

      (c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

2

In support of this Motion, Movant submits: (i) the Memorandum of Law dated September 9, 2019 (and exhibits); and (ii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Dated: September 9, 2019                    Respectfully submitted,

                                            **THE ROSEN LAW FIRM, P.A.**

                                            /s/ Phillip Kim
                                            Phillip Kim, Esq. (PK 9384)
                                            Laurence M. Rosen, Esq. (LR 5733)
                                            275 Madison Avenue, 34th Floor
                                            New York, New York 10016
                                            Telephone: (212) 686-1060
                                            Fax: (212) 202-3827
                                            Email: pkim@rosenlegal.com
                                            Email: lrosen@rosenlegal.com

                                            *[Proposed] Lead Counsel for Lead Plaintiff
                                            and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim