# EXHIBIT 3

**CannTrust Holdings Inc. Loss Chart**

**Class Period: November 14, 2018 through July 5, 2019**

**Lookback Price** $2.30

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jonathan Wong | 3/5/2019 | 600 | ($8.96) | ($5,376.00) | 3/8/2019 | 600 | $8.13 | $4,878.00 | | | |
| | 3/6/2019 | 3,000 | ($8.85) | ($26,550.00) | 3/11/2019 | 349 | $8.59 | $2,997.91 | | | |
| | 3/6/2019 | 2,400 | ($8.95) | ($21,480.00) | 3/11/2019 | 3,000 | $8.59 | $25,770.00 | | | |
| | 3/6/2019 | 3,000 | ($8.90) | ($26,700.00) | 3/11/2019 | 191 | $8.59 | $1,640.69 | | | |
| | 3/6/2019 | 2,257 | ($8.85) | ($19,974.45) | 3/11/2019 | 55 | $8.59 | $472.45 | | | |
| | 3/7/2019 | 3,456 | ($8.68) | ($29,998.08) | 3/11/2019 | 3,456 | $8.59 | $29,687.04 | | | |
| | 3/7/2019 | 4,756 | ($8.40) | ($39,950.40) | 3/11/2019 | 4,756 | $8.59 | $40,854.04 | | | |
| | 3/8/2019 | 349 | ($8.39) | ($2,928.11) | 3/11/2019 | 3,000 | $8.59 | $25,770.00 | | | |
| | 3/8/2019 | 3,000 | ($8.17) | ($24,510.00) | 3/11/2019 | 2,400 | $8.59 | $20,616.00 | | | |
| | 3/8/2019 | 191 | ($8.39) | ($1,602.49) | 3/11/2019 | 3,000 | $8.59 | $25,770.00 | | | |
| | 3/8/2019 | 55 | ($8.39) | ($461.45) | 3/11/2019 | 2,257 | $8.59 | $19,387.63 | | | |
| | 4/1/2019 | 5,798 | ($7.84) | ($45,456.32) | 4/1/2019 | 5,798 | $8.04 | $46,615.92 | | | |
| | 4/1/2019 | 3,700 | ($8.07) | ($29,859.00) | 4/5/2019 | 5,091 | $7.49 | $38,131.59 | | | |
| | 4/2/2019 | 6,393 | ($7.81) | ($49,929.33) | 4/5/2019 | 100 | $7.49 | $749.00 | | | |
| | 4/3/2019 | 100 | ($7.66) | ($766.00) | 4/5/2019 | 5,050 | $7.49 | $37,824.50 | | | |
| | 4/3/2019 | 5,050 | ($7.66) | ($38,683.00) | 4/5/2019 | 1,534 | $7.49 | $11,489.66 | | | |
| | 4/3/2019 | 1,534 | ($7.66) | ($11,750.44) | 4/5/2019 | 1,754 | $7.49 | $13,137.46 | | | |
| | 4/3/2019 | 1,754 | ($7.66) | ($13,435.64) | 4/8/2019 | 9,150 | $7.71 | $70,546.50 | | | |
| | 4/3/2019 | 9,150 | ($7.65) | ($69,997.50) | 4/8/2019 | 6,393 | $7.71 | $49,290.03 | | | |
| | 4/4/2019 | 5,091 | ($7.45) | ($37,927.95) | 4/8/2019 | 3,700 | $7.71 | $28,527.00 | | | |
| | 4/14/2019 | 1,736 | ($7.46) | ($12,950.56) | 7/15/2019 | 1,906 | $2.50 | $4,765.00 | | | |
| | 4/15/2019 | 1,534 | ($7.32) | ($11,228.88) | 7/15/2019 | 400 | $2.50 | $1,000.00 | | | |
| | 4/21/2019 | 404 | ($7.81) | ($3,155.24) | 7/15/2019 | 300 | $2.50 | $750.00 | | | |
| | 4/22/2019 | 398 | ($7.49) | ($2,981.02) | 7/15/2019 | 5,050 | $2.50 | $12,625.00 | | | |
| | 4/22/2019 | 1,198 | ($7.59) | ($9,092.82) | 7/15/2019 | 100 | $2.50 | $250.00 | | | |
| | 4/22/2019 | 1,363 | ($7.50) | ($10,222.50) | 7/15/2019 | 3,306 | $2.50 | $8,265.00 | | | |
| | 4/22/2019 | 551 | ($7.14) | ($3,934.14) | 7/15/2019 | 188 | $2.50 | $470.00 | | | |
| | 4/22/2019 | 580 | ($7.37) | ($4,274.60) | 7/15/2019 | 1,754 | $2.50 | $4,385.00 | | | |
| | 4/28/2019 | 400 | ($7.05) | ($2,820.00) | 7/15/2019 | 407 | $2.50 | $1,017.50 | | | |
| | 4/28/2019 | 300 | ($7.05) | ($2,115.00) | 7/15/2019 | 398 | $2.50 | $995.00 | | | |
| | 4/28/2019 | 5,050 | ($7.09) | ($35,804.50) | 7/15/2019 | 1,198 | $2.50 | $2,995.00 | | | |
| | 4/28/2019 | 100 | ($7.05) | ($705.00) | 7/15/2019 | 1,363 | $2.50 | $3,407.50 | | | |
| | 4/28/2019 | 3,306 | ($6.65) | ($21,984.90) | 7/15/2019 | 551 | $2.50 | $1,377.50 | | | |
| | 4/28/2019 | 188 | ($6.64) | ($1,248.32) | 7/15/2019 | 580 | $2.50 | $1,450.00 | | | |
| | 4/28/2019 | 1,754 | ($7.05) | ($12,365.70) | 7/15/2019 | 404 | $2.50 | $1,010.00 | | | |
| | 4/28/2019 | 407 | ($6.77) | ($2,755.39) | 7/15/2019 | 1,534 | $2.50 | $3,835.00 | | | |
| | 4/30/2019 | 7,235 | ($6.91) | ($49,993.85) | 7/15/2019 | 1,736 | $2.50 | $4,340.00 | | | |
| | 5/1/2019 | 1,906 | ($6.55) | ($12,484.30) | 7/15/2019 | 5,008 | $2.50 | $12,520.00 | | | |
| | 5/1/2019 | 7,485 | ($6.68) | ($49,999.80) | 7/15/2019 | 8,200 | $2.50 | $20,500.00 | | | |
| | 5/3/2019 | 8,200 | ($6.07) | ($49,774.00) | 7/15/2019 | 7,485 | $2.50 | $18,712.50 | | | |
| | 5/7/2019 | 5,008 | ($5.80) | ($29,046.40) | 7/15/2019 | 7,235 | $2.50 | $18,087.50 | | | |
| **TOTAL:** | | **110,737** | | **($826,273.08)** | | **110,737** | | **$616,912.92** | **0** | **$0.00** | **($209,360.16)** |