**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, <br><br>                  Plaintiff, <br><br>      v. <br><br><br> CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br>                  Defendants. | Civ. A. No. 1:19-cv-06396-JPO |

(Additional Captions on Following Page)

**NOTICE OF MOTION AND MOTION OF NICK HAILA FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| GUSTAVO ALVARADO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br><br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants. | Civ. A. No. 1:19-cv-6438-JPO |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br><br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Civ. A. No. 1:19-cv-06883-JPO |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br><br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants. | Civ. A. No. 1:19-cv-07164-JPO |

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable J. Paul Oetken at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, Nick Haila, by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Nick Haila as lead plaintiff in the Related Actions; (3) approving Nick Haila's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as lead counsel for the class; and (4) for any such further relief as the Court may deem just and proper.

In support of his motion, Mr. Haila submits his Memorandum of Law in Support of his Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support of the Motion of Nick Haila for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of his Selection of Lead Counsel, dated September 9, 2019.

Mr. Haila's motion is made on the grounds that he believes that he is the "most adequate plaintiff" pursuant to the PSLRA and should, therefore, be appointed lead plaintiff. Specifically, Mr. Haila believes that he has the "largest financial interest" in the relief sought by the class in the Related Actions as a result of the substantial loss he suffered on his purchases of CannTrust Holdings Inc. securities during the Class Period. Mr. Haila also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

WHEREFORE, Mr. Haila respectfully requests that the Court: (1) consolidate the Related Actions, (2) appoint Mr. Haila as lead plaintiff in the Related Actions in accordance with the PSLRA; (3) approve Mr. Haila's selection of Kaplan Fox to serve as lead counsel for the Class; and (4) grant any such further relief that the Court may deem just and proper.

Dated:  September 9, 2019                         Respectfully submitted,

/s/               *Jeffrey P. Campisi*

Jeffrey P. Campisi
Robert N. Kaplan
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: jcampisi@kaplanfox.com
        rkaplan@kaplanfox.com
        juris@kaplanfox.com

*Attorneys for Movant Nick Haila*

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on September 9, 2019, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/  *Jeffrey P. Campisi*

Jeffrey P. Campisi
