**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, <br><br>                        Plaintiff, <br><br>        v. <br><br><br> CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br>                        Defendants. | Civ. A. No. 1:19-cv-06396-JPO |

(Additional Captions on Following Page)

**[PROPOSED] ORDER GRANTING THE MOTION OF NICK HAILA FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| GUSTAVO ALVARADO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants. | Civ. A. No. 1:19-cv-6438-JPO |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Civ. A. No. 1:19-cv-06883-JPO |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants. | Civ. A. No. 1:19-cv-07164-JPO |

Having considered Nick Haila's motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of His Selection of Lead Counsel, the accompanying Memorandum of Law, and Declaration of Jeffrey P. Campisi in Support of the Motion of Nick Haila for Consolidation of Related Actions, Appointment of Lead Plaintiff, and Approval of his Selection of Lead Counsel, dated September 9, 2019, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Nick Haila's Motion is GRANTED, and all other pending motions are DENIED.

2. The Related Actions are hereby consolidated.

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Nick Haila is appointed to serve as Lead Plaintiff in the above-captioned matter and any subsequently filed or transferred actions that relate to the above-captioned action.

4. Nick Haila's choice of Lead Counsel is approved and Kaplan Fox & Kilsheimer LLP is appointed Lead Counsel for the proposed class.


IT IS SO ORDERED.

DATED: _____

THE HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE