**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civ. A. No. 1:19-cv-06396-JPO |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |

(Additional Captions on Following Page)

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF NICK HAILA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| GUSTAVO ALVARADO, on Behalf of Himself and All Others Similarly Situated, | Civ. A. No. 1:19-cv-6438-JPO |
| Plaintiff, | |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | |
| Defendants. | |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated, | Civ. A. No. 1:19-cv-06883-JPO |
| Plaintiff, | |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated, | Civ. A. No. 1:19-cv-07164-JPO |
| Plaintiff, | |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | |
| Defendants. | |

I, JEFFREY P. CAMPISI, pursuant to 28 U.S.C. § 1746, declare the following under the penalty of perjury:

1.  I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP. I am admitted to the bar of the State of New York and admitted to practice before this Court and am in good standing.

2.  I respectfully submit this Declaration in support of the motion of Nick Haila for: (1) consolidation of the Related Actions; (2) appointment as lead plaintiff; and (3) approval of lead plaintiff's selection of lead counsel.

3.  Attached hereto are true and correct copies of the following documents:

Exhibit A:  Nick Haila's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:  Chart reflecting Nick Haila's estimated losses, prepared by counsel.

Exhibit C:  Firm Resume of Kaplan Fox & Kilsheimer LLP; and

Exhibit D:  July 10, 2019 Notice of Pendency of this Class Action on Business Wire.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2019

/s/        *Jeffrey P. Campisi*
Jeffrey P. Campisi

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on September 9, 2019, I caused the foregoing

to be served on all counsel of record by filing the same with the Court using the CM\ECF system

which will send electronic notices of the filing to all counsel of record.

/s/        *Jeffrey P. Campisi*
Jeffrey P. Campisi