# EXHIBIT B

## Nick Haila

### Estimated Losses in CannTrust Holdings, Inc. (NYSE: CTST; OTC: CNTTF) - Class period: 11/14/2018 - 7/12/2019

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **CannTrust Holdings, Inc.** | | | | | | | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 2/22/2019 | 1,000 | $9.50 | $9,500.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 2/22/2019 | 2,000 | $9.55 | $19,100.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 2/25/2019 | 1,000 | $9.00 | $9,000.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 2/25/2019 | 1,000 | $9.32 | $9,320.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 2/27/2019 | 427 | $9.07 | $3,872.89 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 2/28/2019 | 1,000 | $9.07 | $9,070.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/4/2019 | 1,000 | $9.01 | $9,010.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/4/2019 | 500 | $8.95 | $4,475.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/4/2019 | 500 | $9.04 | $4,520.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/4/2019 | 500 | $8.83 | $4,415.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/6/2019 | 500 | $8.82 | $4,410.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/7/2019 | 500 | $8.71 | $4,355.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/20/2019 | 2,500 | $9.55 | $23,875.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/26/2019 | 3,548 | $9.63 | $34,167.24 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 3/26/2019 | 3,000 | $9.68 | $29,040.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/11/2019 | 2,000 | $7.19 | $14,380.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/11/2019 | 2,160 | $7.20 | $15,552.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/11/2019 | 2,995 | $7.15 | $21,414.25 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/30/2019 | 1,500 | $6.81 | $10,215.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/30/2019 | 500 | $6.90 | $3,450.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/30/2019 | 2,000 | $7.04 | $14,080.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/30/2019 | 1,500 | $6.99 | $10,485.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/30/2019 | 2,000 | $7.07 | $14,140.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 4/30/2019 | 1,000 | $7.07 | $7,070.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 5/1/2019 | 4,500 | $6.60 | $29,700.00 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 5/23/2019 | 5,940 | $5.67 | $33,679.80 | |
| CannTrust Holdings, Inc. | 137800207 | Buy | 5/23/2019 | 3,530 | $5.66 | $19,979.80 | |
| | | | | *48,600* | | *$372,275.98* | |
| | | | | | | | |
| CannTrust Holdings, Inc. | 137800207 | Sell | 3/18/2019 | (9,927) | $9.19 | ($91,229.13) | |
| CannTrust Holdings, Inc. | 137800207 | Sell | 3/20/2019 | (2,500) | $9.85 | ($24,625.00) | |
| CannTrust Holdings, Inc. | 137800207 | Sell | 4/12/2019 | (7,155) | $7.18 | ($51,372.90) | |
| CannTrust Holdings, Inc. | 137800207 | Sell** | 7/24/2019 | (29,018) | $2.72 | ($78,928.96) | |
| | | | | *(48,600)* | | *($246,155.99)* | **$126,119.99** |

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date