**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIN HUANG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> CANNTRUST HOLDINGS, INC., PETER ACETO and GREG GUYATT, <br><br> Defendants. | Case No. 1:19-cv-06396-JPO |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> CANNTRUST HOLDINGS, INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, <br><br> Defendants. | Case No. 1:19-cv-06438-JPO |
| RONALD E. JONES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> CANNTRUST HOLDINGS, INC., PETER ACETO and GREG GUYATT, <br><br> Defendants. | Case No. 1:19-cv-06883-JPO |
| SCOTT JUSTISS, individually and on behalf of all others similarly situated, | Case No. 1:19-cv-7164-JPO |

1

Plaintiff,

vs.

CANNTRUST HOLDINGS, INC., PETER
ACETO and GREG GUYATT,

Defendants.

**NOTICE OF MOTION OF ERIC GLASSON, MIKE HOPSON, JOSHUA SMITH, AND
RAY BRUBAKER FOR
APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF THEIR
SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTION**

**PLEASE TAKE NOTICE** that Eric Glasson, Mike Hopson, Joshua Smith, and Ray

Brubaker (together, the "Glasson Plaintiffs") will and hereby do move this Court for an order:

1)      Appointing the Glasson Plaintiffs as Lead Plaintiff under Section

21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-

4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

2)      Approving the Glasson Plaintiffs' selection of Girard Sharp LLP and

Gibbs Law Group to serve as Lead Counsel for the proposed Class; and

3)      Consolidating the above-captioned related actions under Rule 42(a) of the

Federal Rules of Civil Procedure.

This Motion is based on the accompanying Memorandum of Law, the Joint Declaration

of Eric Glasson, Mike Hopson, Joshua Smith, and Ray Brubaker, the Declaration of Dena C.

Sharp and Exhibits A through E thereto, any oral arguments of counsel, and any other material

the Court may consider.

Respectfully submitted,

By: ___/s/ *Jessica J. Sleater*_____

2

**ANDERSEN SLEATER SIANNI LLC**
Jessica J. Sleater
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (646) 599-9848
jessica@andersensleater.com

Ralph Sianni (admitted in NY)
2 Mill Road, Suite 202
Wilmington, DE 19806
Tel: (302) 510-8528
rsianni@andersensleater.com

**GIRARD SHARP LLP**
Dena C. Sharp (*pro hac* application forthcoming)
Adam E. Polk (*pro hac* application forthcoming)
711 Third Ave, 20th Floor
New York, New York 10017
Telephone: (212)798-0136
Facsimile:  (212) 557-2952
dsharp@girardsharp.com
apolk@girardsharp.com

601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

**GIBBS LAW GROUP LLP**
Eric H. Gibbs (*pro hac* application forthcoming)
David Stein ((*pro hac* application forthcoming)
505 14th Street, Suite 110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile:  (415) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com

*Attorneys for Plaintiffs Eric Glasson, Mike Hopson,
Joshua Smith, and Ray Brubaker*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Jessica J. Sleater*