# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-06396-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, | Civil Action No. 1:19-cv-06438-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | |
| Defendants. | |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-06883-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, | |
| Defendants. | |

(additional case caption continued on following page)

|  |  |
|---|---|
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | ) ) ) ) ) |
| Defendants. | ) ) ) ) ) |

Civil Action No. 1:19-cv- 07164-JPO

CLASS ACTION

**DECLARATION OF MELINDA A. NICHOLSON IN SUPPORT OF THE MOTION OF INTEGRAL CAPITAL MANAGEMENT SARL TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, Melinda A. Nicholson, hereby declare as follows:

1.     I am a member in good standing of the New York and Louisiana Bars.  I am a partner of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for proposed Lead Plaintiff Integral Capital Management SARL ("Movant"). I submit this Declaration in support of the Motion filed by Movant to: (1) consolidate related cases; (2) appoint Lead Plaintiff; and (2) approve Proposed Lead Plaintiff's choice of Lead Counsel for the Class

2.     Attached hereto as Exhibits are true and correct copies of the following:

Exhibit A:     Certification of Integral Capital Management SARL along with a detailed listing of its transactions in CannTrust Holdings Inc. common stock from November 14, 2018 to July 12, 2019, inclusive.

Exhibit B:     Loss Chart of Integral Capital Management SARL reflecting its transactions in CannTrust Holdings Inc. common stock from November 14, 2018 to July 12, 2019, inclusive.

Exhibit C:     Published Notice on *Business Wire* on July 10, 2019 of the first securities class action complaint filed in this matter, in the United States District Court for Southern District of New York.

1

Exhibit D:     Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct.

Executed this 9th day of September, 2019, at New Orleans, Louisiana.

/s/ Melinda A. Nicholson
Melinda A. Nicholson