# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

**Vladimir Makeienko,  Managing Partner of Integral Capital Management Sarl (ICM)** ("Movant") declares, as to the claims asserted under the

federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **CANNTRUST HOLDINGS, INC.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **CANNTRUST HOLDINGS, INC.** as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United  States  of  America  that the foregoing is true and correct.

Dated: **30th of July** , 2019

_____
Movant's Signature

**Vladimir Makeienko,Managing Partner of ICM**

Printed Name

Name of Movant: **Vladimir Makeienko,Managing Partner of ICM**

Schedule of Movant's Transaction(s) in: **CANNTRUST HOLDINGS, INC.**

Purchase(s):

| Date | Units | Price |
|---|---|---|
| 6/20/2019 | 10,060 | $4.96 |
| 6/21/2019 | 10,060 | $5.12 |
| 6/21/2019 | 10,060 | $5.33 |
| 6/25/2019 | 10,060 | $5.09 |
| 6/26/2019 | 10,060 | $5.02 |

Sale(s):

| Date | Units | Price |
|---|---|---|
| 7/15/2019 | 9,900 | $3.16 |
| 7/16/2019 | 5,000 | $2.69 |
| 7/16/2019 | 5,000 | $2.58 |
| 7/17/2019 | 5,400 | $2.98 |

Name of Movant: **Vladimir Makeienko, Managing Partner of ICM**

Schedule of Movant's Motions for Lead Plaintiff Under the PSLRA in the Last Three Years

1.    *City of Warren Police and Fire Ret. Sys. v. Foot Locker, Inc., et al.*, C.A. No. 1:18-cv-01492-AMD-SJB (E.D.N.Y. 2018). On May 8, 2018, ICM filed a Notice of Non-Opposition to the Competing Motions for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel because, after reviewing the competing motions, it did not appear that ICM had the largest financial interest in the litigation.