# EXHIBIT B

**CannTrust Securities Litigation**
**Loss Chart: Integral Capital Management**
**Class Period Begins:**  11/14/2018
**Class Period Ends:**  7/12/2019
**90-Day Lookback Ends:**  10/10/2019    Not yet expired
**90-Day Lookback Value:**  $  2.18

| PURCHASES | | | | SALES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TRADE DATE: | UNITS: | PRICE: | TOTAL COST: | TRADE DATE: | UNITS: | PRICE: | TOTAL PROCEEDS: | TOTAL GAIN OR (LOSS) |
| 6/18/2019 | 10,060 | $ 4.96 | $ 49,897.60 | HELD* | 10,060 | $ 2.18 | $ 21,907.58 | $ (27,990.02) |
| 6/19/2019 | 10,060 | $ 5.12 | $ 51,507.20 | HELD* | 10,060 | $ 2.18 | $ 21,907.58 | $ (29,599.62) |
| 6/19/2019 | 5,180 | $ 5.33 | $ 27,609.40 | 7/15/2019 ( A ) | 5,180 | $ 3.06 | $ 15,850.80 | $ (11,758.60) |
| | 4,880 | $ 5.33 | $ 26,010.40 | HELD* | 4,880 | $ 2.18 | $ 10,627.14 | $ (15,383.26) |
| 6/21/2019 | 4,840 | $ 5.09 | $ 24,635.60 | 7/12/2019 | 4,840 | $ 2.69 | $ 13,019.60 | $ (11,616.00) |
| | 5,000 | $ 5.09 | $ 25,450.00 | 7/12/2019 | 5,000 | $ 2.58 | $ 12,900.00 | $ (12,550.00) |
| | 220 | $ 5.09 | $ 1,119.80 | 7/15/2019 ( A ) | 220 | $ 3.06 | $ 673.20 | $ (446.60) |
| 6/24/2019 | 9,900 | $ 5.02 | $ 49,698.00 | 7/11/2019 | 9,900 | $ 3.16 | $ 31,284.00 | $ (18,414.00) |
| | 160 | $ 5.02 | $ 803.20 | 7/12/2019 | 160 | $ 2.69 | $ 430.40 | $ (372.80) |
| **Total Shares Purchased:** | **50,300** | **Total Costs:** $ | **256,731.20** | | | | **Overall Losses** $ | **(128,130.89)** |

HELD* = For shares purchased during the Class Period, but held through the end of the 90-day period immediately following it, damages are determined using "the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C. § 78u–4(e)(1). Here, the "mean trading price" is defined as "an average of the daily trading price of that security, determined as of the close of the market each day during the 90-day period" immediately following the Class Period. *See* 15 U.S.C. § 78u–4(e)(3).

( A ) = For shares purchased during the Class Period, but sold during the 90-day period immediately following it, damages are limited in accordance with 15 U.S.C. § 78u–4(e)(2), which provides that "damages shall not exceed the difference between the purchase [...] price paid [...] by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells [...] the security." Here, the mean trading price as of July 15, 2019 was $3.06, exceeding the actual sales price of $2.98. Accordingly, the higher figure is used to show the limitation on damages.