**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br> Defendants. | Civil Action No.: 1:19-cv-06396-JPO <br><br> CLASS ACTION <br><br> Hon. J. Paul Oetken |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, <br> Defendants. | Civil Action No.: 1:19-cv-06438-JPO <br><br> CLASS ACTION <br><br> Hon. J. Paul Oetken |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, <br><br> Defendants. | Civil Action No.: 1:19-cv-06883-JPO <br><br> CLASS ACTION <br><br> Hon. J. Paul Oetken |

*[Caption continued on following page]*

| | |
|---|---|
| SCOTT JUSTISS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Civil Action No.: 1:19-cv-07164-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |

**NOTICE OF MOTION OF JOSE A. SILVA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Movant Jose A. Silva ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired securities of CannTrust Holdings Inc. ("CannTrust" or the "Company") from November 14, 2018 and July 12, 2019, inclusive; (3) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Shannon L. Hopkins filed herewith and all exhibits thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

2

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the above-captioned related actions; (2) appoint Movant as Lead Plaintiff on behalf of all similarly situated CannTrust investors; (3) approve Movant's selection of Levi & Korsinsky as Lead Counsel for the putative class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: September 9, 2019

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: _/s/ Shannon L. Hopkins_
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

_Lead Counsel for Movants and [Proposed]_
_Lead Counsel for the Class_

3