**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br> Defendants. | Civil Action No.: 1:19-cv-06396-JPO <br><br> CLASS ACTION <br><br> Hon. J. Paul Oetken |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, <br> Defendants. | Civil Action No.: 1:19-cv-06438-JPO <br><br> CLASS ACTION <br><br> Hon. J. Paul Oetken |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, <br><br> Defendants. | Civil Action No.: 1:19-cv-06883-JPO <br><br> CLASS ACTION <br><br> Hon. J. Paul Oetken |

*[Caption continued on following page]*

SCOTT JUSTISS, Individually and on Behalf
of All Others Similarly Situated,

          Plaintiff,

v.

CANNTRUST HOLDINGS INC.,
PETER ACETO, and GREG GUYATT,

          Defendants.

Civil Action No.: 1:19-cv-07164-JPO

CLASS ACTION

Hon. J. Paul Oetken

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF JOSE A. SILVA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm of Levi & Korsinsky, LLP, proposed lead counsel for lead plaintiff movant Jose A. Silva ("Movant") in the above-captioned actions (the "Actions"). I submit this Declaration in support of Movant's Motion for entry of an Order: (1) consolidating the Actions; (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired securities of CannTrust Holdings Inc. ("CannTrust" or the "Company") from November 14, 2018 and July 12, 2019, inclusive; (3) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

2.      Attached hereto as Exhibit A is a true and correct copy of Movant's PSLRA Certification attesting to his transactions in CannTrust securities during the Class Period.

3.      Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.    Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in the Southern District of New York on July 10, 2019.

5.    Attached hereto as Exhibit D is a true and correct copy of Levi & Korsinsky's firm résumé.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 9th day of September 2019 at New York, New York.

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By*: /s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Movant and [Proposed]
Lead Counsel for the Class*

3