# EXHIBIT B

| Client Name | Jose A. Silva |
|---|---|
| Company Name | CannTrust Holdings Inc. |
| Ticker Symbol | CTST |
| Security Type | |
| Class Period Start | 11/14/2018 |
| Class Period End | 7/12/2019 |
| 90-DAY Lookback Period Start | 7/13/2019 |
| 90-DAY Lookback Period End | 9/9/2019 |
| 90-DAY Lookback Average | $ 02.16 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $1,070,739.21 |
| DURA LIFO* Total | $1,057,999.92 |
| Gross Shares Purchased | 602,470.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 1,070,739.21 |

Jose A. Silva

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-19-2019 | 50000 | 5.32 | $ 266,000.00 | 07-10-2019 | 50000 | | $ 03.25 | $ 162,500.00 | - | - | - | $ 02.16 | | $ 103,500.00 | $ 103,500.00 |
| 06-19-2019 | 450 | 5.325 | $ 2,396.25 | 07-10-2019 | 450 | | $ 03.22 | $ 1,449.00 | - | - | - | $ 02.16 | | $ 947.25 | $ 947.25 |
| 06-19-2019 | 25195 | 5.33 | $ 134,289.35 | 07-10-2019 | 25195 | | $ 03.20 | $ 80,624.00 | - | - | - | $ 02.16 | | $ 53,665.35 | $ 53,665.35 |
| 06-19-2019 | 11623 | 5.33 | $ 61,950.59 | 07-10-2019 | 11623 | | $ 03.21 | $ 37,309.83 | - | - | - | $ 02.16 | | $ 24,640.76 | $ 24,640.76 |
| 06-19-2019 | 12732 | 5.33 | $ 67,861.56 | 07-10-2019 | 12732 | | $ 03.22 | $ 40,997.04 | - | - | - | $ 02.16 | | $ 26,864.52 | $ 26,864.52 |
| 06-19-2019 | 1528 | 5.34 | $ 8,159.52 | 07-10-2019 | 1528 | | $ 03.16 | $ 4,828.48 | - | - | - | $ 02.16 | | $ 3,331.04 | $ 3,331.04 |
| 06-19-2019 | 4442 | 5.34 | $ 23,720.28 | 07-10-2019 | 4442 | | $ 03.22 | $ 14,303.24 | - | - | - | $ 02.16 | | $ 9,417.04 | $ 9,417.04 |
| 06-19-2019 | 19819 | 5.35 | $ 106,031.65 | 07-10-2019 | 19819 | | $ 03.21 | $ 63,618.99 | - | - | - | $ 02.16 | | $ 42,412.66 | $ 42,412.66 |
| 06-19-2019 | 7861 | 5.35 | $ 42,056.35 | 07-10-2019 | 7861 | | $ 03.23 | $ 25,391.03 | - | - | - | $ 02.16 | | $ 16,665.32 | $ 16,665.32 |
| 06-19-2019 | 13472 | 5.35 | $ 72,075.20 | 07-10-2019 | 13472 | | $ 03.16 | $ 42,571.52 | - | - | - | $ 02.16 | | $ 29,503.68 | $ 29,503.68 |
| 06-19-2019 | 2878 | 5.32 | $ 15,310.96 | 07-10-2019 | 2878 | | $ 03.21 | $ 9,238.38 | - | - | - | $ 02.16 | | $ 6,072.58 | $ 6,072.58 |
| 06-19-2019 | 800 | 5.42 | $ 4,336.00 | 07-10-2019 | 800 | | $ 03.21 | $ 2,568.00 | - | - | - | $ 02.16 | | $ 1,768.00 | $ 1,768.00 |
| 06-19-2019 | 1206 | 5.4299 | $ 6,548.46 | 07-10-2019 | 1206 | | $ 03.20 | $ 3,859.20 | - | - | - | $ 02.16 | | $ 2,689.26 | $ 2,689.26 |
| 06-19-2019 | 1694 | 5.4299 | $ 9,198.25 | 07-10-2019 | 1694 | | $ 03.21 | $ 5,437.74 | - | - | - | $ 02.16 | | $ 3,760.51 | $ 3,760.51 |
| 06-19-2019 | 40558 | 5.43 | $ 220,229.94 | 07-10-2019 | 40558 | | $ 03.21 | $ 130,191.18 | - | - | - | $ 02.16 | | $ 90,038.76 | $ 90,038.76 |
| 06-19-2019 | 15742 | 5.43 | $ 85,479.06 | 07-10-2019 | 15742 | | $ 03.20 | $ 50,374.40 | - | - | - | $ 02.16 | | $ 35,104.66 | $ 35,104.66 |
| 06-19-2019 | 13208 | 5.33 | $ 70,398.64 | 07-09-2019 | 13208 | | $ 03.57 | $ 47,152.56 | - | - | - | $ 02.16 | | $ 23,246.08 | $ 23,246.08 |
| 06-19-2019 | 2900 | 5.33 | $ 15,457.00 | 07-09-2019 | 2900 | | $ 03.58 | $ 10,382.00 | - | - | - | $ 02.16 | | $ 5,075.00 | $ 5,075.00 |
| 06-19-2019 | 11713 | 5.33 | $ 62,430.29 | 07-09-2019 | 11713 | | $ 03.59 | $ 42,049.67 | - | - | - | $ 02.16 | | $ 20,380.62 | $ 20,380.62 |
| 06-19-2019 | 6545 | 5.33 | $ 34,884.85 | 07-09-2019 | 6545 | | $ 03.62 | $ 23,692.90 | - | - | - | $ 02.16 | | $ 11,191.95 | $ 11,191.95 |
| 06-19-2019 | 15634 | 5.33 | $ 83,329.22 | 07-10-2019 | 15634 | | $ 03.21 | $ 50,185.14 | - | - | - | $ 02.16 | | $ 33,144.08 | $ 33,144.08 |
| 06-19-2019 | 7488 | 5.38 | $ 40,285.44 | 07-09-2019 | 7488 | | $ 03.57 | $ 26,732.16 | - | - | - | $ 02.16 | | $ 13,553.28 | $ 13,553.28 |
| 06-19-2019 | 35008 | 5.39 | $ 188,693.12 | 07-09-2019 | 35008 | | $ 03.55 | $ 124,278.40 | - | - | - | $ 02.16 | | $ 64,414.72 | $ 64,414.72 |
| 06-19-2019 | 4000 | 5.39 | $ 21,560.00 | 07-09-2019 | 4000 | | $ 03.55 | $ 14,204.00 | - | - | - | $ 02.16 | | $ 7,356.00 | $ 7,356.00 |
| 06-19-2019 | 1000 | 5.39 | $ 5,390.00 | 07-09-2019 | 1000 | | $ 03.56 | $ 3,555.00 | - | - | - | $ 02.16 | | $ 1,835.00 | $ 1,835.00 |
| 06-19-2019 | 2504 | 5.39 | $ 13,496.56 | 07-09-2019 | 2504 | | $ 03.57 | $ 8,939.28 | - | - | - | $ 02.16 | | $ 4,557.28 | $ 4,557.28 |
| 06-19-2019 | 100 | 5.345 | $ 534.50 | 07-09-2019 | 100 | | $ 03.55 | $ 355.00 | - | - | - | $ 02.16 | | $ 179.50 | $ 179.50 |
| 06-19-2019 | 7260 | 5.35 | $ 38,841.00 | 07-09-2019 | 7260 | | $ 03.57 | $ 25,918.20 | - | - | - | $ 02.16 | | $ 12,922.80 | $ 12,922.80 |
| 06-19-2019 | 1 | 5.35 | $ 05.35 | 07-09-2019 | 1 | | $ 03.58 | $ 03.58 | - | - | - | $ 02.16 | | $ 01.78 | $ 01.78 |
| 06-19-2019 | 22079 | 5.35 | $ 118,122.65 | 07-09-2019 | 22079 | | $ 03.55 | $ 78,380.45 | - | - | - | $ 02.16 | | $ 39,742.20 | $ 39,742.20 |
| 06-19-2019 | 10585 | 5.33 | $ 56,418.05 | 07-09-2019 | 10585 | | $ 03.56 | $ 37,682.60 | - | - | - | $ 02.16 | | $ 18,735.45 | $ 18,735.45 |
| 06-19-2019 | 2900 | 5.33 | $ 15,457.00 | 07-09-2019 | 2900 | | $ 03.56 | $ 10,325.16 | - | - | - | $ 02.16 | | $ 5,131.84 | $ 5,131.84 |
| 06-19-2019 | 2000 | 5.33 | $ 10,660.00 | 07-09-2019 | 2000 | | $ 03.56 | $ 7,122.00 | - | - | - | $ 02.16 | | $ 3,538.00 | $ 3,538.00 |
| 06-19-2019 | 300 | 5.33 | $ 1,599.00 | 07-09-2019 | 300 | | $ 03.57 | $ 1,069.50 | - | - | - | $ 02.16 | | $ 529.50 | $ 529.50 |
| 06-19-2019 | 4775 | 5.33 | $ 25,450.75 | 07-09-2019 | 4775 | | $ 03.57 | $ 17,046.75 | - | - | - | $ 02.16 | | $ 8,404.00 | $ 8,404.00 |
| 06-19-2019 | 3 | 5.25 | $ 15.75 | 07-09-2019 | 3 | | $ 03.56 | $ 10.68 | - | - | - | $ 02.16 | | $ 05.07 | $ 05.07 |
| 06-19-2019 | 10000 | 5.23 | $ 52,300.00 | 07-09-2019 | 10000 | | $ 03.56 | $ 35,600.00 | - | - | - | $ 02.16 | | $ 16,700.00 | $ 16,700.00 |
| 06-20-2019 | 50000 | 5.25 | $ 262,500.00 | 07-09-2019 | 50000 | | $ 03.56 | $ 178,000.00 | - | - | - | $ 02.16 | | $ 84,500.00 | $ 84,500.00 |
| 06-20-2019 | 25091 | 5.29 | $ 132,731.39 | 07-09-2019 | 25091 | | $ 03.56 | $ 89,323.96 | - | - | - | $ 02.16 | | $ 43,407.43 | $ 43,407.43 |
| 06-20-2019 | 11483 | 5.29 | $ 60,745.07 | 07-09-2019 | 11483 | | $ 03.57 | $ 40,994.31 | - | - | - | $ 02.16 | | $ 19,750.76 | $ 19,750.76 |
| 06-20-2019 | 12176 | 5.29 | $ 64,411.04 | 07-09-2019 | 12176 | | $ 03.56 | $ 43,346.56 | - | - | - | $ 02.16 | | $ 21,064.48 | $ 21,064.48 |
| 06-20-2019 | 1250 | 5.3 | $ 6,625.00 | 07-09-2019 | 1250 | | $ 03.56 | $ 4,450.00 | - | - | - | $ 02.16 | | $ 2,175.00 | $ 2,175.00 |
| 06-20-2019 | 16833 | 5.36 | $ 90,224.88 | 07-09-2019 | 16833 | | $ 03.55 | $ 59,757.15 | - | - | - | $ 02.16 | | $ 30,467.73 | $ 30,467.73 |
| 06-20-2019 | 1995 | 5.36 | $ 10,693.20 | 07-09-2019 | 1995 | | $ 03.56 | $ 7,102.20 | - | - | - | $ 02.16 | | $ 3,591.00 | $ 3,591.00 |
| 06-20-2019 | 600 | 5.345 | $ 3,207.00 | 07-09-2019 | 600 | | $ 03.55 | $ 2,130.00 | - | - | - | $ 02.16 | | $ 1,077.00 | $ 1,077.00 |
| 06-20-2019 | 10029 | 5.35 | $ 53,655.15 | 07-09-2019 | 10029 | | $ 03.55 | $ 35,602.95 | - | - | - | $ 02.16 | | $ 18,052.20 | $ 18,052.20 |
| 06-20-2019 | 900 | 5.335 | $ 4,801.50 | 07-09-2019 | 900 | | $ 03.55 | $ 3,195.00 | - | - | - | $ 02.16 | | $ 1,606.50 | $ 1,606.50 |
| 06-20-2019 | 700 | 5.34 | $ 3,738.00 | 07-09-2019 | 700 | | $ 03.55 | $ 2,485.00 | - | - | - | $ 02.16 | | $ 1,253.00 | $ 1,253.00 |
| 06-20-2019 | 18943 | 5.35 | $ 101,345.05 | 07-09-2019 | 18943 | | $ 03.55 | $ 67,247.65 | - | - | - | $ 02.16 | | $ 34,097.40 | $ 34,097.40 |
| 06-20-2019 | 300 | 5.355 | $ 1,606.50 | 07-09-2019 | 300 | | $ 03.55 | $ 1,065.00 | - | - | - | $ 02.16 | | $ 541.50 | $ 541.50 |
| 06-20-2019 | 15161 | 5.36 | $ 81,262.96 | 06-27-2019 | 15161 | | $ 05.05 | $ 76,563.05 | - | - | - | $ 02.16 | | $ 4,699.91 | |
| 06-20-2019 | 9700 | 5.36 | $ 51,992.00 | 07-09-2019 | 9700 | | $ 03.55 | $ 34,435.00 | - | - | - | $ 02.16 | | $ 17,557.00 | $ 17,557.00 |
| 06-20-2019 | 3100 | 5.349 | $ 16,581.90 | 06-27-2019 | 3100 | | $ 05.05 | $ 15,655.00 | - | - | - | $ 02.16 | | $ 926.90 | |
| 06-20-2019 | 2489 | 5.35 | $ 13,316.15 | 06-27-2019 | 2489 | | $ 05.01 | $ 12,469.89 | - | - | - | $ 02.16 | | $ 846.26 | |
| 06-20-2019 | 5900 | 5.35 | $ 31,565.00 | 06-27-2019 | 5900 | | $ 05.02 | $ 29,618.00 | - | - | - | $ 02.16 | | $ 1,947.00 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | | Col12 | Col13 | Col14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-20-2019 | 3411 | 5.35 | $ 18,248.85 | 06-27-2019 | 3411 | $ 05.03 | $ 17,157.33 | | | | $ 02.16 | $ 1,091.52 | |
| 06-20-2019 | 1739 | 5.35 | $ 9,303.65 | 06-27-2019 | 1739 | $ 05.05 | $ 8,781.95 | - | - | - | $ 02.16 | $ 521.70 | |
| 06-20-2019 | 8200 | 5.34 | $ 43,788.00 | 06-27-2019 | 8200 | $ 05.01 | $ 41,082.00 | - | - | - | $ 02.16 | $ 2,706.00 | |
| 07-01-2019 | 3541 | 5.01 | $ 17,740.41 | 07-08-2019 | 3541 | $ 03.89 | $ 13,774.49 | - | - | - | $ 02.16 | $ 3,965.92 | $ 3,965.92 |
| 07-01-2019 | 50 | 5.01 | $ 250.50 | 07-08-2019 | 50 | $ 03.90 | $ 195.00 | - | - | - | $ 02.16 | $ 55.50 | $ 55.50 |
| 07-01-2019 | 2176 | 5.01 | $ 10,901.76 | 07-09-2019 | 2176 | $ 03.55 | $ 7,724.80 | - | - | - | $ 02.16 | $ 3,176.96 | $ 3,176.96 |
| 07-01-2019 | 400 | 4.995 | $ 1,998.00 | 07-08-2019 | 400 | $ 03.89 | $ 1,556.00 | - | - | - | $ 02.16 | $ 442.00 | $ 442.00 |
| 07-01-2019 | 291 | 5 | $ 1,455.00 | 07-08-2019 | 291 | $ 03.89 | $ 1,131.99 | - | - | - | $ 02.16 | $ 323.01 | $ 323.01 |
| 07-01-2019 | 6009 | 5 | $ 30,045.00 | 07-08-2019 | 6009 | $ 03.89 | $ 23,375.01 | - | - | - | $ 02.16 | $ 6,669.99 | $ 6,669.99 |
| 07-02-2019 | 291 | 5.05 | $ 1,469.55 | 07-08-2019 | 291 | $ 03.89 | $ 1,131.99 | - | - | - | $ 02.16 | $ 337.56 | $ 337.56 |
| 07-02-2019 | 19709 | 5.05 | $ 99,530.45 | 07-08-2019 | 19709 | $ 03.89 | $ 76,668.01 | - | - | - | $ 02.16 | $ 22,862.44 | $ 22,862.44 |
| Total: | 602,470.00 | | $ 3,206,705.55 | | 602,470.00 | | $ 2,135,966.35 | | | | | $ 1,070,739.21 | $1,057,999.92 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.