**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>    Defendants. | Case No. 1:19-cv-06396 |
| GUSTAVO ALVARADO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>    Defendants. | Case No. 1:19-cv-06438 |

<table>
<tr><td>

SCOTT JUSTISS, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,
,

     Defendants.

</td><td>

Case No. 1:19-cv-07164

</td></tr>
</table>

<table>
<tr><td>

RONALD E. JONES, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,

     Defendants.

</td><td>

Case No. 1:19-cv-06883

</td></tr>
</table>

**NOTICE OF MOTION OF YIN ZHAO FOR
(A) CONSOLIDATION OF RELATED PSLRA CASES,
(B) APPOINTMENT AS LEAD PLAINTIFF, AND
(C) APPOINTMENT OF LEAD AND LIASON COUNSEL**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Paul Oetken, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse 40 Foley Square, New York, NY 1000, Yin Zhao ("Mr. Zhao") will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the four above-captioned cases, (2) appointing Yin Zhao as Lead Plaintiff; (3) approving Mr. Zhao's selection of Block & Leviton LLP as Lead Counsel for the class, and Finkelstein Blankinship Frei-Pearson & Garber LLP as Liaison Counsel; and (4) for any further relief which the Court may deem just and proper.

This Motion is made on the grounds that Mr. Zhao believes that he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Mr. Zhao believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses he incurred on his class period transactions of CannTrust Holdings Inc. stock. Further, Mr. Zhao also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Jeffrey C. Block filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Zhao respectfully requests that the Court enter an Order: (1) consolidating the four above-captioned cases, (2) appointing him as Lead Plaintiff pursuant to the PSLRA; (3) approving his selection of Block & Leviton LLP as Lead Counsel for the Class, and

Finkelstein Blankinship Frei-Pearson & Garber LLP as Liaison Counsel; and (4) granting any such

further relief as the Court may deem just and proper.

Dated: September 9, 2019

Respectfully submitted,

*/s/ Greg Blankinship*
**FINKELSTEIN BLANKINSHIP FREI-PEARSON & GARBER LLP**
445 Hamilton Ave, Suite 605
White Plains, NY 10601
(914) 298-3281 phone
(914) 824-1561 fax
gblankinship@fbfblaw.com

*Attorneys for Mr. Zhao and*
*Proposed Liaison Counsel*

Jeffrey C. Block
Jacob A. Walker, *pro hac vice* to be filed
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockesq.com
jake@blockesq.com

*Attorneys for Mr. Zhao and*
*Proposed Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Greg Blankinship*
Greg Blankinship
