**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>      Defendants. | Case No. 1:19-cv-06396 |

| | |
|---|---|
| GUSTAVO ALVARADO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>      Defendants. | Case No. 1:19-cv-06438 |

| | |
|---|---|
| SCOTT JUSTISS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br>,<br><br>     Defendants. | Case No. 1:19-cv-07164 |

| | |
|---|---|
| RONALD E. JONES, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>     Defendants. | Case No. 1:19-cv-06883 |

**[PROPOSED] ORDER GRANTING THE MOTION OF YIN ZHAO FOR
(A) CONSOLIDATION OF RELATED PSLRA CASES,
(B) APPOINTMENT AS LEAD PLAINTIFF, AND
(C) APPOINTMENT OF LEAD AND LIASON COUNSEL**

Before this Court is the Motion of Yin Zhao to: (1) consolidate the four above captioned cases; (2) be appointed as Lead Plaintiff; and (3) approve his selection of Lead and Liaison Counsel (the "Motion").

The Court, having considered the Motion, finds that said Motion is well taken and, accordingly, it is hereby

ORDERED that the Motion is GRANTED:

(a) For *Huang v. CannTrust Holdings Inc., et. al.,* Case No. 1:19-cv-06396, *Alvarado v. CannTrust Holdings Inc., et. al.,* Case No. 1:19-cv-06438, *Jones v. CannTrust Holdings Inc., et. al.,* Case No. 1:19-cv-06883*, Justiss v. CannTrust Holdings Inc., et. al.,* Case 1:19-cv-07164, are consolidated as:

| | |
|---|---|
| In re CannTrust Holdings Inc. Securities Litigation<br><br>This Document Relates to:<br>    ALL ACTIONS. | Case No. 1:19-cv-06396 |

(b) The file Case No. 1:19-cv-06396 shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other case. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(c) All securities class actions relating to the same or substantially similar alleged wrongdoing

by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(d) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

(e) Yin Zhao is hereby appointed as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

(f) Block & Leviton LLP is hereby approved as Lead Counsel and Finkelstein Blankinship Frei-Pearson & Garber LLP is approved as Liaison Counsel for the putative Class pursuant to the PSLRA.

Signed this _____ day of _____, 2019.

_____
THE HONORABLE PAUL OETKEN
UNITED STATES DISTRICT COURT JUDGE