**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | 1:19-cv-06396-JPO<br><br>CLASS ACTION |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants | 1:19-cv-06438-JPO<br><br>CLASS ACTION |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | 1:19-cv-06883-JPO<br><br>CLASS ACTION |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | 1:19-cv-07164-JPO<br><br>CLASS ACTION |

**MOTION OF GARY ROSETTA TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42(a) of the Federal Rules of Civil Procedure, class member Gary Rosetta hereby moves this Court, the Honorable J. Paul Oetken, United States District Judge, on a date and at a time designated by the Court, for an Order:

(a) consolidating the above-captioned related actions;

(b) appointing Mr. Rosetta as Lead Plaintiff in this action; and

(c) approving Mr. Rosetta's selection of Bernstein Liebhard LLP as Lead Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Matthew E. Guarnero, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: September 9, 2019                    Respectfully submitted,

/s/Matthew E. Guarnero
**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson
Matthew E. Guarnero
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
              lhasson@bernlieb.com
              mguarnero@bernlieb.com

1

2

*Counsel for Gary Rosetta and Proposed Lead
Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I, Matthew E. Guarnero, hereby certify that on September 9, 2019, a true and correct copy of the annexed **MOTION OF GARY ROSETTA TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: September 9, 2019                    /s/Matthew E. Guarnero
                                            Matthew E. Guarnero

3