# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                    Defendants. | 1:19-cv-06396-JPO<br><br>CLASS ACTION |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>                    Defendants | 1:19-cv-06438-JPO<br><br>CLASS ACTION |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                    Defendants. | 1:19-cv-06883-JPO<br><br>CLASS ACTION |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br>                    Plaintiff,<br>          vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                    Defendants. | 1:19-cv-07164-JPO<br><br>CLASS ACTION |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING GARY ROSETTA AS LEAD PLAINTIFF AND APPROVING HIS CHOICE OF COUNSEL**

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.      The Motion of Gary Rosetta to Consolidate Related Actions and for Appointment as Lead Plaintiff and Approval of Counsel is granted.

II.     The above-captioned actions are hereby consolidated pursuant to Federal Rule Civil Procedure 42(a) for all purposes.

III.    Gary Rosetta is hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

IV.     The law firm of Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed Class.

SO ORDERED, this ___ day of _____, 2019

_____
The Honorable J. Paul Oetken
United States District Judge

1