**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                              Defendants. | 1:19-cv-06396-JPO<br><br>CLASS ACTION |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>                              Defendants | 1:19-cv-06438-JPO<br><br>CLASS ACTION |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                              Defendants. | 1:19-cv-06883-JPO<br><br>CLASS ACTION |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br>                              Plaintiff,<br>          vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                              Defendants. | 1:19-cv-07164-JPO<br><br>CLASS ACTION |

**DECLARATION OF MATTHEW E. GUARNERO IN SUPPORT OF GARY ROSETTA'S MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I MATTHEW E. GUARNERO, hereby declare under penalties of perjury that:

1.      I am an associate with Bernstein Liebhard LLP. I make this Declaration in Support of Gary Rosetta's Motion to Consolidate Related Actions and for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:    Gary Rosetta's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    Gary Rosetta's Loss Chart; and

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP.

Executed: September 9, 2019              /s/Matthew E. Guarnero
                                         MATTHEW E. GUARNERO

1

## CERTIFICATE OF SERVICE

I, Matthew E. Guarnero, hereby certify that on September 9, 2019, a true and correct copy of the annexed **DECLARATION OF MATTHEW E. GUARNERO IN SUPPORT OF GARY ROSETTA'S MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: September 9, 2019                    /s/Matthew E. Guarnero
                                            Matthew E. Guarnero