# EXHIBIT C

**CannTrust Holdings Inc. (CTST)**

Class Period: 11/14/2018 - 07/12/2019

| MOVANT | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | SHARES | ESTIMATED | **ESTIMATED** |
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | HELD | VALUE | **LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gary Rosetta | 04/17/19 | 125 | 6.90 | 862.50 | 07/10/19 | 5,057 | 3.10 | 15,676.70 | | | |
| | 04/18/19 | 10,000 | 7.10 | 71,000.00 | 07/10/19 | 56,118 | 3.10 | 173,965.80 | | | |
| | 04/18/19 | 500 | 7.05 | 3,525.00 | | | | | | | |
| | 04/18/19 | 9,500 | 7.05 | 66,975.00 | | | | | | | |
| | 04/26/19 | 500 | 7.35 | 3,675.00 | | | | | | | |
| | 04/26/19 | 800 | 7.35 | 5,880.00 | | | | | | | |
| | 04/26/19 | 2,200 | 7.35 | 16,170.00 | | | | | | | |
| | 04/30/19 | 20,000 | 7.02 | 140,400.00 | | | | | | | |
| | 05/01/19 | 15,150 | 6.35 | 96,202.50 | | | | | | | |
| | 05/24/19 | 2,400 | 5.75 | 13,800.00 | | | | | | | |
| **Gary Rosetta Totals** | | **61,175** | | **$418,490.00** | | **61,175** | | **$189,642.50** | | | **($228,847.50)** |