**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>      Defendants. | Case No. 1:19-cv-06396 |

| | |
|---|---|
| GUSTAVO ALVARADO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>      Defendants. | Case No. 1:19-cv-06438 |

<table>
<tr><td>

SCOTT JUSTISS, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,
,

      Defendants.

</td><td>

Case No. 1:19-cv-07164

</td></tr>
</table>

<table>
<tr><td>

RONALD E. JONES, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,

      Defendants.

</td><td>

Case No. 1:19-cv-06883

</td></tr>
</table>

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF YIN ZHAO'S MOTION FOR (A) CONSOLIDATION OF RELATED PSLRA CASES, (B) APPOINTMENT AS LEAD PLAINTIFF, AND (C) APPOINTMENT OF LEAD AND LIASON COUNSEL**

Jeffrey C. Block declares, under penalty of perjury:

1.  I am a partner with the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Yin Zhao for consolidation of related PSLRA cases, appointment as lead plaintiff, and approval of selection of counsel.

2.  Attached hereto as Exhibit A is a true and accurate copy of a press release entitled "Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of CannTrust Holdings Inc. Investors (CTST)," issued on July 10, 2019 via BusinessWire.

3.  Attached hereto as Exhibit B is a copy of Mr. Zhao's certification which states, among other things, that Mr. Zhao is willing to serve as a representative plaintiff on behalf of the class.

4.  Attached hereto as Exhibit C is a chart reflecting Mr. Zhao's losses in the relevant security. I have reviewed Mr. Zhao's stock trading confirmation and he purchased 50,010 shares of CannTrust common stock on April 23, 2019 with a settlement date of April 25, 2019. He purchased another 20,000 shares of CannTrust common stock on June 27, 2019, with a settlement date of July 1, 2019.

6.  Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

7.  Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Finkelstein Blankinship Frei-Pearson & Garber LLP, proposed Liaison Counsel.

Dated: September 9, 2019          */s/ Jeffrey C. Block*
                                  Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Greg Blankinship*
Greg Blankinship