# Exhibit C

## Yin Zhao - CannTrust Loss Chart

| Trade Date | Settlement Date | Transaction | Shares | Price Per Share | | Total | |
|---|---|---|---|---|---|---|---|
| 4/23/19 | 4/25/19 | Buy | 6,782 | $ | 7.0600 | $ | 47,880.92 |
| 4/23/19 | 4/25/19 | Buy | 60 | $ | 7.1600 | $ | 429.60 |
| 4/23/19 | 4/25/19 | Buy | 400 | $ | 7.1700 | $ | 2,868.00 |
| 4/23/19 | 4/25/19 | Buy | 12,758 | $ | 7.1800 | $ | 91,602.44 |
| 4/23/19 | 4/25/19 | Buy | 1,110 | $ | 7.1900 | $ | 7,980.90 |
| 4/23/19 | 4/25/19 | Buy | 28,900 | $ | 7.2000 | $ | 208,080.00 |
| 6/27/19 | 7/1/19 | Buy | 6,500 | $ | 5.0586 | $ | 32,880.90 |
| 6/27/19 | 7/1/19 | Buy | 5,300 | $ | 5.0600 | $ | 26,818.00 |
| 6/27/19 | 7/1/19 | Buy | 8,200 | $ | 5.0700 | $ | 41,574.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Class Period Purchases | | | 70,010 | | | $ | 460,114.76 |
| 90-Day Lookback Price as of 9/6/19 | | | | $ | 2.1878 | $ | 153,167.88 |
| **Total Class Period Losses** | | | | | | **$** | **(306,946.88)** |

Class Period
11/14/2018 - 7/12/2019

**90-Day Lookback Period**
7/12/2019 - 10/9/2019

**90-Day Lookback Price as of 9/6/19**
 $  2.1878