**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIN HUANG, individually and on behalf of all others similarly situated, | Case No. 1:19-cv-06396-JPO |
| Plaintiff, | |
| vs. | |
| CANNTRUST HOLDINGS, INC., PETER ACETO and GREG GUYATT, | |
| Defendants. | |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, | Case No. 1:19-cv-06438-JPO |
| Plaintiff, | |
| vs. | |
| CANNTRUST HOLDINGS, INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | |
| Defendants. | |
| RONALD E. JONES, individually and on behalf of all others similarly situated, | Case No. 1:19-cv-06883-JPO |
| Plaintiff, | |
| vs. | |
| CANNTRUST HOLDINGS, INC., PETER ACETO and GREG GUYATT, | |
| Defendants. | |
| SCOTT JUSTISS, individually and on behalf of all others similarly situated, | Case No. 1:19-cv-7164-JPO |

1

Plaintiff,

vs.

CANNTRUST HOLDINGS, INC., PETER ACETO and GREG GUYATT,

Defendants.

**DECLARATION OF DENA C. SHARP IN SUPPORT OF MOTION OF ERIC GLASSON, MIKE HOPSON, JOSHUA SMITH, AND RAY BRUBAKER FOR APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, Dena C. Sharp, hereby declare as follows:

1.    I am an attorney with Girard Sharp LLP, counsel for Eric Glasson, Mike Hopson, Joshua Smith, and Ray Brubaker (together, the "Glasson Plaintiffs"), and I have personal knowledge of the facts set forth herein. I make this declaration in support of the Glasson Plaintiffs' motion for appointment as lead plaintiffs, approval of their selection of lead counsel, and consolidation of related actions.

2.    Attached hereto as Exhibit A is a chart, prepared by counsel, showing the Glasson Plaintiffs' transactions and estimated losses in CannTrust stock.

3.    Attached hereto as Exhibit B are true and correct copies of the certifications required by the PSLRA for each of the Glasson Plaintiffs, and signed by each of them.

4.    Attached hereto as Exhibit C is a true and correct copy of the Notice of Pendency of *Huang v. CannTrust Holdings Inc. et al.*, Case No. 1:19-cv-6396, published in *Business Wire* on July 10, 2019.

5.    Attached hereto as Exhibit D is a true and correct copy of the Girard Sharp LLP Firm Resume.

2

6. Attached hereto as Exhibit E is a true and correct copy of the Gibbs Law Group LLP Firm Resume.

7. Girard Sharp and Gibbs Law Group are well-capitalized firms whose professionals have extensive experience working together, including in the former national law firm Girard Gibbs. If appointed lead counsel, we will commit all necessary resources to prosecuting this action on behalf of the CannTrust investors. If appointed, our efforts will be guided and supervised by the Glasson group of Plaintiffs—Eric Glasson, Mike Hopson, Joshua Smith, and Ray Brubaker—who suffered major losses and who, based on their active participation and their close questioning of and interaction with counsel, form a cohesive and collegial group. We will diligently pursue their claims and those of the class, working to bring this matter to a favorable result in an efficient, cost-effective manner.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September, 2019.

_Dena C. Sharp_

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Jessica J. Sleater*

4