EXHIBIT A

**<u>Investor Loss Summary</u>: Glasson Plaintiffs**
**CannTrust (NYSE: CTST) Securities Litigation**

| Plaintiff | Total Shares Purchased | Estimated Loss (FIFO) | Estimated Loss (LIFO) |
|---|---|---|---|
| Eric Glasson | 79,300 | $157,490.00 | $157,490.00 |
| Mike Hopson | 34,200 | $82,421.42 | $82,421.42 |
| Joshua Smith | 29,884 | $126,654.51 | $126,654.51 |
| Raymond Brubaker | 85,850 | $71,134.19 | $101,885.46 |
| **Total** | **229,234** | **$437,700.12** | **$468,451.39** |