**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>      v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                    Defendants. | Case No. 1:19-cv-06396-JPO<br><br><br>**[PROPOSED] ORDER GRANTING FERNANDO G. TRASMUNDI'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>      v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>                    Defendants. | Case No. 1:19-cv-06438-JPO |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>      v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                    Defendants. | Case No. 1:19-cv-06883-JPO |

[caption continues on following page]

SCOTT JUSTISS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,

Defendants.

Case No. 1:19-cv-07164-JPO

Having considered the motion of Fernando G. Trasmundi for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re CannTrust Holdings Inc. Securities Litigation*, Master File No. 1:19-cv-06396;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Fernando G. Trasmundi as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel for the class.


IT IS SO ORDERED.



Dated: _____, 2019        _____
                                                                         HON. J. PAUL OETKEN
                                                                         UNITED STATES DISTRICT JUDGE

1