**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-06396 |
| Plaintiff, | |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, | |
| Defendants, | |
| GUSTAVO ALVARADO, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-06438 |
| Plaintiff, | |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | |
| Defendants, | |
| RONALD E. JONES, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-06883 |
| Plaintiff, | |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, | |
| Defendants, | |

SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,

              Plaintiff,

       v.

CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,

              Defendants.

Case No. 1:19-cv-07164

**NOTICE OF MOTION AND MOTION**
**OF THE CANNTRUST INVESTOR GROUP**
**FOR CONSOLIDATION OF ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Miguel Chang, Gregory Fox, and Cory Knipe (together, the "CannTrust Investor Group" or "Movant") will and hereby do respectfully move this Court for an Order:  (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, on behalf of a class consisting of all persons or entities, other than defendants, that acquired CannTrust Holdings Incorporated securities between November 14, 2018 and July 12, 2019, inclusive; (3) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of W. Scott Holleman, the [Proposed] Order Consolidating the Actions, Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: September 9, 2019                  Respectfully submitted,

                                          **BRAGAR EAGEL & SQUIRE, P.C.**

                                          By:   */s/ W. Scott Holleman*
                                          W. Scott Holleman
                                          885 Third Avenue, Suite 3040
                                          New York, NY 10022
                                          Telephone:  (212) 308-5858
                                          Facsimile:  (212) 214-0506
                                          Email: holleman@bespc.com

                                          *Counsel for Movant and Proposed*
                                          *Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, W. Scott Holleman, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 9th day of September, 2019.

*/s/ W. Scott Holleman*
W. Scott Holleman