**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>    v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                           Defendants. | Case No. 1:19-cv-06396-JPO<br><br>**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF FERNANDO G. TRASMUNDI'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>    v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>                           Defendants. | Case No. 1:19-cv-06438-JPO |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>    v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                           Defendants. | Case No. 1:19-cv-06883-JPO |

[caption continues on following page]

| | |
|---|---|
| SCOTT JUSTISS, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br>     v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                     Defendants. | Case No. 1:19-cv-07164-JPO |

I, Lesley F. Portnoy, hereby declare as follows:

1.       I am a partner with the law firm Glancy Prongay & Murray LLP, [proposed] lead counsel for [proposed] lead plaintiff movant Fernando G. Trasmundi ("Movant") and for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published July 10, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein: *Huang v. CannTrust Holdings Inc., et al.,* Case No. 1:19-cv-06396;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in CannTrust Holdings Inc. securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 9th day of September, 2019.

> *s/ Lesley F. Portnoy*
> Lesley F. Portnoy

.

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 9, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 9, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy