# EXHIBIT C

## Loss Chart

**Company Name:** CannTrust Holdings Inc.
**Ticker:** CTST
**Class Period:** November 14, 2018 to July 12, 2019
**Name:** Fernando G. Trasmundi

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/25/2019 | 19,700 | $9.5869 | -$188,861.9300 | | $0.0000 | -$188,861.93 |
| 2/25/2019 | 300 | $9.1896 | -$2,756.8800 | | $0.0000 | -$2,756.88 |
| 7/10/2019 | -20,000 | | $0.0000 | $3.5000 | $70,000.0000 | $70,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$121,618.81** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | $2.1777 | 0 | **Total:** | **-$121,618.81** |

*Using the average closing price between July 15, 2019 and September 6, 2019