**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>Defendants, | Case No. 1:19-cv-06396 |
| GUSTAVO ALVARADO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants, | Case No. 1:19-cv-06438 |
| RONALD E. JONES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>Defendants, | Case No. 1:19-cv-06883 |

| | |
|---|---|
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Case No. 1:19-cv-07164 |

### DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF THE CANNTRUST INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

I, W. Scott Holleman, hereby declare as follows:

1. I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Miguel Chang, Gregory Fox, and Cory Knipe (together, the "CannTrust Investor Group" or "Movant") and proposed lead counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of its Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Certifications signed by each member of the CannTrust Investor Group, attaching their securities during the Class Period in Schedule A(s), thereto;

Exhibit B:    Chart detailing Movant's combined financial losses;

Exhibit C:    Movant's Joint Declaration

Exhibit D:    Press release published July 10, 2019, on *Business Wire* announcing the pendency of the securities class action against Defendants herein: *Huang v. CannTrust Holdings Inc., et al.*, Case No. 1:19-cv-06396; and

Exhibit E:     Bragar Eagel & Squire, P.C. résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 9th day of September, 2019.

/s/ W. Scott Holleman
W. Scott Holleman