# Exhibit A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Miguel Chang, certify that:

1.      I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my CannTrust Holdings, Inc. (NYSE: CTST) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: Sep 6, 2019

*miguel chang*
miguel chang (Sep 6, 2019)

Miguel Chang


1

**SCHEDULE A**

Class Period Transactions of Miguel Chang in CannTrust, Inc. (NYSE: CTST).

| **Transaction** | **Date** | **Quantity** | **Price** |
| --- | --- | --- | --- |
| Purchase | 4/1/2019 | 1,000 | $8.05 |
| Purchase | 4/2/2019 | 750 | $7.77 |
| Purchase | 4/2/2019 | 500 | $7.88 |
| Purchase | 4/2/2019 | 500 | $7.77 |
| Purchase | 4/2/2019 | 500 | $7.94 |
| Purchase | 4/2/2019 | 500 | $7.94 |
| Purchase | 4/2/2019 | 500 | $7.71 |
| Purchase | 4/3/2019 | 500 | $7.48 |
| Purchase | 4/3/2019 | 500 | $7.46 |
| Purchase | 4/4/2019 | 500 | $7.34 |
| Purchase | 4/4/2019 | 500 | $7.32 |
| Purchase | 4/4/2019 | 500 | $7.42 |
| Purchase | 4/4/2019 | 250 | $7.29 |
| Purchase | 4/5/2019 | 500 | $7.64 |
| Purchase | 4/5/2019 | 300 | $7.60 |
| Purchase | 4/5/2019 | 300 | $7.60 |
| Purchase | 4/9/2019 | 750 | $7.33 |
| Purchase | 4/9/2019 | 500 | $7.42 |
| Purchase | 4/11/2019 | 500 | $7.01 |
| Purchase | 4/23/2019 | 1,000 | $7.06 |
| Purchase | 4/25/2019 | 400 | $7.44 |
| Purchase | 4/25/2019 | 750 | $7.47 |
| Purchase | 4/26/2019 | 750 | $7.37 |
| Purchase | 4/26/2019 | 750 | $7.41 |
| Purchase | 4/26/2019 | 500 | $7.33 |

| Purchase | 4/26/2019 | 500 | $7.25 |
|---|---|---|---|
| Purchase | 4/30/2019 | 400 | $6.89 |
| Purchase | 4/30/2019 | 500 | $7.08 |
| Purchase | 4/30/2019 | 200 | $7.01 |
| Purchase | 4/30/2019 | 150 | $7.01 |
| Purchase | 4/30/2019 | 750 | $7.06 |
| Purchase | 4/30/2019 | 300 | $6.81 |
| Purchase | 5/29/2019 | 1,000 | $5.57 |
| Purchase | 5/29/2019 | 1,000 | $5.51 |
| Purchase | 5/30/2019 | 500 | $5.46 |
| Purchase | 6/13/2019 | 500 | $5.11 |
| Sale | 6/19/2019 | 500 | $5.35 |
| Sale | 6/19/2019 | 500 | $5.35 |
| Purchase | 7/3/2019 | 1,000 | $4.87 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 750 | $3.60 |
| Sale | 7/9/2019 | 1,000 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 300 | $3.60 |
| Sale | 7/9/2019 | 300 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |

| Sale | 7/9/2019 | 250 | $3.60 |
|------|----------|-----|-------|
| Sale | 7/9/2019 | 750 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 400 | $3.60 |
| Sale | 7/9/2019 | 750 | $3.60 |
| Sale | 7/9/2019 | 1,000 | $3.60 |
| Sale | 7/9/2019 | 750 | $3.60 |
| Sale | 7/9/2019 | 750 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 400 | $3.60 |
| Sale | 7/9/2019 | 500 | $3.60 |
| Sale | 7/9/2019 | 200 | $3.60 |
| Sale | 7/9/2019 | 150 | $3.60 |
| Sale | 7/9/2019 | 750 | $3.60 |
| Sale | 7/9/2019 | 300 | $3.60 |
| Sale | 7/9/2019 | 1,000 | $3.60 |
| Sale | 7/9/2019 | 1,000 | $3.60 |
| Sale | 7/9/2019 | 1,000 | $3.60 |

4

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Gregory Fox, certify that:

1.      I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my CannTrust Holdings, Inc. (NYSE: CTST) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Sep 8, 2019

*GREGORY FOX*
GREGORY FOX (Sep 8, 2019)

Gregory Fox

1

## SCHEDULE A

Class Period Transactions of Gregory Fox in CannTrust, Inc. (NYSE: CTST).

| **Transaction** | **Date** | **Quantity** | **Price** |
|---|---|---|---|
| Purchase | 5/14/2019 | 5,000 | $6.25 |

2

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Cory Knipe, certify that:

1. I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Attached hereto as Schedule A is a complete listing of all my CannTrust Holdings, Inc. (NYSE: CTST) transactions during the Class Period.

5. I have not served as a representative party on behalf of a class under this title during the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Aug 15, 2019

*Cory Knipe*
Cory Knipe (Aug 15, 2019)

Cory Knipe

1

**SCHEDULE A**

Class Period Transactions of Cory Knipe in CannTrust, Inc. (NYSE: CTST).

| **Transaction** | **Date** | **Quantity** | **Price** |
| --- | --- | --- | --- |
| Purchase | 5/10/2019 | 100 | $5.79 |
| Purchase | 5/13/2019 | 14,900 | $5.70 |
| Sale | 5/15/2019 | 15,000 | $6.15 |
| Purchase | 5/20/2019 | 65 | $5.80 |
| Purchase | 5/23/2019 | 14,935 | $5.80 |
| Purchase | 5/23/2019 | 9,000 | $5.60 |
| Purchase | 5/23/2019 | 1,000 | $5.59 |
| Sale | 7/8/2019 | 10,000 | $4.18 |