# Exhibit B

**CannTrust Holdings, Inc. (NYSE: CTST)**

| | |
|---|---|
| **Company Name** | CannTrust Holdings, Inc. |
| **Ticker Symbol** | CTST |
| **Class Period Start** | 11/14/2018 |
| **Class Period End** | 07/12/2019 |
| **90 Day Average Price** | $2.17 |

| Movant | Loss |
|---|---|
| Miguel Chang | ($69,628.50) |
| Gregory Fox | ($20,400.00) |
| Cory Knipe | ($61,899.00) |
| **Total Loss** | ($151,927.50) |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | CannTrust Holdings, Inc. | | | | | |
| **Client Name** | Miguel Chang | | | **LIFO Loss** | **($69,628.50)** | |
| **Ticker Symbol** | CTST | | | | | |
| **Class Period Start** | 11/14/2018 | | | | | |
| **Class Period End** | 07/12/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 4/1/2019 | 1,000 | $8.05 | ($8,050.00) | | | ($8,050.00) |
| 4/2/2019 | 750 | $7.77 | ($5,827.50) | | | ($5,827.50) |
| 4/2/2019 | 500 | $7.88 | ($3,940.00) | | | ($3,940.00) |
| 4/2/2019 | 500 | $7.77 | ($3,885.00) | | | ($3,885.00) |
| 4/2/2019 | 500 | $7.94 | ($3,970.00) | | | ($3,970.00) |
| 4/2/2019 | 500 | $7.94 | ($3,970.00) | | | ($3,970.00) |
| 4/2/2019 | 500 | $7.71 | ($3,855.00) | | | ($3,855.00) |
| 4/3/2019 | 500 | $7.48 | ($3,740.00) | | | ($3,740.00) |
| 4/3/2019 | 500 | $7.46 | ($3,730.00) | | | ($3,730.00) |
| 4/4/2019 | 500 | $7.34 | ($3,670.00) | | | ($3,670.00) |
| 4/4/2019 | 500 | $7.32 | ($3,660.00) | | | ($3,660.00) |
| 4/4/2019 | 500 | $7.42 | ($3,710.00) | | | ($3,710.00) |
| 4/4/2019 | 250 | $7.29 | ($1,822.50) | | | ($1,822.50) |
| 4/5/2019 | 500 | $7.64 | ($3,820.00) | | | ($3,820.00) |
| 4/5/2019 | 300 | $7.60 | ($2,280.00) | | | ($2,280.00) |
| 4/5/2019 | 300 | $7.60 | ($2,280.00) | | | ($2,280.00) |
| 4/9/2019 | 750 | $7.33 | ($5,497.50) | | | ($5,497.50) |
| 4/9/2019 | 500 | $7.42 | ($3,710.00) | | | ($3,710.00) |
| 4/11/2019 | 500 | $7.01 | ($3,505.00) | | | ($3,505.00) |
| 4/23/2019 | 1,000 | $7.06 | ($7,060.00) | | | ($7,060.00) |
| 4/25/2019 | 400 | $7.44 | ($2,976.00) | | | ($2,976.00) |
| 4/25/2019 | 750 | $7.47 | ($5,602.50) | | | ($5,602.50) |
| 4/26/2019 | 750 | $7.37 | ($5,527.50) | | | ($5,527.50) |
| 4/26/2019 | 750 | $7.41 | ($5,557.50) | | | ($5,557.50) |
| 4/26/2019 | 500 | $7.33 | ($3,665.00) | | | ($3,665.00) |
| 4/26/2019 | 500 | $7.25 | ($3,625.00) | | | ($3,625.00) |
| 4/30/2019 | 400 | $6.89 | ($2,756.00) | | | ($2,756.00) |
| 4/30/2019 | 500 | $7.08 | ($3,540.00) | | | ($3,540.00) |
| 4/30/2019 | 200 | $7.01 | ($1,402.00) | | | ($1,402.00) |
| 4/30/2019 | 150 | $7.01 | ($1,051.50) | | | ($1,051.50) |
| 4/30/2019 | 750 | $7.06 | ($5,295.00) | | | ($5,295.00) |
| 4/30/2019 | 300 | $6.81 | ($2,043.00) | | | ($2,043.00) |
| 5/29/2019 | 1,000 | $5.57 | ($5,570.00) | | | ($5,570.00) |
| 5/29/2019 | 1,000 | $5.51 | ($5,510.00) | | | ($5,510.00) |
| 5/30/2019 | 500 | $5.46 | ($2,730.00) | | | ($2,730.00) |
| 6/13/2019 | 500 | $5.11 | ($2,555.00) | | | ($2,555.00) |
| 6/19/2019 | 500 | | | $5.35 | $2,675.00 | $2,675.00 |
| 6/19/2019 | 500 | | | $5.35 | $2,675.00 | $2,675.00 |
| 7/3/2019 | 1,000 | $4.87 | ($4,870.00) | | | ($4,870.00) |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 750 | | | $3.60 | $2,700.00 | $2,700.00 |
| 7/9/2019 | 1,000 | | | $3.60 | $3,600.00 | $3,600.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 300 | | | $3.60 | $1,080.00 | $1,080.00 |
| 7/9/2019 | 300 | | | $3.60 | $1,080.00 | $1,080.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 250 | | | $3.60 | $900.00 | $900.00 |
| 7/9/2019 | 750 | | | $3.60 | $2,700.00 | $2,700.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 400 | | | $3.60 | $1,440.00 | $1,440.00 |
| 7/9/2019 | 750 | | | $3.60 | $2,700.00 | $2,700.00 |
| 7/9/2019 | 1,000 | | | $3.60 | $3,600.00 | $3,600.00 |
| 7/9/2019 | 750 | | | $3.60 | $2,700.00 | $2,700.00 |
| 7/9/2019 | 750 | | | $3.60 | $2,700.00 | $2,700.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 500 | | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 400 | | | $3.60 | $1,440.00 | $1,440.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/9/2019 | 500 | | $3.60 | $1,800.00 | $1,800.00 |
| 7/9/2019 | 200 | | $3.60 | $720.00 | $720.00 |
| 7/9/2019 | 150 | | $3.60 | $540.00 | $540.00 |
| 7/9/2019 | 750 | | $3.60 | $2,700.00 | $2,700.00 |
| 7/9/2019 | 300 | | $3.60 | $1,080.00 | $1,080.00 |
| 7/9/2019 | 1,000 | | $3.60 | $3,600.00 | $3,600.00 |
| 7/9/2019 | 1,000 | | $3.60 | $3,600.00 | $3,600.00 |
| 7/9/2019 | 1,000 | | $3.60 | $3,600.00 | $3,600.00 |
| | | | | **Subtotal** | ($69,628.50) |
| **Shares Retained** | **90-Day Average Price** | | | **Retained Shares Value** | $0.00 |
| 0 | $2.17 | | | **Total** | ($69,628.50) |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | CannTrust Holdings, Inc. | | | | | |
| **Client Name** | Gregory Fox | | | **LIFO Loss** | **($20,400.00)** | |
| **Ticker Symbol** | CTST | | | | | |
| **Class Period Start** | 11/14/2018 | | | | | |
| **Class Period End** | 07/12/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/14/2019 | 5,000 | $6.25 | ($31,250.00) | | | ($31,250.00) |
| | | | | | **Subtotal** | ($31,250.00) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $10,850.00 |
| 5,000 | | $2.17 | | | **Total** | ($20,400.00) |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | CannTrust Holdings, Inc. | | | | | |
| **Client Name** | Cory Knipe | | **LIFO Loss** | **($61,899.00)** | | |
| **Ticker Symbol** | CTST | | | | | |
| **Class Period Start** | 11/14/2018 | | | | | |
| **Class Period End** | 07/12/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/10/2019 | 100 | $5.79 | ($579.00) | | | ($579.00) |
| 5/13/2019 | 14,900 | $5.70 | ($84,930.00) | | | ($84,930.00) |
| 5/15/2019 | 15,000 | | | $6.15 | $92,250.00 | $92,250.00 |
| 5/20/2019 | 65 | $5.80 | ($377.00) | | | ($377.00) |
| 5/23/2019 | 14,935 | $5.80 | ($86,623.00) | | | ($86,623.00) |
| 5/23/2019 | 9,000 | $5.60 | ($50,400.00) | | | ($50,400.00) |
| 5/23/2019 | 1,000 | $5.59 | ($5,590.00) | | | ($5,590.00) |
| 7/8/2019 | 10,000 | | | $4.18 | $41,800.00 | $41,800.00 |
| | | | | | **Subtotal** | ($94,449.00) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $32,550.00 |
| 15,000 | | $2.17 | | | **Total** | ($61,899.00) |