**JOINT DECLARATION IN SUPPORT OF THE
MOTION OF THE CANNTRUST INVESTOR GROUP
FOR CONSOLIDATION OF ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

We, Miguel Chang, Gregory Fox, and Cory Knipe declare as follows:

1.    We, Miguel Chang, Gregory Fox, and Cory Knipe (collectively, the "CannTrust Investor Group") respectfully submit this Joint Declaration in support of our Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Joint Declaration").

2.    We are each informed of, understand, and are capable of fulfilling the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  We each have personal knowledge about the information contained in this Joint Declaration relating to ourselves.

3.    I, Miguel Chang, as reflected in my Certification, purchased CannTrust Holding, Incorporated ("CannTrust" or the "Company") securities during the Class Period (as defined herein) and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.[1]  I currently reside in Miami, Florida and I am a parts manager.  I have approximately five years of investing experience.  I decided to seek appointment as lead plaintiff with Mr. Fox and Mr. Knipe after learning of their motivation to recover on behalf of investors and that we were each in discussions with Bragar Eagel & Squire, P.C. ("BES") to pursue claims on behalf of a class.

4.    I, Gregory Fox, as reflected in my Certification, purchased CannTrust securities

---

[1]    The "Class" is comprised of all persons or entities, other than defendants, that acquired CannTrust securities between November 14, 2018 and July 12, 2019, inclusive (the "Class Period").

during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in San Clemente, California.  I am a retired mechanical engineer with a Bachelor's degree in Mechanical Engineering.  I have approximately six years of investing experience.  I decided to seek appointment as lead plaintiff with Mr. Chang and Mr. Knipe after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES.

5.      I, Cory Knipe, as reflected in my Certification, purchased CannTrust securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in Bradford in Ontario, Canada.  I am employed as a fuels inspector.  I consider myself to be a sophisticated investor and began trading over 20 years ago.  I decided to seek appointment as lead plaintiff with Mr. Chang and Mr. Fox after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES.

6.      We are like-minded investors who contacted and retained BES.  We believe that we will provide exemplary representation to the Class of investors who purchased CannTrust securities during the Class Period.  After discussing the allegations against CannTrust, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorney's fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.  We each decided to work together as a small group of investors in order to collaborate and exercise joint decision-making.  We based this decision, in part, on our belief that we can provide complete representation to the Class given that we have substantial losses

from trading in CannTrust securities during the Class Period. We agree to work collaboratively to represent all CannTrust shareholders who suffered damages during the Class Period.

7. On July 10, 2019, Chun Huang filed a putative class action in this District on behalf of all purchasers of CannTrust securities between November 14, 2018 and July 5, 2019 (the "*Huang* Action"). The *Huang* Action seeks relief against CannTrust and other defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission (the "SEC").

8. We believe the Action is meritorious and that the Class would benefit from the individual experiences and the combined oversight that we would bring to the litigation if appointed as Lead Plaintiff. We each recognize that we each suffered heavy losses as a result of the allegations in the Action and the decline in value of CannTrust securities at the close of the Class Period. We are each motivated to recover these losses and believe the Class would be well-represented by the appointment of a small and cohesive group of just three individuals with the financial incentive to ensure the Action is managed effectively and with the best interests of the Class in mind.

9. We are aware that a Lead Plaintiff has a fiduciary duty to the entire Class, which we each intend to represent fully and faithfully to protect its interests. We understand that to fulfill our fiduciary duties and obligations as Lead Plaintiff, we must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class. Each of us will do our best to maximize the recovery for the Class.

10. If appointed as Lead Plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, and discussing through email any

developments, participating in discovery, as well as exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We select BES to serve as Lead Counsel on behalf of the Class and believe BES has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. In making decisions on behalf of the Class, we do not anticipate that any disagreements will arise and agree that we will work in good faith to resolve any disagreements. In the event we cannot agree on a decision, we agree to consult our attorneys at BES.

11. We are each highly motivated to recover our substantial losses we suffered and are committed to the zealous prosecution of this Action. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation possible. We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Lead Counsel effectively litigates the Action. Each of us understands that if we are appointed as Lead Plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy.

12. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. Further, we agree to communicate regularly, both with and without counsel, to actively oversee the prosecution of the Action. It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class. In that regard, we will direct BES to prosecute the Action in such a way to achieve a fair result for all members of the Class.

13. We have also directed counsel to keep us informed of any developments in the

4

Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct Lead Counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

14.     We are familiar with the experience, resources, and successes of our proposed Lead Counsel, BES. We are well aware that BES is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that BES will vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

15.     We, Miguel Chang, Gregory Fox, and Cory Knipe hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in this Action. Our main goal is obtaining the largest recovery possible for the Class.

I, Miguel Chang, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 9 day of September, 2019.

*miguel chang*
miguel chang (Sep 9, 2019)

Miguel Chang

I, Gregory Fox, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 09 day of September, 2019.



GREGORY FOX (Sep 9, 2019)

Gregory Fox

I, Cory Knipe, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 9 day of September, 2019.

*Cory Knipe*
Cory Knipe (Sep 9, 2019)

Cory Knipe