**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:19-cv-06396-JPO |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, | ) ) ) | Civil Action No. 1:19-cv-06438-JPO |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | ) ) ) ) | |
| Defendants. | ) ) | |

*(Case caption continues on following page)*


**NOTICE OF MOTION OF MARK PETERSEN FOR APPOINTMENT AS LEAD
PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL,
AND CONSOLIDATION OF RELATED ACTION**

|  |  |
|---|---|
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 1:19-cv-06883-JPO |
| ) | CLASS ACTION |
| Plaintiff, ) |  |
| vs. ) |  |
| ) |  |
| CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, ) ) ) |  |
| Defendants. ) |  |
| ) |  |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 1:19-cv-07164-JPO |
| ) | CLASS ACTION |
| Plaintiff, ) |  |
| ) |  |
| vs. ) |  |
| ) |  |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT ) ) | |
| ) |  |
| Defendants. ) |  |
| ) |  |

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable J. Paul Oetken, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, Mark Petersen ("Petersen"), by and through his undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"):  (1) appointing Petersen as Lead Plaintiff in the above-captioned securities class actions; (2) approving his selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; (3) consolidating all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Petersen believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Petersen believes he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $146,000 in losses that he incurred on his investments in CannTrust Holdings Inc. securities.  Petersen also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Petersen respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of BFA as Lead Counsel for the Class; (3) consolidate all related securities class actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated:  September 9, 2019

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
Ross Shikowitz
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960
jbleichmar@bfalaw.com
rshikowitz@bfalaw.com

*Counsel for Proposed Lead Plaintiff Mark Petersen, and Proposed Lead Counsel for the Class*

John A. Kehoe
Michael K. Yarnoff
**KEHOE LAW FIRM, P.C.**
41 Madison Avenue, 31st Floor
New York, New York 10010
Telephone: (212) 804-7700
jkehoe@kehoelawfirm.com
myarnoff@kehoelawfirm.com

*Additional Counsel for Proposed Lead Plaintiff Mark Petersen*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of September 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Javier Bleichmar*
Javier Bleichmar