## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br> Defendants. | Civil Action No. 1:19-cv-06396-JPO <br><br> <u>CLASS ACTION</u> |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, <br><br> Defendants. | Civil Action No. 1:19-cv-06438-JPO <br><br> <u>CLASS ACTION</u> |

*(Case caption continues on following page)*

**[PROPOSED] ORDER APPOINTING MARK PETERSEN AS LEAD PLAINTIFF,
APPROVING HIS SELECTION OF LEAD COUNSEL,
<u>AND CONSOLIDATING ALL REALTED ACTIONS</u>**

|  |  |
|---|---|
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>      Defendants. | Civil Action No. 1:19-cv-06883-JPO<br><br>CLASS ACTION |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT<br><br>      Defendants. | Civil Action No. 1:19-cv-07164-JPO<br><br>CLASS ACTION |

Upon consideration of (1) the Motion of Mark Petersen ("Petersen") for appointment as Lead Plaintiff, approval of his selection of counsel, and for consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted therewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Petersen's Motion is **GRANTED.**

2.      Petersen is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.      Petersen's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.      The consolidated action shall be captioned "*In re CannTrust Holdings Inc. Securities Litigation*" and the file shall be maintained under Master File No. 1:19-cv-06396.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE