**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br> Defendants. | No. 1:19-cv-06396-JPO <br><br> Judge J. Paul Oetken <br><br> <u>CLASS ACTION</u> <br><br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, <br><br> Defendants. | No. 1:19-cv-06438-JPO <br><br> Judge J. Paul Oetken |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, <br><br> Defendants. | No. 1:19-cv-06883-JPO <br><br> Judge J. Paul Oetken |

SCOTT JUSTISS, Individually and On
Behalf of All Others Similarly Situated,

          Plaintiff,

    v.

CANNTRUST HOLDINGS INC.,
PETER ACETO, and GREG GUYATT,

          Defendants.

No. 1:19-cv-07164-JPO

Judge J. Paul Oetken

**MOTION OF GRANITE POINT CAPITAL MASTER FUND, LP
AND GRANITE POINT CAPITAL SCORPION FOCUSED IDEAS FUND
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Proposed Lead Plaintiff Granite Point Capital Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund (together, "Granite Point") respectfully move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned actions (the "Action"); (ii) appointing Granite Point as Lead Plaintiff on behalf of the Class of all persons and entities that acquired CannTrust Holdings Inc. ("CannTrust" or the "Company") securities between November 14, 2018 and July 12, 2019, inclusive (the "Class Period"); (iii) approving Granite Point's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Granite Point is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Granite Point has the "largest financial interest" in the relief sought by the Class in this action. Granite Point also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because Granite Point will fairly and adequately represent the Class. Further, Granite Point is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Granite Point respectfully requests that the Court grant its motion and enter an Order: (i) consolidating the above-captioned actions; (ii) appointing Granite Point as Lead Plaintiff; (iii) approving Granite Point's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

DATED:  September 9, 2019

Respectfully submitted,

*/s/ Francis P. McConville*

Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant*
*Granite Point Capital Master Fund, LP and*
*Granite Point Capital Scorpion Focused Ideas Fund,*
*and  Proposed Lead Counsel for the Class*

2