**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br> Defendants. | No. 1:19-cv-06396-JPO <br><br> Judge J. Paul Oetken <br><br> <u>CLASS ACTION</u> <br><br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, <br><br> Defendants. | No. 1:19-cv-06438-JPO <br><br> Judge J. Paul Oetken |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, <br><br> Defendants. | No. 1:19-cv-06883-JPO <br><br> Judge J. Paul Oetken |

| | |
|---|---|
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | No. 1:19-cv-07164-JPO<br><br>Judge J. Paul Oetken |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF GRANITE POINT CAPITAL MASTER FUND, LP'S AND GRANITE POINT CAPITAL SCORPION FOCUSED IDEAS FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS <u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

2

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Granite Point Capital Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund (together, "Granite Point") for the entry of an Order: (i) consolidating the above-captioned actions (the "Action"); (ii) appointing Granite Point as Lead Plaintiff on behalf of the Class of all persons and entities that acquired CannTrust Holdings Inc. ("CannTrust" or the "Company") securities between November 14, 2018 and July 12, 2019, inclusive (the "Class Period"); (iii) approving Granite Point's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Granite Point, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for Granite Point;

EXHIBIT C:  Notice of pendency of *Huang v. CannTrust Holdings Inc.*, No. 19-cv-06396 (S.D.N.Y.), published on July 10, 2019; and

EXHIBIT D:  Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  September 9, 2019                   Respectfully submitted,

                                            */s/ Francis P. McConville*

2

**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
fmcconville@labaton.com