# Exhibit A

## CERTIFICATION

I, C. David Bushley, am a Principal and Chief Operating Officer of Granite Point Capital, and hereby certify as follows:

1.       In my capacity as Principal and Chief Operating Officer of Granite Point Capital, I am personally authorized to enter into and execute this certification on behalf of Granite Point Capital Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund (together, "Granite Point").

2.       I have reviewed a complaint filed against CannTrust Holdings Inc. ("CannTrust") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

3.       Granite Point did not purchase common stock of CannTrust at the direction of counsel or in order to participate in any private action under the federal securities laws;

4.       Granite Point is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

5.       Granite Point's transactions in CannTrust common stock during the Class Period are reflected in Exhibit A, attached hereto;

6.       Granite Point sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*In re Prothena Corporation plc Securities Litigation*, No. 1:18-cv-6425 (S.D.N.Y.)

7.       Beyond its pro rata share of any recovery, Granite Point will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 27th day of August, 2019.

C. David Bushley
Principal and Chief Operating Officer
Authorized Signatory
*Granite Point Capital*

## EXHIBIT A

## TRANSACTIONS IN CANNTRUST HOLDINGS INC.

**Granite Point Capital Master Fund, LP**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Short Sale | 02/25/19 | -160,000.00 | $9.38 | $1,501,216.00 |
| Cover Purchase | 04/12/19 | 72,000.00 | $7.11 | ($512,251.20) |
| Cover Purchase | 04/22/19 | 88,000.00 | $7.09 | ($624,245.60) |
| Purchase | 05/02/19 | 800,000.00 | $5.69 | ($4,551,920.00) |
| Sale | 05/02/19 | -160,000.00 | $5.62 | $898,544.00 |
| Purchase | 05/03/19 | 160,000.00 | $5.89 | ($942,176.00) |
| Sale | 05/14/19 | -40,000.00 | $6.32 | $252,960.00 |
| Sale | 06/13/19 | -40,000.00 | $5.05 | $201,908.00 |
| Sale | 07/08/19 | -40,000.00 | $3.87 | $154,696.00 |
| Sale | 07/08/19 | -40,000.00 | $3.88 | $155,280.00 |
| Sale | 07/10/19 | -40,000.00 | $3.43 | $137,272.00 |
| Sale | 07/11/19 | -40,000.00 | $2.97 | $118,736.00 |
| Sale | 07/12/19 | -40,000.00 | $2.74 | $109,576.00 |
| Sale | 07/12/19 | -80,000.00 | $2.53 | $202,496.00 |
| Sale | 07/12/19 | -40,000.00 | $2.71 | $108,200.00 |
| Sale | 07/12/19 | -40,000.00 | $2.70 | $107,912.00 |

**Granite Point Capital Scorpion Focused Ideas Fund**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Short Sale | 02/25/19 | -40,000.00 | $9.38 | $375,304.00 |
| Cover Purchase | 04/12/19 | 18,000.00 | $7.11 | ($128,062.80) |
| Cover Purchase | 04/22/19 | 22,000.00 | $7.09 | ($156,061.40) |
| Purchase | 05/02/19 | 200,000.00 | $5.69 | ($1,137,980.00) |
| Sale | 05/02/19 | -40,000.00 | $5.62 | $224,636.00 |
| Purchase | 05/03/19 | 40,000.00 | $5.89 | ($235,544.00) |
| Sale | 05/14/19 | -10,000.00 | $6.32 | $63,240.00 |
| Sale | 06/13/19 | -10,000.00 | $5.05 | $50,477.00 |
| Sale | 07/08/19 | -10,000.00 | $3.87 | $38,674.00 |
| Sale | 07/08/19 | -10,000.00 | $3.88 | $38,820.00 |
| Sale | 07/10/19 | -10,000.00 | $3.43 | $34,318.00 |
| Sale | 07/11/19 | -10,000.00 | $2.97 | $29,684.00 |
| Sale | 07/12/19 | -10,000.00 | $2.74 | $27,394.00 |
| Sale | 07/12/19 | -20,000.00 | $2.53 | $50,624.00 |
| Sale | 07/12/19 | -10,000.00 | $2.71 | $27,050.00 |
| Sale | 07/12/19 | -10,000.00 | $2.70 | $26,978.00 |