# Exhibit B

**LOSS ANALYSIS**

**Class Period: 11/14/2018 to 7/12/2019**

**Canntrust Holdings, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|--------|-------|-------|------|----------------|
| CTST | 137800207 | BF1D9W7 | CA1378002077 | $2.1749 [1] |

**Granite Point Capital Master Fund, LP**

**Long Position LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|------------------|-----------|--------|-----------------|---------------|
| Open | 11/14/2018 | 0 | | |
| Purchase | 5/2/2019 | 800,000 | $5.6899 | ($4,551,920.00) |
| Purchase | 5/3/2019 | 160,000 | $5.8886 | ($942,176.00) |
| *Class Period purchases:* | | *960,000* | | *($5,494,096.00)* |
| Sale | 5/2/2019 | -160,000 | $5.6159 | $898,544.00 |
| Sale | 5/14/2019 | -40,000 | $6.3240 | $252,960.00 |
| Sale | 6/13/2019 | -40,000 | $5.0477 | $201,908.00 |
| Sale | 7/8/2019 | -40,000 | $3.8674 | $154,696.00 |
| Sale | 7/8/2019 | -40,000 | $3.8820 | $155,280.00 |
| Sale | 7/10/2019 | -40,000 | $3.4318 | $137,272.00 |
| Sale | 7/11/2019 | -40,000 | $2.9684 | $118,736.00 |
| Sale | 7/12/2019 | -40,000 | $2.7394 | $109,576.00 |
| Sale | 7/12/2019 | -80,000 | $2.5312 | $202,496.00 |
| Sale | 7/12/2019 | -40,000 | $2.7050 | $108,200.00 |
| Sale | 7/12/2019 | -40,000 | $2.6978 | $107,912.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-600,000* | | *$2,447,580.00* |
| Sale | 7/24/2019 | -120,000 | $2.7044 | $324,533.33 [2] |
| Sale | 7/24/2019 | -80,000 | $2.7044 | $216,355.56 [2] |
| Sale | 7/24/2019 | -160,000 | $2.7044 | $432,711.11 [2] |
| *Post-Class Period sales (matched to Class Period purchases):* | | *-360,000* | | *$973,600.00* |

**Long Position LIFO Gain/(Loss):    ($2,072,916.00)**

**Short Position LIFO**

| Transaction Type | Trade Date | Shares | Price Per | Cost/Proceeds |
|------------------|-----------|--------|-----------|---------------|
| Open | 11/14/2018 | 0 | | |
| Short Sale | 2/25/2019 | -160,000 | $9.3826 | $1,501,216.00 |
| *Class Period short sales:* | | *-160,000* | | *$1,501,216.00* |

[1] *Value of shares held is the mean trading price from 7/12/2019 to 9/9/2019.*

[2] *Pursuant to the PSLRA, the value of sales during the 90-day lookback period is either the sale price or the average price of date of sale, whichever is higher.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Cover Purchase | 4/12/2019 | 72,000 | $7.1146 | ($512,251.20) |
| Cover Purchase | 4/22/2019 | 88,000 | $7.0937 | ($624,245.60) |
| *Class Period cover purchases (matched to Class Period short sales):* | | *160,000* | | *($1,136,496.80)* |

| | Short Position LIFO Gain/(Loss): | $364,719.20 |
|---|---|---|

| | Master Fund, LP LIFO Gain/(Loss): | ($1,708,196.80) |
|---|---|---|

**Granite Point Capital Scorpion Focused Ideas Fund**

**Long Position LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 11/14/2018 | 0 | | |
| Purchase | 5/2/2019 | 200,000 | $5.6899 | ($1,137,980.00) |
| Purchase | 5/3/2019 | 40,000 | $5.8886 | ($235,544.00) |
| *Class Period purchases:* | | *240,000* | | *($1,373,524.00)* |
| Sale | 5/2/2019 | -40,000 | $5.6159 | $224,636.00 |
| Sale | 5/14/2019 | -10,000 | $6.3240 | $63,240.00 |
| Sale | 6/13/2019 | -10,000 | $5.0477 | $50,477.00 |
| Sale | 7/8/2019 | -10,000 | $3.8674 | $38,674.00 |
| Sale | 7/8/2019 | -10,000 | $3.8820 | $38,820.00 |
| Sale | 7/10/2019 | -10,000 | $3.4318 | $34,318.00 |
| Sale | 7/11/2019 | -10,000 | $2.9684 | $29,684.00 |
| Sale | 7/12/2019 | -10,000 | $2.7394 | $27,394.00 |
| Sale | 7/12/2019 | -20,000 | $2.5312 | $50,624.00 |
| Sale | 7/12/2019 | -10,000 | $2.7050 | $27,050.00 |
| Sale | 7/12/2019 | -10,000 | $2.6978 | $26,978.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-150,000* | | *$611,895.00* |
| Sale | 7/24/2019 | -30,000 | $2.7044 | $81,133.33 [2] |
| Sale | 7/24/2019 | -20,000 | $2.7044 | $54,088.89 [2] |
| Sale | 7/24/2019 | -40,000 | $2.7044 | $108,177.78 [2] |
| *Post-Class Period sales (matched to Class Period purchases):* | | *-90,000* | | *$243,400.00* |

| | Long Position LIFO Gain/(Loss): | ($518,229.00) |
|---|---|---|

[2] *Pursuant to the PSLRA, the value of sales during the 90-day lookback period is either the sale price or the average price of date of sale, whichever is higher.*

**Short Position LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 11/14/2018 | 0 | | |
| Short Sale | 2/25/2019 | -40,000 | $9.3826 | $375,304.00 |
| *Class Period short sales:* | | *-40,000* | | *$375,304.00* |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Cover Purchase | 4/12/2019 | 18,000 | $7.1146 | ($128,062.80) |
| Cover Purchase | 4/22/2019 | 22,000 | $7.0937 | ($156,061.40) |
| *Class Period cover purchases (matched to Class Period short sales):* | | *40,000* | | *($284,124.20)* |

|  | Short Position LIFO Gain/(Loss): | $91,179.80 |
|---|---|---|
|  | **Scorpion Focused Ideas Fund LIFO Gain/(Loss):** | **($427,049.20)** |
|  | **Total LIFO Gain/(Loss):** | **($2,135,246.00)** |