**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, )<br><br>Defendants. ) | Civil Action No. 1:19-cv-06396-JPO<br><br>CLASS ACTION |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, )<br><br>Defendants. ) | Civil Action No. 1:19-cv-06438-JPO<br><br>CLASS ACTION |

*(Case caption continues on following page)*

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF MARK PETERSEN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND FOR CONSOLIDATION**

|  |  |
|---|---|
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>                  Defendants. | Civil Action No. 1:19-cv-06883-JPO<br><br><u>CLASS ACTION</u> |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT<br><br>                  Defendants. | Civil Action No. 1:19-cv-07164-JPO<br><br><u>CLASS ACTION</u> |

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld, LLP.  I submit this declaration in support of the Motion filed by Mark Petersen ("Petersen") for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; (3) consolidation of all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:      Certification of Petersen;

EXHIBIT B:      Notice of pendency of *Huang v. CannTrust Holdings Inc.*, 1:19-cv-06396-JPO (S.D.N.Y.) published on July 10, 2019;

EXHIBIT C:      Notice of pendency of *Jones v. CannTrust Holdings Inc.*, 1:19-cv-06883-JPO (S.D.N.Y.) published on July 24, 2019;

EXHIBIT D:      Press Release, CannTrust Holdings Inc., CannTrust Voluntary Hold on Product Sales and Formation of Independent Special Committee of the Board of Directors (July 11, 2019);

EXHIBIT E:      Chart reflecting financial interest of Petersen; and

EXHIBIT F:      Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of September 2019.

*/s/ Javier Bleichmar*
Javier Bleichmar

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Javier Bleichmar*
Javier Bleichmar