# EXHIBIT B

Wire: Business Wire (BUS) Date: Jul 10 2019  18:33:00
Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of CannTrust
Holdings Inc. Investors (CTST)

  Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of
  CannTrust Holdings Inc. Investors (CTST)

Business Wire

LOS ANGELES -- July 10, 2019

Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action
lawsuit in the United States District Court for the Southern District of New
York, captioned Huang v. CannTrust Holdings Inc. et al., (Case No.
1:19-cv-06396), on behalf of persons and entities that purchased or otherwise
acquired CannTrust Holdings Inc.  (NYSE: CTST) ("CannTrust" or the "Company")
securities between November 14, 2018 and July 5, 2019, inclusive (the "Class
Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the
Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have 60 days from the date of this
notice to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On July 8, 2019, the Company disclosed that Health Canada found that its
greenhouse facility in Pelham, Ontario, is non-compliant with certain
regulations. As a result, Health Canada placed a hold on 5,200 kilograms of
dried cannabis harvested from the unlicensed rooms, along with an additional
7,500 kilograms voluntarily held by the Company, until the facility becomes
compliant.

On this news, the Company's share price fell $1.11, or more than 22%, to close
at $3.83 per share on July 8, 2019, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class
Period, Defendants made materially false and/or misleading statements, as well
as failed to disclose material adverse facts about the Company's business,
operations, and prospects. Specifically, Defendants failed to disclose to
investors: (1) that the Company was growing cannabis in its Pelham greenhouse
while applications for regulatory approval were still pending; (2) that the
Company's Pelham greenhouse did not comply with certain regulations; (3) that,
as a result, the Company was reasonably likely to face an inventory hold by
Health Canada until the Pelham facility becomes compliant with applicable
regulations; (4) that, as a result, the Company's customers would face
shortages and would likely seek product from CannTrust's competitors; and (5)
that, as a result of the foregoing, Defendants' positive statements about the
Company's business, operations, and prospects were materially misleading

and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased CannTrust securities during the Class Period, you may move the Court no later than 60 days from the date of this notice to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067, at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20190710005896/en/

Contact:

Glancy Prongay and Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
www.glancylaw.com
shareholders@glancylaw.com

-0- Jul/10/2019 22:33 GMT

```
------------------------------========================------------------------------
                              Copyright (c) 2019
```

############################## END OF STORY 1 ##############################