# EXHIBIT D

Wire: PR Newswire (PRN) Date: Jul 11 2019  19:29:16
CannTrust Voluntary Hold On Product Sales and Formation of Independent Special
Committee of the Board of Directors

CannTrust Voluntary Hold On Product Sales and Formation of Independent Special
                  Committee of the Board of Directors

PR Newswire

VAUGHAN, ON, July 11, 2019

VAUGHAN, ON, July 11, 2019 /PRNewswire/ - CannTrust Holdings Inc. ("CannTrust"
or the "Company", TSX: TRST, NYSE: CTST) has announced it has implemented a
voluntary hold on sale and shipment of all cannabis products as a precaution
while Health Canada visits and reviews its Vaughan, Ontario manufacturing
facility.

CannTrust Holdings Inc. (CNW Group/CannTrust Holdings Inc.)

CannTrust placed a hold on medical sales through their customer service line
and online as of 11:59 p.m. on July 10.

CannTrust is working closely with the regulator through the review process and
expects to provide further detail of the duration of the hold and other
developments as they become available.

Patients and consumers who have questions about CannTrust products can contact
the Company's customer care team at customercare@canntrust.ca and
1-855-RX4-CANN.

At this time, the impact of these matters on CannTrust's financial results are
unknown until the regulatory review process is complete.

Independent Special Committee of the Board of Directors

CannTrust has also announced that a Special Committee of the Board of
Directors has been established. The Special Committee is comprised of
independent members of the Board of Directors. The purpose of the Special
Committee is to investigate this matter in its entirety.

About CannTrust

CannTrust is a federally regulated licensed producer of medical and
recreational cannabis in Canada. Founded by pharmacists, CannTrust brings more
than 40 years of pharmaceutical and healthcare experience to the medical
cannabis industry and serves more than 72,000 medical patients with its dried,
extract and capsule products. The Company operates its Niagara Perpetual
Harvest Facility in Pelham, Ontario, and prepares and packages its product

portfolio at its manufacturing centre of excellence in Vaughan, Ontario. The Company has also purchased 81 acres of land in British Columbia and expects to secure over 240 acres of land in total for low-cost outdoor cultivation which it will use for its extraction-based products.

Forward Looking Statements

This press release contains "forward-looking information" within the meaning of Canadian Securities laws and "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995 and other applicable United States safe harbor laws, and such statements are based upon CannTrust's current internal expectations, estimates, projections, assumptions and beliefs and views of future events. Forward-looking information and forward-looking statements can be identified by the use of forward-looking terminology such as "believes", "expect", "likely", "may", "will", "should", "intend", "anticipate", "potential", "proposed", "estimate" and other similar words, including negative and grammatical variations thereof, or statements that certain events or conditions "may", "would" or "will" happen, or by discussions of strategy.

The forward-looking information and statements in this news release include statements relating to the expected timeframe and resolution for the completion of Health Canada's quality product testing and the Company's response to Health Canada's compliance report. Forward-looking information and statements necessarily involve known and unknown risks, including, without limitation: results of Health Canada's quality product testing; regulatory approval; risks associated with general economic conditions; adverse industry events; loss of markets; future legislative and regulatory developments in Canada, the United States and elsewhere; the cannabis industry in Canada generally; and, the ability of CannTrust to implement its business strategies.

Any forward-looking information and statements speak only as of the date on which they are made, and, except as required by law, CannTrust does not undertake any obligation to update or revise any forward-looking information or statements, whether as a result of new information, future events or otherwise. New factors emerge from time to time, and it is not possible for CannTrust to predict all such factors. When considering these forward-looking information and statements, readers should keep in mind the risk factors and other cautionary statements in CannTrust's Annual Information Form dated March 28, 2019 (the "AIF") and filed with the applicable Canadian securities regulatory authorities on SEDAR at www.sedar.com and filed as an exhibit CannTrust's Form 40-F annual report under the United States Securities Exchange Act of 1934, as amended, with the United States Securities and Exchange Commission on EDGAR at www.sec.gov. The risk factors and other factors noted in the AIF could cause actual events or results to differ materially from those described in any forward-looking information or statements.

The TSX and NYSE do not accept responsibility for the adequacy or accuracy of this release.

Cision View original content to download multimedia:http://www.prnewswire.com/news-releases/canntrust-voluntary-hold-on-product-sales-and-formation-of-independent-special-committee-of-the-board-of-directors-300883879.html

SOURCE CannTrust Holdings Inc.

Website: https://www.canntrust.ca/
Contact: or to arrange an interview, please contact: Media Relations: Riya Dhaliwal, Tel: 1-888-677-1477, media@canntrust.ca; Investor Relations: Marc Charbin, 416-467-5229, investor@canntrust.ca

-0- Jul/11/2019 23:29 GMT

---------------------------------===============================-------------------------
                            Copyright (c) 2019

############################## END OF STORY 1 ##############################