# EXHIBIT E

CannTrust Holdings Inc.

Class Period: November 14, 2018 to July 11, 2019

Financial Interest Analysis for Mark Petersen

FIFO/LIFO - Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 11/14/2018 | 0.00 | | |
| Purchase | 5/14/2019 | 6,700.00 | $6.2000 | ($41,540.00) |
| Purchase | 5/14/2019 | 3,300.00 | $6.1100 | ($20,163.00) |
| Purchase | 5/14/2019 | 2,800.00 | $6.1900 | ($17,332.00) |
| Purchase | 5/14/2019 | 1,700.00 | $6.1000 | ($10,370.00) |
| Purchase | 5/14/2019 | 500.00 | $6.1800 | ($3,090.00) |
| Purchase | 5/21/2019 | 5,000.00 | $5.8500 | ($29,250.00) |
| Purchase | 6/19/2019 | 15,000.00 | $5.3000 | ($79,500.00) |
| Purchase | 6/19/2019 | 8,834.00 | $5.3600 | ($47,350.24) |
| Purchase | 6/19/2019 | 4,800.00 | $5.3600 | ($25,728.00) |
| Purchase | 6/19/2019 | 1,266.00 | $5.3600 | ($6,785.76) |
| Purchase | 6/19/2019 | 100.00 | $5.3600 | ($536.00) |
| *Total Class Period Purchases* | | 50,000.00 | | ($281,645.00) |
| Sale [1] | 7/12/2019 | -2,500.00 | $2.7700 | $6,925.00 |
| Sale [1] | 7/12/2019 | -2,500.00 | $2.7700 | $6,925.00 |
| Sale [1] | 7/12/2019 | -2,615.00 | $2.8200 | $7,374.30 |
| Sale [1] | 7/12/2019 | -20,000.00 | $2.7700 | $55,400.00 |
| Sale [1] | 7/12/2019 | -22,385.00 | $2.8100 | $62,901.85 |
| *Post-Class Period Sales Matching to Class Period Purchases* | | -50,000.00 | | $139,526.15 |
| Retained Shares [2] | | 0.00 | $2.1746 | $0.00 |
| | | | **FIFO/LIFO:** | ($142,118.85) |

FIFO/LIFO - December 19 Call $5.00 Options

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 11/14/2018 | 0.00 | | |
| Purchase | 5/23/2019 | 15.00 | $1.5100 | ($2,265.00) |
| *Total Class Period Purchases* | | 15.00 | | ($2,265.00) |

| | | | | |
|---|---|---|---|---|
| Retained Contracts [2] | | 15.00 | $0.2345 | $351.79 |
| | | | FIFO/LIFO: | ($1,913.21) |

**FIFO/LIFO - December 19 Call $7.50 Options**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 11/14/2018 | 0.00 | | |
| Purchase | 6/19/2019 | 16.00 | $0.5500 | ($880.00) |
| Purchase | 6/20/2019 | 20.00 | $0.5100 | ($1,020.00) |
| *Total Class Period Purchases* | | 36.00 | | ($1,900.00) |
| Retained Contracts [2] | | 36.00 | $0.1133 | $408.00 |
| | | | FIFO/LIFO: | ($1,492.00) |

| | |
|---|---|
| **Total FIFO/LIFO - Common Stock** | **($142,118.85)** |
| **Total FIFO/LIFO - Options** | **($3,405.21)** |
| **Total Combined FIFO/LIFO:** | **($145,524.06)** |

[1] *Post-Class Period sales are valued at the maximum of the actual sale price and the average price up to the date of sale.*

[2] *Shares and option contracts retained at the end of the class period are valued at the average price from July 12, 2019 to September 9, 2019.*