UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06396-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |
| GUSTAVO ALVARADO, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06438-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | |
| Defendants. | |
| RONALD E. JONES, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06883-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |

[Caption continued on the next page.]

010838-11/1182660 V1

SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,

Defendants.

No. 1:19-cv-07164-JPO

CLASS ACTION

**NOTICE OF MOTION AND MOTION OF CANNTRUST INVESTOR GROUP TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL**

010838-11/1182660 V1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class members Igor Kobzar, Lyss Murphey, Robert R. Patraulea, and Ming Li (the "CannTrust Investor Group") will and hereby do respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing the CannTrust Investor Group as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of CannTrust Holdings Inc. ("CannTrust", "CTST" or the "Company") from November 14, 2018 and July 12, 2019, both dates inclusive; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

Alternatively, if the Court determines that a single plaintiff would be more appropriate in this action, each omember of the CannTrust Investor Group moves for appointment as Lead Plaintiff individually, rather than jointly, and approval of Hagens Berman as Lead Counsel.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Reed R. Kathrein filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, the CannTrust Investor Group respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint the CannTrust Investor Group as Lead Plaintiff on behalf of all similarly situated CTST investors; (3) approve the CannTrust Investor Group's

- 1 -

selection of Hagens Berman as Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: September 9, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Jason A. Zweig
    JASON A. ZWEIG, JZ-8107

555 Fifth Avenue, Suite 1700
New York, NY  10017
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Reed R. Kathrein
Danielle Smith
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiffs Igor Kobzar, Lyss Murphey, Robert R. Patraulea, and Ming Li*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG
