UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>               Defendants. | Case No.  1:19-cv-06396-JPO |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>     vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>               Defendants. | Case No.  1:19-cv-06438-JPO |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>               Defendants. | Case No.  1:19-cv-06883-JPO |

|                                                                                      |                                 |
| ------------------------------------------------------------------------------------ | ------------------------------- |
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated, <br><br>Plaintiff, <br><br>v. <br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br>Defendants. | Case No.  1:19-cv-07164-JPO |

**NOTICE OF MOTION OF LEE DAVID FITZKEE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lee David Fitzkee ("Fitzkee"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Fitzkee as Lead Plaintiff on behalf of all those who purchased, or otherwise acquired, CannTrust Holdings Inc. securities between November 14, 2018 and July 12, 2019, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  September 9, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*and Proposed Lead Counsel for the Class*

1