UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Case No.  1:19-cv-06396-JPO |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants. | Case No.  1:19-cv-06438-JPO |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>Defendants. | Case No.  1:19-cv-06883-JPO |

| | |
|---|---|
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>    Defendants. | Case No.  1:19-cv-07164-JPO |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF LEE DAVID FITZKEE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Lee David Fitzkee ("Fitzkee"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in support of Fitzkee's motion for consolidation, appointment as Lead Plaintiff, and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Loss chart of Fitzkee;

Exhibit B:      Press release published over *Business Wire* on July 10, 2019, announcing the pendency of the first-filed of the above-captioned related actions;

Exhibit C:      Shareholder Certification of Fitzkee; and

Exhibit D:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 9, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1