# EXHIBIT A

**CannTrust Holdings Inc. (CTST)**
**Class Period: November 14, 2018 and July 12, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Fitzkee, Lee David | 5/17/2019 | 11,013 | $6.1200 | ($67,400) | 8/19/2019 | (2,600) | $2.3859 | $6,203 | | |
| Fitzkee, Lee David | 5/17/2019 | 4,987 | $6.1100 | ($30,471) | 8/19/2019 | (20,215) | $2.3859 | $48,231 | | |
| Fitzkee, Lee David | 5/20/2019 | 400 | $5.8500 | ($2,340) | | | | | | |
| Fitzkee, Lee David | 5/20/2019 | 1,600 | $5.8600 | ($9,376) | | | | | | |
| Fitzkee, Lee David | 5/21/2019 | 2,000 | $5.8900 | ($11,780) | | | | | | |
| Fitzkee, Lee David | 5/23/2019 | 165 | $5.6300 | ($929) | | | | | | |
| Fitzkee, Lee David | 5/23/2019 | 2,000 | $5.7163 | ($11,433) | | | | | | |
| Fitzkee, Lee David | 6/3/2019 | 200 | $5.1200 | ($1,024) | | | | | | |
| Fitzkee, Lee David | 7/8/2019 | 450 | $3.9600 | ($1,782) | | | | | | |
| **Fitzkee, Lee David** | | **22,815** | | **($136,534)** | | **(22,815)** | | **$54,435** | **22,815** | **($82,099)** |