UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06396-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |
| GUSTAVO ALVARADO, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06438-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | |
| Defendants. | |
| RONALD E. JONES, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06883-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |

[Caption continued on the next page.]

SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,

                                Plaintiff,

     v.

CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,

                            Defendants.

No. 1:19-cv-07164-JPO

CLASS ACTION

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF CANNTRUST INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL**

010838-11/1185484 V1

I, Reed R. Kathrein, declare as follows:

1.      I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class members Igor Kobzar, Lyss Murphey, Robert R. Patraulea, and Ming Li (the "CannTrust Investor Group" or "Movants").  I am an attorney licensed to practice law in the States of California, Illinois and Florida.  I make this declaration in support of the CannTrust Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      The Movants' sworn Certifications;

Exhibit B:      Charts of Movants' estimated losses;

Exhibit C:      Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on July 10, 2019;

Exhibit D:      Hagens Berman's firm résumé; and

Exhibit E:      The Movants' Joint Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September 2019, at Berkeley, California.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG
