# Exhibit A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against CannTrust Holdings, Inc. and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below: *See Attached*

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| CTST | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
|---|---|---|---|
| CTST | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below: _____.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


By:    _Kobar Kobzar Igor_____
            (Signature of Representative Plaintiff)

Date Signed:    _29. 07. 2019_____

Name (print):    _Kobzar Igor_____

Igor Kobzar - CannTrust Holdings Inc. (CTST)
Class Period 11/14/18 - 07/12/19

| PURCHASES | | | | SALES | | |
| Date | Shares | Share Price | | Date | Shares | Share Price |
| --- | --- | --- | --- | --- | --- | --- |
| 03/29/19 | 880 | $7.8500 | | | | |
| 03/29/19 | 100 | $7.8500 | | | | |
| 03/29/19 | 100 | $7.8500 | | | | |
| 03/29/19 | 100 | $7.8500 | | | | |
| 04/03/19 | 154 | $7.6100 | | | | |
| 04/03/19 | 100 | $7.6100 | | | | |
| 04/03/19 | 300 | $7.6100 | | | | |
| 04/03/19 | 300 | $7.6100 | | | | |
| 04/03/19 | 100 | $7.6000 | | | | |
| 04/03/19 | 100 | $7.6100 | | | | |
| 04/03/19 | 60 | $7.6000 | | | | |
| 04/03/19 | 100 | $7.6000 | | | | |
| 04/03/19 | 100 | $7.6000 | | | | |
| 04/03/19 | 1,100 | $7.6100 | | | | |
| 04/03/19 | 31 | $7.6100 | | | | |
| 04/11/19 | 100 | $7.1800 | | | | |
| 04/11/19 | 200 | $7.1800 | | | | |
| 04/11/19 | 100 | $7.1800 | | | | |
| 04/11/19 | 100 | $7.1800 | | | | |
| 04/11/19 | 100 | $7.1800 | | | | |
| 04/11/19 | 100 | $7.1800 | | | | |
| 04/11/19 | 300 | $7.1800 | | | | |
| 04/11/19 | 392 | $7.1800 | | | | |
| 04/15/19 | 100 | $6.7900 | | | | |
| 04/15/19 | 300 | $6.7900 | | | | |
| 04/15/19 | 785 | $6.7900 | | | | |
| 04/15/19 | 667 | $6.7850 | | | | |
| 04/30/19 | 200 | $6.8600 | | | | |
| 04/30/19 | 115 | $6.8600 | | | | |
| 04/30/19 | 100 | $6.8600 | | | | |
| 05/03/19 | 201 | $6.0400 | | | | |
| 05/03/19 | 623 | $6.0400 | | | | |
| 05/03/19 | 194 | $6.0400 | | | | |
| 05/03/19 | 80 | $6.0400 | | | | |
| 05/03/19 | 20 | $6.0400 | | | | |
| 05/03/19 | 100 | $6.0350 | | | | |
| 05/03/19 | 200 | $6.0400 | | | | |
| 05/03/19 | 100 | $6.0350 | | | | |
| 05/03/19 | 100 | $6.0350 | | | | |
| 05/03/19 | 100 | $6.0400 | | | | |
| 05/03/19 | 100 | $6.0350 | | | | |
| 05/23/19 | 443 | $5.6500 | | | | |
| 05/23/19 | 100 | $5.6400 | | | | |
| 05/23/19 | 300 | $5.6400 | | | | |
| 05/23/19 | 100 | $5.6400 | | | | |
| 05/23/19 | 200 | $5.6400 | | | | |
| 05/23/19 | 100 | $5.6400 | | | | |
| 05/23/19 | 170 | $5.6500 | | | | |
| 05/23/19 | 100 | $5.6500 | | | | |
| 05/23/19 | 100 | $5.6500 | | | | |
| 05/23/19 | 300 | $5.6400 | | | | |
| 05/23/19 | 100 | $5.6400 | | | | |
| 05/23/19 | 100 | $5.6400 | | | | |
| 05/23/19 | 100 | $5.6400 | | | | |
| 06/03/19 | 392 | $5.1000 | | | | |
| 06/03/19 | 588 | $5.1000 | | | | |
| 06/14/19 | 299 | $4.9400 | | | | |
| 06/14/19 | 100 | $4.9400 | | | | |
| 06/14/19 | 100 | $4.9400 | | | | |
| 06/14/19 | 100 | $4.9400 | | | | |
| 06/14/19 | 11 | $4.9400 | | | | |
| 06/14/19 | 100 | $4.9400 | | | | |
| 06/18/19 | 100 | $4.9500 | | | | |
| 06/18/19 | 100 | $4.9500 | | | | |
| 06/18/19 | 100 | $4.9500 | | | | |
| 06/18/19 | 111 | $4.9500 | | | | |
| 06/18/19 | 600 | $4.9500 | | | | |
| 06/19/19 | 200 | $5.3500 | | | | |
| 06/19/19 | 100 | $5.3500 | | | | |
| 06/19/19 | 100 | $5.3500 | | | | |
| 06/19/19 | 100 | $5.3500 | | | | |
| 06/19/19 | 613 | $5.3500 | | | | |
| 06/19/19 | 100 | $5.3500 | | | | |
| 06/19/19 | 100 | $5.3500 | | | | |
| 06/19/19 | 500 | $5.3500 | | | | |
| 06/20/19 | 68 | $5.2900 | | | | |
| 06/20/19 | 100 | $5.2900 | | | | |
| 06/20/19 | 100 | $5.2900 | | | | |
| 06/20/19 | 100 | $5.2900 | | | | |
| 06/20/19 | 100 | $5.2900 | | | | |
| 06/20/19 | 100 | $5.2900 | | | | |
| 06/28/19 | 200 | $5.0000 | | | | |
| 06/28/19 | 300 | $5.0000 | | | | |
| 06/28/19 | 100 | $5.0000 | | | | |
| 06/28/19 | 657 | $5.0000 | | | | |
| 06/28/19 | 100 | $5.0000 | | | | |
| 06/28/19 | 200 | $5.0000 | | | | |

PURCHASES | | | | SALES | |

| Date | Shares | Share Price | Date | Shares | Share Price |
|---|---|---|---|---|---|
| 06/28/19 | 200 | $5.0000 | | | |
| 06/28/19 | 200 | $4.9950 | | | |
| 06/28/19 | 100 | $5.0000 | | | |
| 06/28/19 | 300 | $5.0000 | | | |
| 06/28/19 | 200 | $5.0000 | | | |
| 06/28/19 | 500 | $5.0000 | | | |
| 06/28/19 | 600 | $4.9950 | | | |
| 06/28/19 | 100 | $4.9950 | | | |
| 06/28/19 | 43 | $5.0000 | | | |
| 07/05/19 | 100 | $4.8700 | | | |
| 07/05/19 | 400 | $4.8700 | | | |
| 07/05/19 | 1,700 | $4.8700 | | | |
| 07/05/19 | 674 | $4.8700 | | | |
| 07/08/19 | 100 | $4.1300 | | | |
| 07/08/19 | 150 | $4.1300 | | | |
| 07/08/19 | 300 | $4.1300 | | | |
| 07/08/19 | 100 | $4.1300 | | | |
| 07/08/19 | 200 | $4.1300 | | | |
| 07/08/19 | 100 | $4.1300 | | | |
| 07/08/19 | 100 | $4.1300 | | | |
| 07/08/19 | 146 | $4.1300 | | | |
| 07/08/19 | 300 | $4.1300 | | | |
| 07/08/19 | 100 | $4.1300 | | | |
| 07/08/19 | 170 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 200 | $3.8450 | | | |
| 07/08/19 | 200 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 200 | $3.8450 | | | |
| 07/08/19 | 200 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8425 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 200 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 200 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8425 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |
| 07/08/19 | 100 | $3.8450 | | | |

<u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW</u>

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against CannTrust Holdings Inc. and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth in the Chart attached:

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action filed under the federal securities laws.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____

DocuSigned by:

*Lyss Murphey*

CA7F0A72E33647A...

(Signature of Representative Plaintiff)

Date Signed:    Jul 25, 2019 | 4:20 PM PDT _____

Name (print):    Lyss Murphey _____

Street Address:    _____

City, State, Zip    _____

County/Country:    _____

Daytime Phone:    _____

Evening Phone:    _____

**Lyss Murphey - CannTrust Holdings Inc. (CTST)**
**Class Period 11/14/18 - 07/12/19**

Case 1:19-cv-06396-JPO   Document 53-1   Filed 09/09/19   Page 8 of 23

| | **PURCHASES** | | | | | **SALES** | | | |
| Date | Shares | Share Price | | Amount Paid | Date | Shares | Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Held** | | | | | | | | | |
| **Class Period Purchases** | | | | | | | | | |
| 05/01/19 | 4,000 | $6.2500 | | $25,000.00 | | | | | |
| 05/02/19 | 300 | $6.8979 | | $2,069.37 | | | | | |
| 05/02/19 | 500 | $6.8998 | | $3,449.90 | | | | | |
| 05/02/19 | 1,000 | $6.8950 | | $6,895.00 | | | | | |
| 05/02/19 | 2,200 | $6.8978 | | $15,175.16 | | | | | |
| 05/07/19 | 2,000 | $5.8799 | | $11,759.80 | | | | | |
| 05/07/19 | 2,000 | $5.6999 | | $11,399.80 | | | | | |
| 05/09/19 | 580 | $5.7399 | | $3,329.14 | | | | | |
| 05/22/19 | 2,200 | $5.8800 | | $12,936.00 | | | | | |
| 07/08/19 | 2,500 | $3.8900 | | $9,725.00 | | | | | |

As of 9/9/2019

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against CannTrust Holdings Inc. and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth in the Chart attached:

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  31    day of  July                , 2019.

By:  _____   Jul 30, 2019 | 6:09 PM PDT
DocuSigned by:
F1AAE4ACFFB949A...
(Signature of Representative Plaintiff)

Name (print):   Robert Patraulea

Street Address:   47 hoya quay

City, State, Zip   Georgetown, grand cayman

County/Country:  Cayman Islands

Daytime Phone:   xxx-xxx-xxxx

Evening Phone:   xxx-xxx-xxxx

As of 9/9/2019

**Robert Patraulea - CannTrust Holdings Inc. (CTST)**
**Class Period 11/14/18 - 07/12/19**

| Date | PURCHASES Shares | PURCHASES Share Price | Amount Paid | | Date | SALES Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** | | | | | | | | |
| 2019-03-28,17:50:36 | 2,500 | $8.1200 | $20,300.00 | | | | | |
| 2019-03-28,17:50:36 | 2,011 | $8.1200 | $16,329.32 | | | | | |
| 2019-03-28,17:55:29 | 489 | $8.1200 | $3,970.68 | | | | | |
| 2019-03-28,18:39:32 | 327 | $8.1100 | $2,651.97 | | | | | |
| 2019-03-29,09:48:15 | 673 | $8.1100 | $5,458.03 | | | | | |
| 2019-03-29,09:48:15 | 573 | $8.1100 | $4,647.03 | | | | | |
| 2019-03-29,09:48:15 | 100 | $8.1100 | $811.00 | | | | | |
| 2019-03-29,11:13:35 | 1,000 | $7.7500 | $7,750.00 | | | | | |
| 2019-03-29,11:13:35 | 700 | $7.7500 | $5,425.00 | | | | | |
| 2019-03-29,11:13:35 | 100 | $7.7500 | $775.00 | | | | | |
| 2019-03-29,11:13:36 | 100 | $7.7500 | $775.00 | | | | | |
| 2019-03-29,11:13:49 | 100 | $7.7500 | $775.00 | | | | | |
| 2019-04-02,11:33:01 | 1,000 | $7.7800 | $7,780.00 | | | | | |
| 2019-04-02,11:33:01 | 100 | $7.7800 | $778.00 | | | | | |
| 2019-04-02,11:35:21 | 195 | $7.7800 | $1,517.10 | | | | | |
| 2019-04-02,11:35:21 | 130 | $7.7800 | $1,011.40 | | | | | |
| 2019-04-02,11:35:21 | 287 | $7.7800 | $2,232.86 | | | | | |
| 2019-04-02,11:35:21 | 100 | $7.7800 | $778.00 | | | | | |
| 2019-04-02,11:35:21 | 88 | $7.7800 | $684.64 | | | | | |
| 2019-04-02,11:35:21 | 100 | $7.7800 | $778.00 | | | | | |
| 2019-04-03,12:19:50 | 1,000 | $7.5500 | $7,550.00 | | | | | |
| 2019-04-04,14:44:23 | 745 | $7.2800 | $5,423.60 | | | | | |
| 2019-04-04,14:44:23 | 250 | $7.2800 | $1,820.00 | | | | | |
| 2019-04-04,14:45:02 | 34 | $7.2800 | $247.52 | | | | | |
| 2019-04-04,14:46:09 | 400 | $7.2800 | $2,912.00 | | | | | |
| 2019-04-04,14:47:03 | 19 | $7.2800 | $138.32 | | | | | |
| 2019-04-04,14:47:57 | 42 | $7.2800 | $305.76 | | | | | |
| 2019-04-09,10:38:25 | 755 | $7.3900 | $5,579.45 | | | | | |
| 2019-04-09,10:38:25 | 504 | $7.3900 | $3,724.56 | | | | | |
| 2019-04-09,10:38:25 | 251 | $7.3900 | $1,854.89 | | | | | |
| 2019-04-11,13:05:54 | 1,000 | $6.9200 | $6,920.00 | | | | | |
| 2019-04-11,13:05:54 | 700 | $6.9200 | $4,844.00 | | | | | |
| 2019-04-11,13:05:54 | 100 | $6.9200 | $692.00 | | | | | |
| 2019-04-11,13:05:54 | 100 | $6.9200 | $692.00 | | | | | |
| 2019-04-11,13:05:54 | 100 | $6.9200 | $692.00 | | | | | |
| 2019-05-02,12:35:35 | 1,900 | $5.6900 | $10,811.00 | | | | | |
| 2019-05-02,12:35:35 | 100 | $5.6900 | $569.00 | | | | | |
| 2019-05-02,12:35:42 | 100 | $5.6900 | $569.00 | | | | | |
| 2019-05-02,12:35:49 | 100 | $5.6900 | $569.00 | | | | | |
| 2019-05-02,12:37:55 | 300 | $5.6900 | $1,707.00 | | | | | |
| 2019-05-02,12:38:02 | 100 | $5.6900 | $569.00 | | | | | |
| 2019-05-02,12:38:09 | 100 | $5.6900 | $569.00 | | | | | |
| 2019-05-02,12:38:16 | 100 | $5.6900 | $569.00 | | | | | |
| 2019-05-02,12:38:23 | 1,000 | $5.6900 | $5,690.00 | | | | | |
| 2019-05-02,12:57:36 | 500 | $5.6500 | $2,825.00 | | | | | |
| 2019-05-02,12:57:36 | 315 | $5.6500 | $1,779.75 | | | | | |
| 2019-05-02,12:57:37 | 185 | $5.6500 | $1,045.25 | | | | | |
| 2019-05-30,12:50:13 | 1,000 | $5.6000 | $5,600.00 | | | | | |
| 2019-05-30,12:50:13 | 200 | $5.6000 | $1,120.00 | | | | | |
| 2019-05-30,13:05:26 | 100 | $5.6000 | $560.00 | | | | | |
| 2019-05-30,13:09:30 | 700 | $5.6000 | $3,920.00 | | | | | |
| 2019-05-31,14:07:29 | 2,000 | $5.2399 | $10,479.80 | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | |

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against CannTrust Holdings Inc. and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth in the attached account statements.

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of September, 2019.

By: _____

(Signature of Representative Plaintiff)

Name (print):  Ming Li

| Date | Action | Description | Amount |
|---|---|---|---|
| 06/28/19 | Bought | 4656 of CTST @ $4.98 (Order #2368) | -23,189.83 |
| 06/28/19 | Bought | 5000 of CTST @ $4.9985 (Order #2397) | -24,995.45 |
| 06/28/19 | Bought | 2000 of CTST @ $5.0099 (Order #2367) | -10,019.80 |
| 06/28/19 | Bought | 1000 of CTST @ $5.009 (Order #2367) | -5,009.00 |
| 06/28/19 | Bought | 2000 of CTST @ $5.0087 | -10,020.35 |
| 06/28/19 | Sold | 5000 of CTST @ $5.08 (Order #2363) | 25,395.92 |
| 06/28/19 | Sold | 5000 of CTST @ $5.07 | 25,345.92 |
| 06/28/19 | Sold | 2000 of CTST @ $5.0701 (Order #2360) | 10,139.75 |
| 06/28/19 | Sold | 500 of CTST @ $5.075 (Order #2360) | 2,534.43 |
| 06/28/19 | Sold | 1500 of CTST @ $5.071 (Order #2360) | 7,606.16 |
| 06/28/19 | Sold | 3499 of CTST @ $5.05 (Order #2355) | 17,648.72 |
| 06/27/19 | Bought | 3399 of CTST @ $4.98 (Order #2342) | -16,929.97 |
| 06/27/19 | Sold | 4800 of CTST @ $5.12 | 24,571.97 |
| 06/27/19 | Bought | 5000 of CTST @ $4.99 (Order #2343) | -24,952.95 |
| 06/27/19 | Sold | 4800 of CTST @ $5.10 | 24,475.97 |
| 06/27/19 | Bought | 4500 of CTST @ $4.9753 (Order #2335) | -22,391.80 |
| 06/27/19 | Bought | 5000 of CTST @ $4.98 | -24,902.95 |
| 06/27/19 | Sold | 4800 of CTST @ $5.1024 (Order #2273) | 24,487.49 |
| 06/27/19 | Sold | 5000 of CTST @ $5.09 (Order #2272) | 25,445.92 |
| 06/27/19 | Sold | 3400 of CTST @ $5.05 (Order #2271) | 17,169.24 |
| 06/27/19 | Sold | 2000 of CTST @ $5.0501 (Order #2271) | 10,096.80 |
| 06/26/19 | Bought | 4700 of CTST @ $4.98 (Order #2106) | -23,408.95 |
| 06/26/19 | Bought | 4700 of CTST @ $4.96 | -23,314.95 |
| 06/25/19 | Bought | 4800 of CTST @ $5.02 (Order #2074) | -24,098.95 |
| 06/25/19 | Bought | 3000 of CTST @ $5.02 | -15,062.95 |
| 06/25/19 | Bought | 3000 of CTST @ $5.02 | -15,062.95 |
| 06/25/19 | Bought | 3000 of CTST @ $5.04 (Order #2026) | -15,122.95 |
| 06/25/19 | Bought | 5200 of CTST @ $5.02 (Order #2092) | -26,106.95 |
| 06/24/19 | Sold | 4000 of CTST @ $5.11 (Order #1921) | 20,434.14 |
| 06/24/19 | Sold | 4500 of CTST @ $5.10 | 22,944.03 |
| 06/24/19 | Sold | 3000 of CTST @ $5.16 (Order #2014) | 15,474.36 |
| 06/24/19 | Bought | 4000 of CTST @ $5.00 | -20,004.95 |
| 06/24/19 | Sold | 4500 of CTST @ $5.15 (Order #1998) | 23,169.03 |
| 06/24/19 | Bought | 4000 of CTST @ $5.03 (Order #1924) | -20,124.95 |
| 06/24/19 | Sold | 4000 of CTST @ $5.0902 | 20,354.94 |
| 06/24/19 | Sold | 3000 of CTST @ $5.09 | 15,269.32 |
| 06/24/19 | Sold | 100 of CTST @ $5.105 (Order #1919) | 505.52 |
| 06/24/19 | Sold | 900 of CTST @ $5.10 (Order #1919) | 4,589.79 |
| 06/21/19 | Sold | 4400 of CTST @ $5.05 (Order #1888) | 22,214.07 |
| 06/21/19 | Bought | 3900 of CTST @ $5.00 (Order #1868) | -19,504.95 |
| 06/21/19 | Sold | 6000 of CTST @ $5.05 (Order #1859) | 30,293.71 |
| 06/21/19 | Bought | 3000 of CTST @ $5.00 (Order #1848) | -15,004.95 |
| 06/21/19 | Bought | 3000 of CTST @ $5.02 | -15,064.95 |
| 06/21/19 | Bought | 800 of CTST @ $5.0499 (Order #1843) | -4,039.92 |
| 06/21/19 | Bought | 2200 of CTST @ $5.05 (Order #1843) | -11,114.95 |
| 06/21/19 | Bought | 3000 of CTST @ $5.07 | -15,214.95 |
| 06/21/19 | Bought | 4000 of CTST @ $5.1163 (Order #1840) | -20,470.15 |
| 06/20/19 | Bought | 4000 of CTST @ $5.30 (Order #1799) | -21,204.95 |
| 06/20/19 | Bought | 2300 of CTST @ $5.30 (Order #1826) | -12,194.95 |
| 06/20/19 | Bought | 100 of CTST @ $5.31 | -535.95 |
| 06/20/19 | Sold | 5000 of CTST @ $5.35 (Order #1820) | 26,743.89 |

| 06/20/19 | Bought | 3000 of CTST @ $5.31 (Order #1797) | -15,934.95 |
|---|---|---|---|
| 06/20/19 | Bought | 3000 of CTST @ $5.32 | -15,964.95 |
| 06/20/19 | Bought | 5000 of CTST @ $5.33 (Order #1791) | -26,654.95 |
| 06/20/19 | Bought | 4500 of CTST @ $5.20 (Order #1833) | -23,404.95 |
| 06/20/19 | Bought | 5000 of CTST @ $5.21 | -26,054.95 |
| 06/20/19 | Bought | 100 of CTST @ $5.2099 (Order #1832) | -520.99 |
| 06/20/19 | Bought | 2699 of CTST @ $5.205 (Order #1832) | -14,053.25 |
| 06/20/19 | Bought | 501 of CTST @ $5.21 (Order #1832) | -2,610.21 |
| 06/20/19 | Bought | 1400 of CTST @ $5.2067 (Order #1832) | -7,289.38 |
| 06/20/19 | Bought | 4700 of CTST @ $5.34 (Order #1775) | -25,102.95 |

NEXT >>

## Transaction History

Transactions     Check Summary     Deposit Summary     Categories     Reports

Account:

| | | |
|---|---|---|
| Transaction: | All Types | Show: ☑ Non-Cash Transactions ☐ Sweep Activities |
| Security Type: | All Types | |
| Time Period: | Custom Time Period | From: 05/01/2019 — To: 07/12/2019 |
| Description: | | Symbol: ctst   Order #:   Check #: |

| Date | Type | Description (show categories) | Amount ($) |
|---|---|---|---|
| 06/20/19 | Sold | 200 of CTST @ $5.48 (Order #1762) | 1,090.00 |
| 06/19/19 | Bought | 4500 of CTST @ $5.2971 | -23,841.90 |
| 06/19/19 | Bought | 4000 of CTST @ $5.30 | -21,204.95 |
| 06/19/19 | Sold | 4500 of CTST @ $5.39 (Order #1728) | 24,249.00 |
| 06/19/19 | Sold | 3920 of CTST @ $5.38 (Order #1731) | 21,083.74 |
| 06/19/19 | Bought | 3000 of CTST @ $5.325 | -15,979.95 |
| 06/19/19 | Bought | 4000 of CTST @ $5.33 | -21,324.95 |
| 06/19/19 | Bought | 3768 of CTST @ $5.36 (Order #1730) | -20,201.43 |
| 06/19/19 | Bought | 4500 of CTST @ $5.3573 (Order #1727) | -24,112.80 |
| 06/19/19 | Sold | 4500 of CTST @ $5.38 | 24,204.00 |
| 06/19/19 | Bought | 3900 of CTST @ $5.35 (Order #1714) | -20,865.00 |
| 06/19/19 | Bought | 600 of CTST @ $5.3499 (Order #1714) | -3,214.89 |
| 06/19/19 | Bought | 4000 of CTST @ $5.3951 | -21,585.35 |
| 06/19/19 | Bought | 4000 of CTST @ $5.39 (Order #1697) | -21,564.95 |
| 06/19/19 | Sold | 4995 of CTST @ $5.4324 (Order #1695) | 27,128.73 |
| 06/19/19 | Sold | 4000 of CTST @ $5.4348 | 21,733.31 |
| 06/19/19 | Sold | 4000 of CTST @ $5.42 | 21,674.12 |
| 06/19/19 | Sold | 4000 of CTST @ $5.40 | 21,594.12 |
| 06/19/19 | Sold | 4000 of CTST @ $5.40 (Order #1691) | 21,594.12 |
| 06/19/19 | Sold | 3000 of CTST @ $5.37 | 16,104.35 |
| 06/19/19 | Bought | 2995 of CTST @ $5.28 (Order #1679) | -15,818.55 |
| 06/19/19 | Sold | 3000 of CTST @ $5.35 | 16,044.35 |
| 06/19/19 | Bought | 3000 of CTST @ $5.31 | -15,934.95 |
| 06/19/19 | Bought | 3000 of CTST @ $5.31 | -15,934.95 |
| 06/19/19 | Sold | 3000 of CTST @ $5.37 | 16,104.35 |
| 06/19/19 | Sold | 3000 of CTST @ $5.36 | 16,074.35 |
| 06/19/19 | Sold | 3000 of CTST @ $5.35 | 16,044.35 |
| 06/19/19 | Bought | 3000 of CTST @ $5.30 | -15,904.95 |
| 06/19/19 | Bought | 3000 of CTST @ $5.31 (Order #1686) | -15,934.95 |
| 06/19/19 | Sold | 3000 of CTST @ $5.36 | 16,074.35 |
| 06/19/19 | Sold | 3000 of CTST @ $5.335 | 15,999.35 |
| 06/19/19 | Sold | 3000 of CTST @ $5.32 | 15,954.35 |
| 06/19/19 | Sold | 3000 of CTST @ $5.32 | 15,954.35 |
| 06/19/19 | Sold | 3000 of CTST @ $5.31 | 15,924.36 |
| 06/19/19 | Sold | 3000 of CTST @ $5.28 | 15,834.36 |
| 06/19/19 | Sold | 3000 of CTST @ $5.28 | 15,834.36 |
| 06/19/19 | Sold | 3000 of CTST @ $5.25 (Order #1662) | 15,744.36 |
| 06/19/19 | Sold | 3000 of CTST @ $5.22 | 15,654.36 |
| 06/19/19 | Sold | 348 of CTST @ $5.41 (Order #1711) | 1,877.65 |

| 05/03/19 | Sold | 4000 of CTST @ $5.90 (Order #505) | 23,594.08 |
| 05/02/19 | Bought | 5500 of CTST @ $5.63 (Order #467) | -30,969.95 |
| 05/02/19 | Bought | 5500 of CTST @ $5.65 | -31,079.95 |
| 05/02/19 | Bought | 3000 of CTST @ $5.65 (Order #449) | -16,954.95 |
| 05/02/19 | Bought | 4500 of CTST @ $5.70 (Order #458) | -25,654.95 |
| 05/02/19 | Bought | 3500 of CTST @ $5.75 (Order #450) | -20,129.95 |
| 05/02/19 | Bought | 4236 of CTST @ $5.8601 (Order #448) | -24,828.33 |
| 05/02/19 | Bought | 4000 of CTST @ $5.57 (Order #483) | -22,284.95 |
| 05/02/19 | Bought | 10764 of CTST @ $5.80 (Order #445) | -62,436.15 |
| 05/02/19 | Bought | 6000 of CTST @ $5.60 (Order #465) | -33,604.95 |

NEXT >>

## Transaction History

Transactions    Check Summary    Deposit Summary    Categories    Reports

Account:

Transaction: All Types

Security Type: All Types    Show: ☑ Non-Cash Transactions ☐ Sweep Activities

Time Period: Custom Time Period    From: 05/01/2019 — To: 07/12/2019

Description:    Symbol: ctst    Order #:    Check #:

| Date | Type | Description (show categories) | Amount ($) |
|------|------|------------------------------|------------|
| 05/02/19 | Bought | 5800 of CTST @ $5.62 (Order #468) | -32,600.95 |

## Transaction History

**Transactions    Check Summary    Deposit Summary    Categories    Reports**

Account:

Transaction: [All Types ⌄]    Show: ☑ Non-Cash Transactions ☐ Sweep Activities

Security Type: [Stocks ⌄]

Time Period: [Custom Time Period ⌄]    From: [05/01/2019]  – To: [07/12/2019]

Description: [   ]    Symbol: [ctst]    Order #: [   ]    Check #: [   ]

| Date | Type | Description (show categories) | Amount ($) |
|------|------|------------------------------|-----------:|
| 07/08/19 | Bought | 1630 of CTST @ $3.86 (Order #2637) | -6,294.75 |
| 07/08/19 | Bought | 2220 of CTST @ $3.83 (Order #2638) | -8,505.55 |
| 07/08/19 | Bought | 1950 of CTST @ $4.20 (Order #2632) | -8,202.70 |
| 07/08/19 | Bought | 7000 of CTST @ $4.44 | -31,117.95 |
| 07/08/19 | Bought | 7000 of CTST @ $4.45 (Order #2631) | -31,187.95 |
| 07/08/19 | Bought | 5000 of CTST @ $4.50 (Order #2629) | -22,527.95 |
| 07/08/19 | Bought | 5000 of CTST @ $4.55 | -22,777.95 |
| 07/05/19 | Sold | 6000 of CTST @ $4.92 (Order #2621) | 29,515.72 |
| 07/05/19 | Bought | 6000 of CTST @ $4.87 (Order #2604) | -29,222.95 |
| 07/05/19 | Bought | 1000 of CTST @ $4.86 (Order #2607) | -4,862.95 |
| 07/03/19 | Bought | 2100 of CTST @ $4.94 (Order #2576) | -10,376.95 |
| 07/03/19 | Bought | 5000 of CTST @ $4.99 | -24,952.95 |
| 07/03/19 | Bought | 5000 of CTST @ $5.01 (Order #2572) | -25,052.95 |
| 07/03/19 | Sold | 3000 of CTST @ $5.19 (Order #2569) | 15,551.36 |
| 07/03/19 | Sold | 5000 of CTST @ $5.15 (Order #2570) | 25,720.91 |
| 07/03/19 | Sold | 2700 of CTST @ $5.09 (Order #2567) | 13,725.94 |
| 07/02/19 | Bought | 4800 of CTST @ $4.97 (Order #2544) | -23,858.95 |
| 07/02/19 | Bought | 4200 of CTST @ $4.97 (Order #2543) | -20,876.95 |
| 07/02/19 | Bought | 5000 of CTST @ $4.9687 | -24,846.45 |
| 07/02/19 | Bought | 6000 of CTST @ $4.97 | -29,822.95 |
| 07/02/19 | Bought | 5000 of CTST @ $4.98 | -24,902.95 |
| 07/02/19 | Bought | 5000 of CTST @ $5.00 (Order #2474) | -25,002.95 |
| 07/02/19 | Bought | 5000 of CTST @ $5.0093 | -25,049.45 |
| 07/02/19 | Bought | 5000 of CTST @ $5.01 | -25,052.95 |
| 07/02/19 | Bought | 4800 of CTST @ $5.02 | -24,098.95 |
| 07/02/19 | Bought | 6000 of CTST @ $5.0352 | -30,214.15 |
| 07/02/19 | Bought | 6000 of CTST @ $5.0345 (Order #2466) | -30,209.95 |
| 07/01/19 | Sold | 5000 of CTST @ $5.1113 | 25,552.42 |
| 07/01/19 | Sold | 5000 of CTST @ $5.1123 (Order #2411) | 25,557.42 |
| 07/01/19 | Sold | 100 of CTST @ $5.1101 (Order #2410) | 508.03 |
| 07/01/19 | Sold | 100 of CTST @ $5.11 | 510.97 |
| 07/01/19 | Sold | 4800 of CTST @ $5.12 (Order #2410) | 24,574.92 |
| 07/01/19 | Sold | 2700 of CTST @ $5.06 (Order #2403) | 13,661.39 |
| 07/01/19 | Sold | 300 of CTST @ $5.0601 (Order #2403) | 1,517.95 |
| 07/01/19 | Sold | 1656 of CTST @ $5.062 (Order #2403) | 8,379.34 |
| 07/01/19 | Sold | 5000 of CTST @ $5.12 | 25,595.92 |
| 07/01/19 | Sold | 5000 of CTST @ $5.1112 | 25,551.92 |
| 07/01/19 | Sold | 5000 of CTST @ $5.11 | 25,545.92 |
| 07/01/19 | Sold | 5000 of CTST @ $5.1107 | 25,549.42 |

| 06/19/19 | Sold | 6000 of CTST @ $5.20 (Order #1656) | 31,193.69 |
| 06/19/19 | Sold | 4500 of CTST @ $5.36 | 24,114.01 |
| 06/19/19 | Sold | 4000 of CTST @ $5.17 | 20,654.14 |
| 06/19/19 | Sold | 6000 of CTST @ $5.15 | 30,863.70 |
| 06/18/19 | Bought | 5000 of CTST @ $4.98 (Order #1618) | -24,904.95 |
| 06/18/19 | Sold | 4480 of CTST @ $5.06 (Order #1600) | 22,662.85 |
| 06/17/19 | Sold | 520 of CTST @ $5.05 (Order #1503) | 2,620.93 |
| 06/17/19 | Sold | 5000 of CTST @ $5.0401 (Order #1504) | 25,194.42 |
| 06/17/19 | Sold | 4000 of CTST @ $4.98 (Order #1495) | 19,914.15 |
| 06/17/19 | Bought | 4000 of CTST @ $4.95 (Order #1493) | -19,804.95 |
| 06/13/19 | Bought | 7000 of CTST @ $5.02 (Order #1385) | -35,144.95 |
| 06/13/19 | Bought | 4000 of CTST @ $5.02 | -20,084.95 |
| 06/13/19 | Bought | 4000 of CTST @ $5.02 (Order #1383) | -20,084.95 |
| 06/13/19 | Bought | 5000 of CTST @ $5.0274 | -25,141.95 |
| 06/13/19 | Bought | 5000 of CTST @ $5.03 (Order #1379) | -25,154.95 |
| 05/22/19 | Sold | 400 of CTST @ $6.01 (Order #729) | 2,398.95 |
| 05/22/19 | Sold | 900 of CTST @ $6.0038 (Order #729) | 5,403.19 |
| 05/17/19 | Bought | 4600 of CTST @ $6.05 | -27,834.95 |
| 05/17/19 | Sold | 4600 of CTST @ $6.1319 (Order #719) | 28,200.65 |
| 05/17/19 | Sold | 900 of CTST @ $6.1301 | 5,516.86 |
| 05/17/19 | Sold | 1200 of CTST @ $6.1308 (Order #718) | 7,356.66 |
| 05/17/19 | Sold | 500 of CTST @ $6.1382 (Order #718) | 3,064.02 |
| 05/17/19 | Sold | 1100 of CTST @ $6.135 (Order #718) | 6,748.23 |
| 05/17/19 | Sold | 900 of CTST @ $6.131 (Order #718) | 5,517.67 |
| 05/17/19 | Sold | 700 of CTST @ $6.14 (Order #717) | 4,292.88 |
| 05/17/19 | Sold | 4600 of CTST @ $6.1421 | 28,247.57 |
| 05/17/19 | Bought | 4600 of CTST @ $6.009 | -27,646.35 |
| 05/17/19 | Bought | 4600 of CTST @ $6.0086 (Order #722) | -27,644.51 |
| 05/13/19 | Sold | 5372 of CTST @ $5.84 (Order #676) | 31,366.24 |
| 05/08/19 | Sold | 4000 of CTST @ $5.8706 (Order #622) | 23,476.48 |
| 05/07/19 | Bought | 4000 of CTST @ $5.86 (Order #586) | -23,444.95 |
| 05/07/19 | Bought | 4500 of CTST @ $5.75 | -25,879.95 |
| 05/07/19 | Bought | 4500 of CTST @ $5.76 (Order #589) | -25,924.95 |
| 05/07/19 | Bought | 2900 of CTST @ $5.758 (Order #588) | -16,698.20 |
| 05/07/19 | Bought | 900 of CTST @ $5.7539 (Order #588) | -5,178.51 |
| 05/07/19 | Bought | 100 of CTST @ $5.7586 (Order #588) | -575.86 |
| 05/07/19 | Bought | 500 of CTST @ $5.7581 (Order #588) | -2,879.05 |
| 05/07/19 | Bought | 100 of CTST @ $5.75 | -579.95 |
| 05/06/19 | Bought | 4000 of CTST @ $5.88 (Order #539) | -23,524.95 |
| 05/06/19 | Bought | 4000 of CTST @ $5.8856 | -23,547.35 |
| 05/06/19 | Bought | 2900 of CTST @ $5.8893 (Order #537) | -17,078.97 |
| 05/06/19 | Bought | 600 of CTST @ $5.889 (Order #537) | -3,533.40 |
| 05/06/19 | Bought | 400 of CTST @ $5.885 (Order #537) | -2,358.95 |
| 05/06/19 | Bought | 100 of CTST @ $5.89 (Order #537) | -589.00 |
| 05/06/19 | Bought | 600 of CTST @ $5.88 | -3,532.95 |
| 05/06/19 | Bought | 3400 of CTST @ $5.86 (Order #540) | -19,928.95 |
| 05/03/19 | Sold | 4000 of CTST @ $6.05 | 24,194.06 |
| 05/03/19 | Sold | 928 of CTST @ $6.14 (Order #510) | 5,692.74 |
| 05/03/19 | Sold | 4000 of CTST @ $6.00 | 23,994.07 |
| 05/03/19 | Sold | 4000 of CTST @ $5.94 | 23,754.07 |
| 05/03/19 | Sold | 4000 of CTST @ $5.90 | 23,594.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| > | | | | | | |
| > | | | | | | |
| > | | | | | | |
| > | | | ⇄ | CTST | 5,618 | $5.83 | -$32,752.94 |
| > | 05/07/2019 | 05/09/2019 | Purchase<br>CANNTRUST HOLDINGS INC ACTUAL PRICE... | | | |
| > | | | ⇄ | CTST | -5,450 | $6.01 | $32,753.82 |
| > | 05/03/2019 | 05/07/2019 | Sale<br>CANNTRUST HOLDINGS INC ACTUAL PRICE | | | |
| > | | | ⇄ | CTST | 5,450 | $5.66 | -$30,847.00 |
| > | 05/02/2019 | 05/06/2019 | Purchase<br>CANNTRUST HOLDINGS INC ACTUAL PRICE | | | |
| > | | | | | | |

Type here to search

Case 1:19-cv-06396-JPO   Document 53-1   Filed 09/09/19   Page 22 of 23

RA

ry

ctions | Realized Gain / Loss

Symbol (optional)

CTST

☐ Options

Select Date Range

Last 12 Months ⌄      Search

ctions From 09/09/2018 To 09/09/2019 (Don't see it here? Go to Statements)

| Date ▼ | Action | Details | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------|--------|-------------|----------|-------|-------------|--------|
| 05/02/2019 | Buy | Trade Details | CTST | CANNTRUST HOLDINGS INC F | 3,103 | $5.75 | | -$17,842.25 |

ns may include Bank Sweep deposit information. Bank Sweep deposits are held at the FDIC-insured depository institution(s) referenced on the Balances detail page, your account statements and disclosed in your account documents. SIPC does not cover balances Bank Sweep feature.

| | DJIA | NASDAQ | S&P 500 | Russell 2000 | Time (ET) | ⟳ Refresh |
|---|------|--------|---------|--------------|-----------|-----------|
| Quote | 26,815.38 +17.92 (+0.07%) | 8,075.82 -27.25 (-0.34%) | 2,975.86 -2.85 (-0.10%) | 1,516.04 +10.87 (+0.72%) | 12:56:28 PM | |

O  Type here to search

Case 1:19-cv-06396-JPO   Document 53-1   Filed 09/09/19   Page 23 of 23

View year:    2019   2018

View date/range from:   | Jan. ∨ |   | 1 ∨ |   | 2019 ∨ |   to:   | Sept. ∨ |   | 9 ∨ |   | 2019 ∨ |

You can search a date range of up to one year.

Need a copy of a statement

Go to the Statements tab, sele
range, and click "View" to acce
download, and print previous ac
statements.

Sweeps:    ☑ Hide sweeps

Sweeps are uninvested cash transactions that move in and out of cash alternatives.

**View** or **Download**

Current-day transactions are not available. Same-day trade information can be viewed on the order status page, however current-day conditional/advanced orders will not be available.

### Search results for 1/1/2019 to 9/9/2019

| Date/Time ▲ | Description | Amount | Commission | Reg Fee | Net Cash Balance |
|---|---|---|---|---|---|
| 05/02/2019  11:21:45 | Bought 3770 CTST @ 5.7 | -21,489.00 | 0.00 | 0.00 | |
| 05/07/2019  11:20:59 | Bought 3795 CTST @ 5.86 | -22,238.70 | 0.00 | 0.00 | |

An indication on this page that an interest payment is "Taxable" or "non-taxable" refers to federal taxation only. Interest income may be subject to AMT or state and local taxes. TD Ameritrade does not pro
advice. Please consult a qualified tax advisor to discuss your individual tax situation.

**Quote** ▼   Options: Enter underlying symbol and click Chain | Index: use "$" (e.g. $DJI)

∧  ⬚  SnapTicket® ▲   Order Status ▲   Messages ▲   3:06:35 to market close

