# Exhibit B

**Loss Analysis for Igor Kobzar - CannTrust Holdings Inc. (CTST)**
**Class Period 11/14/18 - 07/12/19**

Case 1:19-cv-06396-JPO   Document 53-2   Filed 09/09/19   Page 2 of 10

| | Date | Shares | Share Price | | Amount Paid | | Date | Shares | Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | | |
| Class Period Purchases | 03/29/19 | 880 | $7.8500 | | $6,908.00 | | | | | | |
| | 03/29/19 | 100 | $7.8500 | | $785.00 | | | | | | |
| | 03/29/19 | 100 | $7.8500 | | $785.00 | | | | | | |
| | 03/29/19 | 100 | $7.8500 | | $785.00 | | | | | | |
| | 04/03/19 | 154 | $7.6100 | | $1,171.94 | | | | | | |
| | 04/03/19 | 100 | $7.6100 | | $761.00 | | | | | | |
| | 04/03/19 | 300 | $7.6100 | | $2,283.00 | | | | | | |
| | 04/03/19 | 300 | $7.6100 | | $2,283.00 | | | | | | |
| | 04/03/19 | 100 | $7.6000 | | $760.00 | | | | | | |
| | 04/03/19 | 100 | $7.6100 | | $761.00 | | | | | | |
| | 04/03/19 | 60 | $7.6000 | | $456.00 | | | | | | |
| | 04/03/19 | 100 | $7.6000 | | $760.00 | | | | | | |
| | 04/03/19 | 100 | $7.6000 | | $760.00 | | | | | | |
| | 04/03/19 | 1,100 | $7.6100 | | $8,371.00 | | | | | | |
| | 04/03/19 | 31 | $7.6100 | | $235.91 | | | | | | |
| | 04/11/19 | 100 | $7.1800 | | $718.00 | | | | | | |
| | 04/11/19 | 200 | $7.1800 | | $1,436.00 | | | | | | |
| | 04/11/19 | 100 | $7.1800 | | $718.00 | | | | | | |
| | 04/11/19 | 100 | $7.1800 | | $718.00 | | | | | | |
| | 04/11/19 | 100 | $7.1800 | | $718.00 | | | | | | |
| | 04/11/19 | 100 | $7.1800 | | $718.00 | | | | | | |
| | 04/11/19 | 300 | $7.1800 | | $2,154.00 | | | | | | |
| | 04/11/19 | 392 | $7.1800 | | $2,814.56 | | | | | | |
| | 04/15/19 | 100 | $6.7900 | | $679.00 | | | | | | |
| | 04/15/19 | 300 | $6.7900 | | $2,037.00 | | | | | | |
| | 04/15/19 | 785 | $6.7900 | | $5,330.15 | | | | | | |
| | 04/15/19 | 667 | $6.7850 | | $4,525.60 | | | | | | |
| | 04/30/19 | 200 | $6.8600 | | $1,372.00 | | | | | | |
| | 04/30/19 | 115 | $6.8600 | | $788.90 | | | | | | |
| | 04/30/19 | 100 | $6.8600 | | $686.00 | | | | | | |
| | 05/03/19 | 201 | $6.0400 | | $1,214.04 | | | | | | |
| | 05/03/19 | 623 | $6.0400 | | $3,762.92 | | | | | | |
| | 05/03/19 | 194 | $6.0400 | | $1,171.76 | | | | | | |
| | 05/03/19 | 80 | $6.0400 | | $483.20 | | | | | | |
| | 05/03/19 | 20 | $6.0400 | | $120.80 | | | | | | |
| | 05/03/19 | 100 | $6.0350 | | $603.50 | | | | | | |
| | 05/03/19 | 200 | $6.0400 | | $1,208.00 | | | | | | |
| | 05/03/19 | 100 | $6.0350 | | $603.50 | | | | | | |
| | 05/03/19 | 100 | $6.0350 | | $603.50 | | | | | | |
| | 05/03/19 | 100 | $6.0400 | | $604.00 | | | | | | |
| | 05/03/19 | 100 | $6.0350 | | $603.50 | | | | | | |
| | 05/23/19 | 443 | $5.6500 | | $2,502.95 | | | | | | |
| | 05/23/19 | 100 | $5.6400 | | $564.00 | | | | | | |
| | 05/23/19 | 300 | $5.6400 | | $1,692.00 | | | | | | |
| | 05/23/19 | 100 | $5.6400 | | $564.00 | | | | | | |
| | 05/23/19 | 200 | $5.6400 | | $1,128.00 | | | | | | |
| | 05/23/19 | 100 | $5.6400 | | $564.00 | | | | | | |
| | 05/23/19 | 170 | $5.6500 | | $960.50 | | | | | | |
| | 05/23/19 | 100 | $5.6500 | | $565.00 | | | | | | |
| | 05/23/19 | 100 | $5.6500 | | $565.00 | | | | | | |
| | 05/23/19 | 300 | $5.6400 | | $1,692.00 | | | | | | |
| | 05/23/19 | 100 | $5.6400 | | $564.00 | | | | | | |
| | 05/23/19 | 100 | $5.6400 | | $564.00 | | | | | | |
| | 05/23/19 | 100 | $5.6400 | | $564.00 | | | | | | |
| | 06/03/19 | 392 | $5.1000 | | $1,999.20 | | | | | | |
| | 06/03/19 | 588 | $5.1000 | | $2,998.80 | | | | | | |
| | 06/14/19 | 299 | $4.9400 | | $1,477.06 | | | | | | |
| | 06/14/19 | 100 | $4.9400 | | $494.00 | | | | | | |
| | 06/14/19 | 100 | $4.9400 | | $494.00 | | | | | | |

As of 9/9/2019

As of 9/9/2019

| Date | Quantity | Price | Total |
|---|---|---|---|
| 06/14/19 | 100 | $4.9400 | $494.00 |
| 06/14/19 | 11 | $4.9400 | $54.34 |
| 06/14/19 | 100 | $4.9400 | $494.00 |
| 06/18/19 | 100 | $4.9500 | $495.00 |
| 06/18/19 | 100 | $4.9500 | $495.00 |
| 06/18/19 | 100 | $4.9500 | $495.00 |
| 06/18/19 | 111 | $4.9500 | $549.45 |
| 06/18/19 | 600 | $4.9500 | $2,970.00 |
| 06/19/19 | 200 | $5.3500 | $1,070.00 |
| 06/19/19 | 100 | $5.3500 | $535.00 |
| 06/19/19 | 100 | $5.3500 | $535.00 |
| 06/19/19 | 100 | $5.3500 | $535.00 |
| 06/19/19 | 613 | $5.3500 | $3,279.55 |
| 06/19/19 | 100 | $5.3500 | $535.00 |
| 06/19/19 | 100 | $5.3500 | $535.00 |
| 06/19/19 | 500 | $5.3500 | $2,675.00 |
| 06/20/19 | 68 | $5.2900 | $359.72 |
| 06/20/19 | 100 | $5.2900 | $529.00 |
| 06/20/19 | 100 | $5.2900 | $529.00 |
| 06/20/19 | 100 | $5.2900 | $529.00 |
| 06/20/19 | 100 | $5.2900 | $529.00 |
| 06/28/19 | 200 | $5.0000 | $1,000.00 |
| 06/28/19 | 300 | $5.0000 | $1,500.00 |
| 06/28/19 | 100 | $5.0000 | $500.00 |
| 06/28/19 | 657 | $5.0000 | $3,285.00 |
| 06/28/19 | 100 | $5.0000 | $500.00 |
| 06/28/19 | 200 | $5.0000 | $1,000.00 |
| 06/28/19 | 200 | $5.0000 | $1,000.00 |
| 06/28/19 | 200 | $4.9950 | $999.00 |
| 06/28/19 | 100 | $5.0000 | $500.00 |
| 06/28/19 | 300 | $5.0000 | $1,500.00 |
| 06/28/19 | 200 | $5.0000 | $1,000.00 |
| 06/28/19 | 500 | $5.0000 | $2,500.00 |
| 06/28/19 | 600 | $4.9950 | $2,997.00 |
| 06/28/19 | 100 | $4.9950 | $499.50 |
| 06/28/19 | 43 | $5.0000 | $215.00 |
| 07/05/19 | 100 | $4.8700 | $487.00 |
| 07/05/19 | 400 | $4.8700 | $1,948.00 |
| 07/05/19 | 1,700 | $4.8700 | $8,279.00 |
| 07/05/19 | 674 | $4.8700 | $3,282.38 |
| 07/08/19 | 100 | $4.1300 | $413.00 |
| 07/08/19 | 150 | $4.1300 | $619.50 |
| 07/08/19 | 300 | $4.1300 | $1,239.00 |
| 07/08/19 | 100 | $4.1300 | $413.00 |
| 07/08/19 | 200 | $4.1300 | $826.00 |
| 07/08/19 | 100 | $4.1300 | $413.00 |
| 07/08/19 | 100 | $4.1300 | $413.00 |
| 07/08/19 | 146 | $4.1300 | $602.98 |
| 07/08/19 | 300 | $4.1300 | $1,239.00 |
| 07/08/19 | 100 | $4.1300 | $413.00 |
| 07/08/19 | 170 | $3.8450 | $653.65 |
| 07/08/19 | 100 | $3.8450 | $384.50 |
| 07/08/19 | 100 | $3.8450 | $384.50 |
| 07/08/19 | 200 | $3.8450 | $769.00 |
| 07/08/19 | 200 | $3.8450 | $769.00 |
| 07/08/19 | 100 | $3.8450 | $384.50 |
| 07/08/19 | 200 | $3.8450 | $769.00 |
| 07/08/19 | 200 | $3.8450 | $769.00 |
| 07/08/19 | 100 | $3.8425 | $384.25 |
| 07/08/19 | 100 | $3.8450 | $384.50 |
| 07/08/19 | 200 | $3.8450 | $769.00 |
| 07/08/19 | 100 | $3.8450 | $384.50 |
| 07/08/19 | 100 | $3.8450 | $384.50 |

**Post Class Purchases**

| Date | Qty | Price | | Total |
|---|---|---|---|---|
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 200 | $3.8450 | | $769.00 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8425 | | $384.25 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |
| 07/08/19 | 100 | $3.8450 | | $384.50 |

**Post Class Sales**

| Date | Qty | Price | | Total |
|---|---|---|---|---|
| 07/24/19 | 250 | $2.0500 | | $512.50 |
| 07/24/19 | 1 | $2.0500 | | $2.05 |
| 07/24/19 | 2 | $2.0500 | | $4.10 |
| 07/24/19 | 15 | $2.0500 | | $30.75 |
| 07/24/19 | 50 | $2.0500 | | $102.50 |
| 07/24/19 | 1,000 | $2.0500 | | $2,050.00 |
| 07/24/19 | 439 | $2.0500 | | $899.95 |
| 07/24/19 | 300 | $2.0500 | | $615.00 |
| 07/24/19 | 600 | $2.0500 | | $1,230.00 |
| 07/24/19 | 5 | $2.0500 | | $10.25 |
| 07/24/19 | 260 | $2.0500 | | $533.00 |
| 07/24/19 | 100 | $2.0500 | | $205.00 |
| 07/24/19 | 20 | $2.0500 | | $41.00 |
| 07/24/19 | 1 | $2.0500 | | $2.05 |
| 07/24/19 | 300 | $2.0500 | | $615.00 |
| 07/24/19 | 100 | $2.0500 | | $205.00 |
| 07/24/19 | 9 | $2.0500 | | $18.45 |
| 07/24/19 | 884 | $2.0500 | | $1,812.20 |
| 07/24/19 | 1,000 | $2.0500 | | $2,050.00 |
| 07/24/19 | 18 | $2.0500 | | $36.90 |
| 07/24/19 | 55 | $2.0500 | | $112.75 |
| 07/24/19 | 35 | $2.0500 | | $71.75 |
| 07/24/19 | 300 | $2.0500 | | $615.00 |
| 07/24/19 | 1 | $2.0500 | | $2.05 |
| 07/24/19 | 400 | $2.0500 | | $820.00 |
| 07/24/19 | 5 | $2.0500 | | $10.25 |
| 07/24/19 | 2 | $2.0500 | | $4.10 |
| 07/24/19 | 1,000 | $2.0500 | | $2,050.00 |
| 07/24/19 | 12 | $2.0500 | | $24.60 |
| 07/24/19 | 10 | $2.0500 | | $20.50 |
| 07/24/19 | 21 | $2.0500 | | $43.05 |
| 07/24/19 | 22 | $2.0500 | | $45.10 |
| 07/24/19 | 210 | $2.0500 | | $430.50 |
| 07/24/19 | 100 | $2.0500 | | $205.00 |
| 07/24/19 | 10 | $2.0500 | | $20.50 |
| 07/24/19 | 200 | $2.0500 | | $410.00 |
| 07/24/19 | 400 | $2.0500 | | $820.00 |
| 07/24/19 | 100 | $2.0500 | | $205.00 |
| 07/24/19 | 257 | $2.0500 | | $526.85 |
| 07/24/19 | 65 | $2.0500 | | $133.25 |
| 07/24/19 | 700 | $2.0500 | | $1,435.00 |
| 07/24/19 | 600 | $2.0500 | | $1,230.00 |
| 07/24/19 | 431 | $2.0500 | | $883.55 |
| 07/24/19 | 1,000 | $2.0500 | | $2,050.00 |
| 07/24/19 | 2,000 | $2.0500 | | $4,100.00 |
| 07/24/19 | 6 | $2.0500 | | $12.30 |
| 07/24/19 | 1 | $2.0500 | | $2.05 |

As of 9/9/2019

| Date | Shares | Price | | Amount |
|---|---|---|---|---|
| 07/24/19 | 50 | $2.0500 | | $102.50 |
| 07/24/19 | 1 | $2.0500 | | $2.05 |
| 07/24/19 | 316 | $2.0500 | | $647.80 |
| 07/24/19 | 20 | $2.0500 | | $41.00 |
| 07/24/19 | 10 | $2.0500 | | $20.50 |
| 07/24/19 | 97 | $2.0500 | | $198.85 |
| 07/24/19 | 75 | $2.0500 | | $153.75 |
| 07/24/19 | 37 | $2.0500 | | $75.85 |
| 07/24/19 | 40 | $2.0500 | | $82.00 |
| 07/24/19 | 220 | $2.0500 | | $451.00 |
| 07/24/19 | 244 | $2.0500 | | $500.20 |
| 07/24/19 | 20 | $2.0500 | | $41.00 |
| 07/24/19 | 300 | $2.0500 | | $615.00 |
| 07/24/19 | 2 | $2.0500 | | $4.10 |
| 07/24/19 | 50 | $2.0500 | | $102.50 |
| 07/24/19 | 20 | $2.0500 | | $41.00 |
| 07/24/19 | 12 | $2.0500 | | $24.60 |
| 07/24/19 | 189 | $2.0500 | | $387.45 |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 28,537 | Total Amount Paid in CP | $157,424.36 |

| | | | |
|---|---|---|---|
| Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 |
| Post CP Shares Sold | 15,000 | Post CP Amount Sold | $30,750.00 |
| Total Shares Sold to Current | 15,000 | Total Amount Sold to Current | $30,750.00 ALTERNATIVE |

Actual Net Shares Acquired in CP   28,537 (CP Retained Shares)

| | |
|---|---|
| Net Amount Paid in CP | $157,424.36 |
| Net Amount Paid in CP Minus Sold to Current Date | $126,674.36 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 28,537 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 13,537 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP   $2.18

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $62,144.81 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $29,479.42 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $127,944.93 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $95,279.55 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $97,194.93 ALTERNATIVE |

As of 9/9/2019

**Loss Analysis for Lyss Murphey- CannTrust Holdings Inc. (CTST)**
**Class Period 11/14/18 - 07/12/19**

As of 9/9/2019



**PURCHASES**

| Date | Shares | Share Price | Amount Paid |
|---|---|---|---|
| Pre-Class Held | | | |
| Class Period Purchases | | | |
| 05/01/19 | 4,000 | $6.2500 | $25,000.00 |
| 05/02/19 | 300 | $6.8979 | $2,069.37 |
| 05/02/19 | 500 | $6.8998 | $3,449.90 |
| 05/02/19 | 1,000 | $6.8950 | $6,895.00 |
| 05/02/19 | 2,200 | $6.8978 | $15,175.16 |
| 05/07/19 | 2,000 | $5.8799 | $11,759.80 |
| 05/07/19 | 2,000 | $5.6999 | $11,399.80 |
| 05/09/19 | 580 | $5.7399 | $3,329.14 |
| 05/22/19 | 2,200 | $5.8800 | $12,936.00 |
| 07/08/19 | 2,500 | $3.8900 | $9,725.00 |
| Post Class Purchases | | | |

Total Shares Acquired in CP: 17,280
Total Amount Paid in CP: $101,739.17

**SALES**

| Date | Shares | Share Price | Amount Received |
|---|---|---|---|
| Post Class Sales | | | |

Total Shares Sold in CP: 0 — Total Amount Sold in CP: $0.00
Post CP Shares Sold: 0 — Post CP Amount Sold: $0.00
Total Shares Sold to Current: 0 — Total Amount Sold to Current: $0.00

ALTERNATIVE

| | | |
|---|---|---|
| Actual Net Shares Acquired in CP | 17,280 | (CP Retained Shares) |

| | | |
|---|---|---|
| Net Amount Paid in CP | $101,739.17 | |
| Net Amount Paid in CP Minus Sold to Current Date | $101,739.17 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 17,280 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 17,280 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $2.19 |

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $37,804.32 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $37,804.32 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $63,934.85 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $63,934.85 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $63,934.85 | ALTERNATIVE |

As of 9/9/2019

As of 9/6/2019

**Loss Analysis for Rob Patraulea - CannTrust Holdings Inc. (CTST)**
**Class Period 11/14/18 - 07/12/19**



| | | PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 2019-03-28,17:50:36 | 2,500 | $8.1200 | $20,300.00 | | | | | |
| | 2019-03-28,17:50:36 | 2,011 | $8.1200 | $16,329.32 | | | | | |
| | 2019-03-28,17:55:29 | 489 | $8.1200 | $3,970.68 | | | | | |
| | 2019-03-28,18:39:32 | 327 | $8.1100 | $2,651.97 | | | | | |
| | 2019-03-29,09:48:15 | 673 | $8.1100 | $5,458.03 | | | | | |
| | 2019-03-29,09:48:15 | 573 | $8.1100 | $4,647.03 | | | | | |
| | 2019-03-29,09:48:15 | 100 | $8.1100 | $811.00 | | | | | |
| | 2019-03-29,11:13:35 | 1,000 | $7.7500 | $7,750.00 | | | | | |
| | 2019-03-29,11:13:35 | 700 | $7.7500 | $5,425.00 | | | | | |
| | 2019-03-29,11:13:35 | 100 | $7.7500 | $775.00 | | | | | |
| | 2019-03-29,11:13:36 | 100 | $7.7500 | $775.00 | | | | | |
| | 2019-03-29,11:13:49 | 100 | $7.7500 | $775.00 | | | | | |
| | 2019-04-02,11:33:01 | 1,000 | $7.7800 | $7,780.00 | | | | | |
| | 2019-04-02,11:33:01 | 100 | $7.7800 | $778.00 | | | | | |
| | 2019-04-02,11:35:21 | 195 | $7.7800 | $1,517.10 | | | | | |
| | 2019-04-02,11:35:21 | 130 | $7.7800 | $1,011.40 | | | | | |
| | 2019-04-02,11:35:21 | 287 | $7.7800 | $2,232.86 | | | | | |
| | 2019-04-02,11:35:21 | 100 | $7.7800 | $778.00 | | | | | |
| | 2019-04-02,11:35:21 | 88 | $7.7800 | $684.64 | | | | | |
| | 2019-04-02,11:35:21 | 100 | $7.7800 | $778.00 | | | | | |
| | 2019-04-03,12:19:50 | 1,000 | $7.5500 | $7,550.00 | | | | | |
| | 2019-04-04,14:44:23 | 745 | $7.2800 | $5,423.60 | | | | | |
| | 2019-04-04,14:44:23 | 250 | $7.2800 | $1,820.00 | | | | | |
| | 2019-04-04,14:45:02 | 34 | $7.2800 | $247.52 | | | | | |
| | 2019-04-04,14:46:09 | 400 | $7.2800 | $2,912.00 | | | | | |
| | 2019-04-04,14:47:03 | 19 | $7.2800 | $138.32 | | | | | |
| | 2019-04-04,14:47:57 | 42 | $7.2800 | $305.76 | | | | | |
| | 2019-04-09,10:38:25 | 755 | $7.3900 | $5,579.45 | | | | | |
| | 2019-04-09,10:38:25 | 504 | $7.3900 | $3,724.56 | | | | | |
| | 2019-04-09,10:38:25 | 251 | $7.3900 | $1,854.89 | | | | | |
| | 2019-04-11,13:05:54 | 1,000 | $6.9200 | $6,920.00 | | | | | |
| | 2019-04-11,13:05:54 | 700 | $6.9200 | $4,844.00 | | | | | |
| | 2019-04-11,13:05:54 | 100 | $6.9200 | $692.00 | | | | | |
| | 2019-04-11,13:05:54 | 100 | $6.9200 | $692.00 | | | | | |
| | 2019-04-11,13:05:54 | 100 | $6.9200 | $692.00 | | | | | |
| | 2019-05-02,12:35:35 | 1,900 | $5.6900 | $10,811.00 | | | | | |
| | 2019-05-02,12:35:35 | 100 | $5.6900 | $569.00 | | | | | |
| | 2019-05-02,12:35:42 | 100 | $5.6900 | $569.00 | | | | | |
| | 2019-05-02,12:35:49 | 100 | $5.6900 | $569.00 | | | | | |
| | 2019-05-02,12:37:55 | 300 | $5.6900 | $1,707.00 | | | | | |
| | 2019-05-02,12:38:02 | 100 | $5.6900 | $569.00 | | | | | |
| | 2019-05-02,12:38:09 | 100 | $5.6900 | $569.00 | | | | | |
| | 2019-05-02,12:38:16 | 100 | $5.6900 | $569.00 | | | | | |
| | 2019-05-02,12:38:23 | 1,000 | $5.6900 | $5,690.00 | | | | | |
| | 2019-05-02,12:57:36 | 500 | $5.6500 | $2,825.00 | | | | | |
| | 2019-05-02,12:57:36 | 315 | $5.6500 | $1,779.75 | | | | | |
| | 2019-05-02,12:57:37 | 185 | $5.6500 | $1,045.25 | | | | | |
| | 2019-05-30,12:50:13 | 1,000 | $5.6000 | $5,600.00 | | | | | |
| | 2019-05-30,12:50:13 | 200 | $5.6000 | $1,120.00 | | | | | |
| | 2019-05-30,13:05:26 | 100 | $5.6000 | $560.00 | | | | | |
| | 2019-05-30,13:09:30 | 700 | $5.6000 | $3,920.00 | | | | | |
| | 2019-05-31,14:07:29 | 2,000 | $5.2399 | $10,479.80 | | | | | |
| Post Class Purchases | | | | | | | | | |
| | | | | | | Post Class Sales | | | |

Total Shares Acquired in CP: 25,473   Total Amount Paid in CP: $177,575.93

Total Shares Sold in CP: 0   Total Amount Sold in CP: $0.00
Post CP Shares Sold: 0   Post CP Amount Sold: $0.00  ALTERNATIVE
Total Shares Sold to Current: 0   Total Amount Sold to Current: $0.00  ALTERNATIVE

Actual Net Shares Acquired in CP: 25,473  (CP Retained Shares)

Net Amount Paid in CP: $177,575.93
Net Amount Paid in CP Minus Sold to Current Date: $177,575.93  ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 25,473  Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 25,473  Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $2.19

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $55,728.56
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $55,728.56  ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $121,847.37  ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $121,847.37
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $121,847.37  ALTERNATIVE

As of 9/9/2019

**Loss Analysis for Ming Li - CannTrust Holdings Inc. (CTST)**
**Class Period 11/14/18 - 07/12/19**

Pre-Class Held
Class Period Purchases

### PURCHASES

| Date | Shares | Share Price | Amount Paid |
|---|---|---|---|
| 05/02/19 | 5,500 | $5.6300 | $30,965.00 |
| 05/02/19 | 5,500 | $5.6500 | $31,075.00 |
| 05/02/19 | 3,000 | $5.6500 | $16,950.00 |
| 05/02/19 | 4,500 | $5.7000 | $25,650.00 |
| 05/02/19 | 3,500 | $5.7500 | $20,125.00 |
| 05/02/19 | 4,236 | $5.8601 | $24,823.38 |
| 05/02/19 | 4,000 | $5.5700 | $22,280.00 |
| 05/02/19 | 10,764 | $5.8000 | $62,431.20 |
| 05/02/19 | 6,000 | $5.6000 | $33,600.00 |
| 05/02/19 | 5,800 | $5.6200 | $32,596.00 |
| 05/02/19 | 5,450 | $5.6600 | $30,847.00 |
| 05/02/19 | 3,103 | $5.7500 | $17,842.25 |
| 05/02/19 | 3,770 | $5.7000 | $21,489.00 |
| 05/06/19 | 4,000 | $5.8800 | $23,520.00 |
| 05/06/19 | 4,000 | $5.8856 | $23,542.40 |
| 05/06/19 | 2,900 | $5.8893 | $17,078.97 |
| 05/06/19 | 600 | $5.8890 | $3,533.40 |
| 05/06/19 | 400 | $5.8850 | $2,354.00 |
| 05/06/19 | 100 | $5.8900 | $589.00 |
| 05/06/19 | 600 | $5.8800 | $3,528.00 |
| 05/06/19 | 3,400 | $5.8600 | $19,924.00 |
| 05/07/19 | 4,000 | $5.8600 | $23,440.00 |
| 05/07/19 | 4,500 | $5.7500 | $25,875.00 |
| 05/07/19 | 4,500 | $5.7600 | $25,920.00 |
| 05/07/19 | 2,900 | $5.7580 | $16,698.20 |
| 05/07/19 | 900 | $5.7539 | $5,178.51 |
| 05/07/19 | 100 | $5.7589 | $575.89 |
| 05/07/19 | 500 | $5.7581 | $2,879.05 |
| 05/07/19 | 100 | $5.7500 | $575.00 |
| 05/07/19 | 5,618 | $5.8300 | $32,752.94 |
| 05/07/19 | 3,795 | $5.8600 | $22,238.70 |
| 05/17/19 | 4,600 | $6.0500 | $27,830.00 |
| 05/17/19 | 4,600 | $6.0090 | $27,641.40 |
| 05/17/19 | 4,600 | $6.0086 | $27,639.56 |
| 06/13/19 | 7,000 | $5.0200 | $35,140.00 |
| 06/13/19 | 4,000 | $5.0200 | $20,080.00 |
| 06/13/19 | 4,000 | $5.0200 | $20,080.00 |
| 06/13/19 | 5,000 | $5.0274 | $25,137.00 |
| 06/13/19 | 5,000 | $5.0300 | $25,150.00 |
| 06/17/19 | 4,000 | $4.9500 | $19,800.00 |
| 06/18/19 | 5,000 | $4.9800 | $24,900.00 |
| 06/19/19 | 4,500 | $5.2971 | $23,836.95 |
| 06/19/19 | 4,000 | $5.3000 | $21,200.00 |
| 06/19/19 | 3,000 | $5.3250 | $15,975.00 |
| 06/19/19 | 4,000 | $5.3300 | $21,320.00 |
| 06/19/19 | 3,768 | $5.3600 | $20,196.48 |
| 06/19/19 | 4,500 | $5.3573 | $24,107.85 |
| 06/19/19 | 3,900 | $5.3500 | $20,865.00 |
| 06/19/19 | 600 | $5.3499 | $3,209.94 |
| 06/19/19 | 4,000 | $5.3951 | $21,580.40 |
| 06/19/19 | 4,000 | $5.3900 | $21,560.00 |
| 06/19/19 | 2,995 | $5.2800 | $15,813.60 |
| 06/19/19 | 3,000 | $5.3100 | $15,930.00 |
| 06/19/19 | 3,000 | $5.3000 | $15,900.00 |
| 06/19/19 | 3,000 | $5.3100 | $15,930.00 |
| 06/20/19 | 2,300 | $5.3000 | $12,190.00 |
| 06/20/19 | 100 | $5.3100 | $531.00 |
| 06/20/19 | 3,000 | $5.3100 | $15,930.00 |
| 06/20/19 | 3,000 | $5.3200 | $15,960.00 |
| 06/20/19 | 5,000 | $5.3300 | $26,650.00 |
| 06/20/19 | 4,500 | $5.2000 | $23,400.00 |
| 06/20/19 | 5,000 | $5.2100 | $26,050.00 |
| 06/20/19 | 100 | $5.2099 | $520.99 |
| 06/20/19 | 2,699 | $5.2050 | $14,048.30 |
| 06/20/19 | 501 | $5.2100 | $2,610.21 |
| 06/20/19 | 1,400 | $5.2067 | $7,289.38 |
| 06/20/19 | 4,700 | $5.3400 | $25,098.00 |

### SALES

| Date | Shares | Share Price | Amount Received |
|---|---|---|---|
| 05/03/19 | 5,450 | $6.0100 | $32,754.50 |
| 05/03/19 | 4,000 | $5.9000 | $23,600.00 |
| 05/03/19 | 4,000 | $6.0500 | $24,200.00 |
| 05/03/19 | 928 | $6.1400 | $5,697.92 |
| 05/03/19 | 4,000 | $6.0000 | $24,000.00 |
| 05/03/19 | 4,000 | $5.9400 | $23,760.00 |
| 05/03/19 | 4,000 | $5.9000 | $23,600.00 |
| 05/08/19 | 4,000 | $5.8706 | $23,482.40 |
| 05/13/19 | 5,372 | $5.8400 | $31,372.48 |
| 05/17/19 | 4,600 | $6.1301 | $28,198.46 |
| 05/17/19 | 900 | $6.1301 | $5,517.09 |
| 05/17/19 | 1,200 | $6.1308 | $7,356.96 |
| 05/17/19 | 500 | $6.1382 | $3,069.10 |
| 05/17/19 | 1,100 | $6.1350 | $6,748.50 |
| 05/17/19 | 900 | $6.1310 | $5,517.90 |
| 05/17/19 | 700 | $6.1400 | $4,298.00 |
| 05/17/19 | 4,600 | $6.1421 | $28,253.66 |
| 05/22/19 | 400 | $6.0100 | $2,404.00 |
| 05/22/19 | 900 | $6.0038 | $5,403.42 |
| 06/17/19 | 520 | $5.0500 | $2,626.00 |
| 06/17/19 | 5,000 | $5.0401 | $25,200.50 |
| 06/17/19 | 4,000 | $4.9800 | $19,920.00 |
| 06/18/19 | 4,480 | $5.0600 | $22,668.80 |
| 06/19/19 | 4,500 | $5.3900 | $24,255.00 |
| 06/19/19 | 3,920 | $5.3800 | $21,089.60 |
| 06/19/19 | 4,500 | $5.3800 | $24,210.00 |
| 06/19/19 | 4,995 | $5.4324 | $27,134.84 |
| 06/19/19 | 4,000 | $5.4348 | $21,739.20 |
| 06/19/19 | 4,000 | $5.4200 | $21,680.00 |
| 06/19/19 | 4,000 | $5.4000 | $21,600.00 |
| 06/19/19 | 4,000 | $5.4000 | $21,600.00 |
| 06/19/19 | 3,000 | $5.3700 | $16,110.00 |
| 06/19/19 | 3,000 | $5.3500 | $16,050.00 |
| 06/19/19 | 3,000 | $5.3700 | $16,110.00 |
| 06/19/19 | 3,000 | $5.3600 | $16,080.00 |
| 06/19/19 | 3,000 | $5.3500 | $16,050.00 |
| 06/19/19 | 3,000 | $5.3600 | $16,080.00 |
| 06/19/19 | 3,000 | $5.3350 | $16,005.00 |
| 06/19/19 | 3,000 | $5.3200 | $15,960.00 |
| 06/19/19 | 3,000 | $5.3200 | $15,960.00 |
| 06/19/19 | 3,000 | $5.3100 | $15,930.00 |
| 06/19/19 | 3,000 | $5.2800 | $15,840.00 |
| 06/19/19 | 3,000 | $5.2800 | $15,840.00 |
| 06/19/19 | 3,000 | $5.2500 | $15,750.00 |
| 06/19/19 | 3,000 | $5.2200 | $15,660.00 |
| 06/19/19 | 348 | $5.4100 | $1,882.68 |
| 06/19/19 | 6,000 | $5.2000 | $31,200.00 |
| 06/19/19 | 4,500 | $5.3600 | $24,120.00 |
| 06/19/19 | 4,000 | $5.1700 | $20,680.00 |
| 06/19/19 | 6,000 | $5.1500 | $30,900.00 |
| 06/20/19 | 5,000 | $5.3500 | $26,750.00 |
| 06/20/19 | 200 | $5.4800 | $1,096.00 |
| 06/21/19 | 4,400 | $5.0500 | $22,220.00 |
| 06/21/19 | 6,000 | $5.0500 | $30,300.00 |
| 06/24/19 | 4,000 | $5.1100 | $20,440.00 |
| 06/24/19 | 4,500 | $5.1000 | $22,950.00 |
| 06/24/19 | 3,000 | $5.1600 | $15,480.00 |
| 06/24/19 | 4,500 | $5.1500 | $23,175.00 |
| 06/24/19 | 4,000 | $5.0902 | $20,360.80 |
| 06/24/19 | 3,000 | $5.0900 | $15,270.00 |
| 06/24/19 | 100 | $5.1050 | $510.50 |
| 06/24/19 | 900 | $5.1000 | $4,590.00 |
| 06/27/19 | 4,800 | $5.1200 | $24,576.00 |
| 06/27/19 | 4,800 | $5.1000 | $24,480.00 |
| 06/27/19 | 4,800 | $5.1024 | $24,491.52 |
| 06/27/19 | 5,000 | $5.0900 | $25,450.00 |
| 06/27/19 | 3,400 | $5.0500 | $17,170.00 |
| 06/27/19 | 2,000 | $5.0501 | $10,100.20 |

| Date | Shares | Price | | Amount |
|---|---|---|---|---|
| 06/21/19 | 3,900 | $5.0000 | | $19,500.00 |
| 06/21/19 | 3,000 | $5.0000 | | $15,000.00 |
| 06/21/19 | 3,000 | $5.0200 | | $15,060.00 |
| 06/21/19 | 800 | $5.0499 | | $4,039.92 |
| 06/21/19 | 2,200 | $5.0500 | | $11,110.00 |
| 06/21/19 | 3,000 | $5.0700 | | $15,210.00 |
| 06/21/19 | 4,000 | $5.1163 | | $20,465.20 |
| 06/21/19 | 4,000 | $5.3000 | | $21,200.00 |
| 06/24/19 | 4,000 | $5.0000 | | $20,000.00 |
| 06/24/19 | 4,000 | $5.0300 | | $20,120.00 |
| 06/25/19 | 4,800 | $5.0200 | | $24,096.00 |
| 06/25/19 | 3,000 | $5.0200 | | $15,060.00 |
| 06/25/19 | 3,000 | $5.0200 | | $15,060.00 |
| 06/25/19 | 3,000 | $5.0400 | | $15,120.00 |
| 06/25/19 | 5,200 | $5.0200 | | $26,104.00 |
| 06/26/19 | 4,700 | $4.9800 | | $23,406.00 |
| 06/26/19 | 4,700 | $4.9600 | | $23,312.00 |
| 06/27/19 | 3,399 | $4.9800 | | $16,927.02 |
| 06/27/19 | 5,000 | $4.9900 | | $24,950.00 |
| 06/27/19 | 4,500 | $4.9753 | | $22,388.85 |
| 06/27/19 | 5,000 | $4.9800 | | $24,900.00 |
| 06/28/19 | 4,656 | $4.9800 | | $23,186.88 |
| 06/28/19 | 5,000 | $4.9985 | | $24,992.50 |
| 06/28/19 | 2,000 | $5.0099 | | $10,019.80 |
| 06/28/19 | 1,000 | $5.0090 | | $5,009.00 |
| 06/28/19 | 2,000 | $5.0087 | | $10,017.40 |
| 07/02/19 | 4,800 | $4.9700 | | $23,856.00 |
| 07/02/19 | 4,200 | $4.9700 | | $20,874.00 |
| 07/02/19 | 5,000 | $4.9687 | | $24,843.50 |
| 07/02/19 | 6,000 | $4.9700 | | $29,820.00 |
| 07/02/19 | 5,000 | $4.9800 | | $24,900.00 |
| 07/02/19 | 5,000 | $5.0000 | | $25,000.00 |
| 07/02/19 | 5,000 | $5.0093 | | $25,046.50 |
| 07/02/19 | 5,000 | $5.0100 | | $25,050.00 |
| 07/02/19 | 4,800 | $5.0200 | | $24,096.00 |
| 07/02/19 | 6,000 | $5.0352 | | $30,211.20 |
| 07/02/19 | 6,000 | $5.0345 | | $30,207.00 |
| 07/03/19 | 2,100 | $4.9400 | | $10,374.00 |
| 07/03/19 | 5,000 | $4.9900 | | $24,950.00 |
| 07/03/19 | 5,000 | $5.0100 | | $25,050.00 |
| 07/05/19 | 6,000 | $4.8700 | | $29,220.00 |
| 07/05/19 | 1,000 | $4.8600 | | $4,860.00 |
| 07/08/19 | 1,630 | $3.8600 | | $6,291.80 |
| 07/08/19 | 2,200 | $3.8300 | | $8,426.00 |
| 07/08/19 | 1,950 | $4.2000 | | $8,190.00 |
| 07/08/19 | 7,000 | $4.4400 | | $31,080.00 |
| 07/08/19 | 7,000 | $4.4500 | | $31,150.00 |
| 07/08/19 | 5,000 | $4.5000 | | $22,500.00 |
| 07/08/19 | 5,000 | $4.5500 | | $22,750.00 |
| | | | | $0.00 |

| Date | Shares | Price | | Amount |
|---|---|---|---|---|
| 06/28/19 | 5,000 | $5.0800 | | $25,400.00 |
| 06/28/19 | 5,000 | $5.0700 | | $25,350.00 |
| 06/28/19 | 2,000 | $5.0701 | | $10,140.20 |
| 06/28/19 | 500 | $5.0750 | | $2,537.50 |
| 06/28/19 | 1,500 | $5.0710 | | $7,606.50 |
| 06/28/19 | 3,499 | $5.0500 | | $17,669.95 |
| 07/01/19 | 5,000 | $5.1113 | | $25,556.50 |
| 07/01/19 | 5,000 | $5.1123 | | $25,561.50 |
| 07/01/19 | 100 | $5.1123 | | $511.23 |
| 07/01/19 | 100 | $5.1100 | | $511.00 |
| 07/01/19 | 4,800 | $5.1200 | | $24,576.00 |
| 07/01/19 | 2,700 | $5.0600 | | $13,662.00 |
| 07/01/19 | 300 | $5.0601 | | $1,518.03 |
| 07/01/19 | 1,656 | $5.0620 | | $8,382.67 |
| 07/01/19 | 5,000 | $5.1200 | | $25,600.00 |
| 07/01/19 | 5,000 | $5.1112 | | $25,556.00 |
| 07/01/19 | 5,000 | $5.1100 | | $25,550.00 |
| 07/01/19 | 5,000 | $5.1107 | | $25,553.50 |
| 07/03/19 | 3,000 | $5.1900 | | $15,570.00 |
| 07/03/19 | 5,000 | $5.1500 | | $25,750.00 |
| 07/03/19 | 2,700 | $5.0900 | | $13,743.00 |
| 07/05/19 | 6,000 | $4.9200 | | $29,520.00 |

**Post Class Purchases**

**Post Class Sales**

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 437,934 | Total Amount Paid in CP | $2,292,908.52 |

| | | | | |
|---|---|---|---|---|
| Total Shares Sold in CP | 300,568 | Total Amount Sold in CP | $1,600,401.61 | |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| Total Shares Sold to Current | 300,568 | Total Amount Sold to Current | $1,600,401.61 | ALTERNATIVE |

| | | |
|---|---|---|
| Actual Net Shares Acquired in CP | 137,366 | (CP Retained Shares) |

| | | |
|---|---|---|
| Net Amount Paid in CP | $692,506.91 | |
| Net Amount Paid in CP Minus Sold to Current Date | $692,506.91 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 137,366 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 137,366 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $2.18 |

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $299,140.88 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $299,140.88 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $393,366.03 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $393,366.03 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $393,366.03 | ALTERNATIVE |

As of 9/9/2019