# Exhibit E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06396-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |
| GUSTAVO ALVARADO, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06438-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, | |
| Defendants. | |
| RONALD E. JONES, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-06883-JPO |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, | |
| Defendants. | |

[Caption continued on the next page.]

010838-11/1188709 V1

| | |
|---|---|
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>    v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>                                 Defendants. | No. 1:19-cv-07164-JPO<br><br>CLASS ACTION |

**JOINT DECLARATION OF CANNTRUST INVESTOR GROUP IN SUPPORT OF MOTION TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL**

010838-11/1188709 V1

Movants Igor Kobzar, Lyss Murphey, Robert R. Patraulea and Ming Li, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We submit this Joint Declaration in support of the CannTrust Investor Group's motion for consolidation of related actions, for appointment as lead plaintiff and for approval of selection of counsel in the above-captioned securities class action against CannTrust Holdings Inc. ("CannTrust"). As set forth in the certifications filed herewith, we each purchased shares of CannTrust between November 14, 2018 and July 12, 2019 ("Class Period"). We each have personal knowledge about the information in this Joint Declaration as to ourselves and, where applicable, the entities and other persons with which we are associated.

2. We are informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We have each had multiple communications with counsel discussing the process.

3. I, Igor Kobzar, reside in Tyumen, a city in the Siberian Region of Russia. I am a professional volleyball player. I currently play for the Kuzbass Kemerovo club, a Russian professional men's volleyball team based in Kemerovo, Russia. I am also a member of the Russia men's national volleyball team. I attended Surgut State University in Surgut, where I obtained my Bachelor of Arts degree. I am presently a private investor. I have been investing in equities for the past 3 years.

4. I, Lyss Murphey, reside in Silverado, California. I am a Mechanical Engineer. I attended San Diego State University, where I obtained my Bachelor of Science degree in Mechanical Engineering. I am presently a private investor. I have been investing in equities for the past 30 years.

5.       I, Robert R. Patraulea, currently reside in the Cayman Islands.  I am the President and Founder of Dominion, a public accounting firm that provides financial reporting services for entities in the alternative investment industry.  I graduated with a Bachelor of Commerce from the School of Business at Queen's University, Ontario, Canada.  I am presently a private investor.

6.       I, Ming Li, currently reside in Phoenix, Arizona.  I am a retired public school teacher.  I currently manage real estate than I own.  After studying in China, I obtained a Master of Education (M.Ed.) from the University of Mississippi.  I am presently a private investor.  I have roughly 20 years of investment experience.

7.       We understand that we are jointly seeking to be appointed as Lead Plaintiff. If jointly appointed as Lead Plaintiff, we will work together to monitor and direct the efforts and activities of our proposed lead counsel, Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), in the prosecution of this action. We understand that as Lead Plaintiffs, we have fiduciary obligations to fairly and adequately represent the class by vigorously prosecuting this case on behalf of the class. We understand that one of the primary responsibilities of the Lead Plaintiff in overseeing the work of lead counsel is to ensure that the litigation is handled efficiently.

8.       Prior to our agreement to seek Lead Plaintiff status, members of the Group met telephonically on September 9, 2019.  Robert R. Patraulea Ming Li were not able to attend by phone, but were fully apprised of the discussion and agreements reached during the telephone conversation.  Prior to this contact, we had never met one another and have no familial or business relationships with one another. Nor did we have any prior business or other relationships with Hagens Berman or any of its attorneys.

- 2 -

9. On the call, we discussed our backgrounds and experience, and were able to question each other. We also discussed the facts and the merits of the claims against Defendants and new developments, our interest in serving jointly as Lead Plaintiff and our experience in investing in CannTrust, the benefits we could provide to the Class; a decision making structure, the type of decisions we would be called upon to make, and ensuring that the Class's claims will be efficiently and zealously prosecuted, without duplicative efforts, by our oversight of our proposed Lead Counsel, Hagens Berman. We believe that as experienced investors serving as Lead Plaintiff we will have a positive effect on the quality of the representation provided to absent class members.

10. We also discussed a Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to supervise the prosecution of the case to guarantee that the action is prosecuted efficiently. Through supervision of our chosen counsel, we will ensure that the action is prosecuted for the benefit of the Class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit via telephone and email.

11. We have also discussed, proposed and approved a decision making structure.

12. We have been given the contact information for each other. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that these meetings or conference calls may be conducted without counsel. We have agreed to contact one another when necessary to facilitate the best interests of the class and to prosecute this case. We do not foresee any problems communicating with one another or staying abreast of the progress of this litigation.

- 3 -

13. We intend to work together to oversee the litigation in a manner that will best serve the interests of the class.

14. We individually contacted the law firm of Hagens Berman, and after careful consideration, selected Hagens Berman to serve as Lead Counsel. We are satisfied that our chosen counsel are experienced in prosecuting actions of this nature and capable of diligently prosecuting the Class's claims under our supervision. We have instructed our counsel to conduct the litigation in an efficient manner, to avoid the duplication of efforts wherever possible, and to provide updates regularly, or as frequently as necessary.

15. We are aware that as an individual or jointly, we could select any counsel to represent us, and that we were not and are not required or compelled to recommend Hagens Berman as class counsel. By submitting this declaration, we are personally ratifying this firm as our choice for that role in this litigation.

16. Because of the complexity of the case and the substantial losses we each suffered as a result of Defendants' alleged violations of the federal securities, we each have the incentive, ability and desire to work together with the other members of the Group to control the litigation and maximize the recovery for the Class. We consent to filing as Lead Plaintiff jointly, or alternatively as individuals.

17. We are committed to actively overseeing the effective and efficient prosecution of this action by, among other things, reviewing court documents, actively participating in litigation decisions, monitoring and directing counsel, and attending hearings and depositions as necessary. We take the obligations owed by a Lead Plaintiff seriously and hereby reaffirm our commitment to actively monitor our counsel and the litigation, to prosecute the action in the best interest of the Class, and to otherwise fulfill the duties we will assume if appointed as Lead Plaintiff.

18. We have no interests antagonistic to the interests of the class and do not believe that we are subject to any unique defenses. We also understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As our Certifications state, we will not accept any payment for serving as a representative party beyond our respective *pro rata* shares, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

19. If the Court determines that a single plaintiff would be more appropriate in this action, each of us is willing and able to serve as Lead Plaintiff individually, rather than jointly. Our preference, however, is to work together because the joint prosecution of this action would combine the diverse skills and knowledge of each member and the benefits of our collective decision-making and resources, which we believe will be in the best interests of the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September, 2019.

_____
IGOR KOBZAR

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of September, 2019.

DocuSigned by:

0445A630C49A432...

LYSS MURPHEY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of September, 2019.

DocuSigned by:

F1AAE4ACFFB949A...

ROBERT R. PATRAULEA

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of September, 2019.

DocuSigned by:

09AF416EAAB143F...

MING LI