**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIN HUANG, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>  vs.<br><br>CANNTRUST HOLDINGS, INC., PETER ACETO and GREG GUYATT,<br><br>   Defendants. | Case No. 1:19-cv-06396-JPO |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br>  vs.<br><br>CANNTRUST HOLDINGS, INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>   Defendants. | Case No. 1:19-cv-06438-JPO |
| RONALD E. JONES, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>  vs.<br><br>CANNTRUST HOLDINGS, INC., PETER ACETO and GREG GUYATT,<br><br>   Defendants. | Case No. 1:19-cv-06883-JPO |
| SCOTT JUSTISS, individually and on behalf of all others similarly situated, | Case No. 1:19-cv-7164-JPO |

1

Plaintiff,

vs.

CANNTRUST HOLDINGS, INC., PETER ACETO and GREG GUYATT,

Defendants.

**SUPPLEMENTAL DECLARATION OF DENA C. SHARP IN SUPPORT OF RESPONSE IN SUPPORT OF MOTION OF ERIC GLASSON, MIKE HOPSON, JOSHUA SMITH, AND RAY BRUBAKER FOR APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, Dena C. Sharp, hereby declare as follows:

1. I am an attorney with Girard Sharp LLP, counsel for Eric Glasson, Mike Hopson, Joshua Smith, and Ray Brubaker (together, the "Glasson Plaintiffs"), and I have personal knowledge of the facts set forth herein. I make this declaration in support of the Glasson Plaintiffs' response in support of motion for appointment as lead plaintiffs, approval of their selection of lead counsel, and consolidation of related actions.

2. Attached hereto as **Exhibit A** is a PDF version of the webpage available at the following URL: https://www.nasdaq.com/market-activity/stocks/ctst/institutional-holdings.

3. Attached hereto as **Exhibit B** is the Granite Point Capital Management, L.P. Firm Brochure dated March 2019, as filed with the U.S. Securities and Exchange Commission.

4. The Glasson Plaintiffs are all U.S. citizens, and they reside in adjacent time zones. Eric Glasson resides in Chicago, IL; Mike Hopson resides in Aspen, CO; Joshua Smith resides in Butler, MO; and Raymond Brubaker resides in Westminster, CO.

5. Girard Sharp and Gibbs Law Group are established law firms whose professionals have extensive experience working together, including in the former national law firm Girard

Gibbs. If appointed lead counsel, we will commit all necessary resources to prosecuting this action on behalf of the CannTrust investors. Our efforts will be guided and supervised by the Glasson group of Plaintiffs—Eric Glasson, Mike Hopson, Joshua Smith, and Raymond Brubaker—who suffered considerable losses and who, based on their active participation and their close questioning of and interaction with counsel, form a cohesive and collegial group. If appointed, we will diligently pursue their claims and those of the class in an efficient, cost-effective manner.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September, 2019.

/s/ *Dena C. Sharp*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Jessica J. Sleater*

4