EXHIBIT A

Case 1:19-cv-06396-JPO    Document 66-1    Filed 09/23/19    Page 2 of 6

 Nasdaq     

Indexes     Commodities     Funds + ETFs     Stocks

CTST ›

**CANNTRUST HOLDINGS INC. COMMON SHARES (CTST) INSTITUTIONAL HOLDINGS**

# CannTrust Holdings Inc. Common Shares (CTST) Institutional Holdings

## Ownership Summary

| | |
|---|---|
| Institutional Ownership | 20.68 % |
| Total Shares Outstanding (millions) | 141 |
| Total Value of Holdings (millions) | $38 |

## Active Positions

| ACTIVE POSITIONS | HOLDERS | SHARES |
|---|---|---|
| Increased Positions | 67 | 22,205,551 |
| Decreased Positions | 23 | 1,133,312 |
| Held Positions | 19 | 5,867,490 |
| Total Institutional Shares | 109 | 29,206,353 |

 WATCHLIST ∧

Case 1:19-cv-06396-JPO    Document 66-1    Filed 09/23/19    Page 3 of 6

## New and Sold Out Positions

| ACTIVE POSITIONS | HOLDERS | SHARES |
|---|---|---|
| New Positions | 40 | 12,757,858 |
| Sold Out Positions | 15 | 215,406 |

Total    **New**    Increased    Decreased    Activity    Sold Out

**109 Institutional Holders**

**29,206,353 Total Shares Held**

| OWNER NAME | DATE | SHARES HELD | CHANGE (SHARES) | CHANGE (%) | VALUE ( 1,000S) |
|---|---|---|---|---|---|
| 1832 ASSET MANAGEMENT L.P. | 06/30/2019 | 1,000 | 0 | 0% | $1 |
| ACCURATE INVESTMENT SOLUTIONS, INC. | 06/30/2019 | 2,370 | 450 | 23.438% | $3 |
| ADVISOR GROUP, INC. | 06/30/2019 | 1,707 | 865 | 102.732% | $2 |
| ADVISORNET FINANCIAL, INC | 06/30/2019 | 200 | 0 | 0% | $0 |
| ADVISORY ALPHA, LLC | 06/30/2019 | 0 | -438 | Sold Out | |
| ALLIANCEBERNSTEIN L.P. | 06/30/2019 | 17,100 | 17,100 | New | $22 |
| ALLSQUARE WEALTH MANAGEMENT LLC | 06/30/2019 | 650 | 0 | 0% | $1 |
| ALPHAMARK ADVISORS, LLC | 06/30/2019 | 315 | 315 | New | $0 |
| ARDSLEY ADVISORY PARTNERS LP | 06/30/2019 | 65,000 | 65,000 | New | $85 |

↗ WATCHLIST ^

| OWNER NAME | DATE | SHARES HELD | CHANGE (SHARES) | CHANGE (%) | VALUE ( 1,000S) |
|---|---|---|---|---|---|
| AUREUS ASSET MANAGEMENT, LLC | 06/30/2019 | 83,400 | 0 | 0% | $109 |
| BANK OF AMERICA CORP /DE/ | 06/30/2019 | 70,785 | -119,663 | -62.832% | $93 |
| BANK OF MONTREAL /CAN/ | 06/30/2019 | 576,291 | 327,256 | 131.41% | $755 |
| BENJAMIN F. EDWARDS & COMPANY, INC. | 06/30/2019 | 0 | -600 | Sold Out | |
| BERMAN CAPITAL ADVISORS, LLC | 06/30/2019 | 3,000 | 3,000 | New | $4 |
| BRITISH COLUMBIA INVESTMENT MANAGEMENT CORP | 06/30/2019 | 163,150 | 17,539 | 12.045% | $214 |

‹   1   2   3   4   5   6   7   8   ›

Institutional Holdings information is filed by major institutions on form 13-F with the Securities and Exchange Commission. Major institutions are defined as firms or individuals that exercise investment discretion, over the assets of others, in excess of $100 Million. Major institutions include financial holdings companies, banks, insurance companies, mutual fund managers, portfolio managers, self managed pension and endowment funds. The report is limited to equity securities, including common and equivalents, convertible preferred and convertible bonds. The report does not include fixed income, real estate, or cash equivalents. Reports are filed within 45 days after calendar quarter end with the vast majority of updates occurring near the 45th day of the quarter.

QUICK LINKS

Advanced Charting   ›

After Hours Quote   ›

Analyst Research   ›

Dividend History   ›

SEE MORE +

📈 WATCHLIST   ∧

Case 1:19-cv-06396-JPO   Document 66-1   Filed 09/23/19   Page 5 of 6

▤ TRENDING ARTICLES

Buy $1 Trillion Apple (AAPL) Stock on iPhone 11 & Streaming TV Potential?
SEP 12, 2019

Why Apple Is Using a Different Strategy for Apple Arcade
4 DAYS AGO

The Biggest iPhone News on Tuesday Wasn't the iPhone 11 Pro
SEP 10, 2019

Apple Reveals Pricing, Launch Dates, and Details of New Services
SEP 10, 2019

# Market Makers

Sign up for our newsletter to get the latest on the transformative forces shaping the global economy, delivered every Thursday.

EMAIL ADDRESS*

COUNTRY*

Please select...

SUBMIT

⌄ WATCHLIST ⌃

Case 1:19-cv-06396-JPO   Document 66-1   Filed 09/23/19   Page 6 of 6

**INVESTOR RELATIONS**

**CONTACT**

**CAREERS**

**ADVERTISE**

**NASDAQ MARKETSITE**

**TRUST CENTER**

**PRIVACY**

**COOKIES**

**LEGAL**





© 2019, Nasdaq, Inc. All Rights Reserved.