**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT, <br><br> Defendants. | No. 1:19-cv-06396-JPO <br><br> Judge J. Paul Oetken <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| GUSTAVO ALVARADO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ, <br><br> Defendants. | No. 1:19-cv-06438-JPO <br><br> Judge J. Paul Oetken |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT, <br><br> Defendants. | No. 1:19-cv-06883-JPO <br><br> Judge J. Paul Oetken |

| | |
|---|---|
| SCOTT JUSTISS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | No. 1:19-cv-07164-JPO<br><br>Judge J. Paul Oetken |

**DECLARATION OF FRANCIS P. MCCONVILLE IN FURTHER SUPPORT OF MOTION OF GRANITE POINT CAPITAL MASTER FUND, LP AND GRANITE POINT CAPITAL SCORPION FOCUSED IDEAS FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

2

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in further support of the motion filed by Proposed Lead Plaintiff Granite Point Capital Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund (together, "Granite Point") for the entry of an Order: (i) consolidating the above-captioned actions (the "Action"); (ii) appointing Granite Point as Lead Plaintiff on behalf of the Class of all persons and entities that acquired CannTrust Holdings Inc. ("CannTrust" or the "Company") securities between November 14, 2018 and July 12, 2019, inclusive (the "Class Period"); (iii) approving Granite Point's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A is a true and correct copy of the following document:

EXHIBIT A:    Financial interest analysis of all remaining movants.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  September 23, 2019                    Respectfully submitted,

                                              /s/ Francis P. McConville

                                              **LABATON SUCHAROW LLP**
                                              Francis P. McConville
                                              140 Broadway
                                              New York, New York 10005
                                              Telephone: (212) 907-0700
                                              Facsimile:  (212) 818-0477
                                              fmcconville@labaton.com