**Exhibit A**

**Canntrust Holdings, Inc.**

**Class Period: 11/14/2018 to 7/12/2019**

| Movant Analysis | | | | | | |
|---|---|---|---|---|---|---|
| **Movant** | **Security** | **Total Shares** | **Net Shares** | **Net Expenditures** | **LIFO Loss** | **Dura LIFO Loss** |
| Granite Point Capital Master Fund, LP | Common Stock | 1,120,000 | 360,000 | ($2,681,797) | ($1,708,197) | ($1,680,137) |
| Granite Point Capital Scorpion Focused Ideas Fund | Common Stock | 280,000 | 90,000 | ($670,449) | ($427,049) | ($420,034) |
| **Granite Point** | | **1,400,000** | **450,000** | **($3,352,246)** | **($2,135,246)** | **($2,100,171)** |
| Jose A. Silva | Common Stock | 602,470 | 0 | ($1,070,739) | ($1,070,739) | ($1,058,000) |
| **Silva** | | **602,470** | **0** | **($1,070,739)** | **($1,070,739)** | **($1,058,000)** |
| Eric Glasson | Common Stock | 79,300 | 79,300 | ($330,181) | ($157,490) | ($157,490) |
| Mike Hopson | Common Stock | 34,200 | 0 | ($82,421) | ($82,421) | ($81,071) |
| Joshua Smith | Common Stock | 29,884 | 29,884 | ($191,733) | ($126,655) | ($126,655) |
| Ray Brubaker | Common Stock | 85,850 | 81,850 | ($288,550) | ($101,885) | ($101,885) |
| **Glasson Group** | | **229,234** | **191,034** | **($892,885)** | **($468,451)** | **($467,101)** |
| Integral Capital Management SARL | Common Stock | 50,300 | 30,400 | ($199,097) | ($128,131) | ($128,131) |
| **Integral Capital** | | **50,300** | **30,400** | **($199,097)** | **($128,131)** | **($128,131)** |

Notes

- LIFO losses listed are those supplied by respective movants

- *Dura* LIFO losses exclude any losses/gains on shares sold prior to corrective disclosures on 7/8/19 and 7/15/19.

Case 1:19-cv-06396-JPO  Document 68-1  Filed 09/23/19  Page 2 of 2