**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Civil Action No.: 1:19-cv-06396-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br>Defendants. | Civil Action No.: 1:19-cv-06438-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>Defendants. | Civil Action No.: 1:19-cv-06883-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |

*[Caption continued on following page]*

| | |
|---|---|
| SCOTT JUSTISS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Civil Action No.: 1:19-cv-07164-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF JOSE A. SILVA'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm of Levi & Korsinsky, LLP, proposed lead counsel for lead plaintiff movant Jose A. Silva ("Movant") in the above-captioned actions (the "Actions"). I submit this Declaration in support of Movant's Reply Memorandum of Law in Further Support of His Motion for Appointment as Lead Plaintiff.

2.      Attached hereto as Exhibit A is a true and correct copy of Jose A. Silva's Declaration in Support of Motion for Appointment As Lead Plaintiff and Approval of Selection of Counsel.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 30th day of September 2019 at New York, New York.

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Movant and [Proposed] Lead Counsel for the Class*

3

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN HUANG, Individually and on Behalf of and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Civil Action No.: 1:19-cv-06396-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |
| GUSTAVO ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, GREG GUYATT, and IAN ABRAMOWITZ,<br><br>Defendants. | Civil Action No.: 1:19-cv-06438-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |
| RONALD E. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO and GREG GUYATT,<br><br>Defendants. | Civil Action No.: 1:19-cv-06883-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |

*[Caption continued on following page]*

| | |
|---|---|
| SCOTT JUSTISS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNTRUST HOLDINGS INC., PETER ACETO, and GREG GUYATT,<br><br>Defendants. | Civil Action No.: 1:19-cv-07164-JPO<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |

**JOSE A. SILVA'S DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Jose A. Silva, do hereby declare pursuant to 28 U.S.C. § 1746 that:

1.      I, Jose A. Silva, am a resident of Slidell, LA. I am a medical doctor (MD) practicing as an interventional cardiologist. To practice as an MD, I obtained an undergraduate degree, a medical degree, and then completed an eight year residency in my specialization. I invested in CannTrust Holdings Inc. on my own behalf because I believed it was one of the fastest growing and more reputable companies in the cannabis industry.

2.      I retained the law firm of Levi & Korsinsky, LLP in response to one of the firm's press releases and after discussing the allegations against Defendants, the processes involved in class action litigation including how different cases are consolidated, attorneys' fees, and the process in which other shareholders are compensated if the lawsuit is ultimately successful. After these discussions, I decided to retain Levi & Korsinsky, LLP to make a motion for lead plaintiff on my behalf. As reflected in my Certification, I purchased a significant amount of CannTrust Holdings Inc. securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws as alleged in this Action.

2

I declare under penalty of perjury that the foregoing is true and correct on this 26th day of September 2019.

_____

Jose A. Silva

3