**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: CANNTRUST HOLDINGS INC. SECURITIES LITIGATION | 19-cv-6396 (JPO) **STIPULATION AND ORDER** |

WHEREAS, on July 10, 2019 Chun Huang filed the original complaint in the above-captioned action (the "Action") against CannTrust Holdings Inc. ("CannTrust"), Peter Aceto and Greg Guyatt (the "Individual Defendants" and together with CannTrust, the "Defendants");

WHEREAS, on or about March 31, 2020, CannTrust filed an application pursuant to the Companies' Creditors Arrangement Act ("CCAA") in the Ontario Superior Court of Justice in Canada (the "Canadian Action");

WHEREAS, on April 16, 2020, the Court issued an opinion and order granting the Granite Point Funds' motion for appointment as Lead Plaintiffs, approving the appointment of Labaton Sucharow LLP as Lead Counsel and consolidating the actions under Case Number 19 Civ. 6396 for all purposes, including discovery, pretrial proceedings, and trial;

WHEREAS, the Court entered a Stipulation and Order on April 27, 2020 (the "Stipulation"), pursuant to which Lead Plaintiffs were to file their Amended Complaint within 60 days;

WHEREAS, on May 6, 2020, the Court in the Canadian Action issued a Mediation Order and appointed the Hon. Dennis O'Connor, Q.C. as the Court-appointed mediator (the "Mediator") to mediate a global settlement of the claims against CannTrust;

WHEREAS, Lead Plaintiffs have voluntarily agreed to participate in the Canadian mediation process under the terms of the Mediation Order;

1

WHEREAS, pursuant to the Stipulation, Lead Plaintiffs filed their Amended Complaint on June 26, 2020 (the "Amended Complaint") naming several new parties as defendants and adding several new securities claims;

WHEREAS, the mediation process ordered by the Court in the Canadian Action is ongoing, with opening submissions scheduled to be submitted to the Mediator on July 10, 2020;

WHEREAS, pursuant to the Stipulation, the parties are required to meet and confer and submit a proposed schedule for responses to the Amended Complaint for the Court's consideration within 10 days of the filing of the Amended Complaint;

WHEREAS, the parties wish to avoid distracting from the mediation process, while expressly reserving all rights including, without limitation, any arguments concerning the applicability or extent of any stay that exists as a result of the process in the Canadian Action, and to enter into this stipulation without prejudice to such rights and arguments;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that:

1.      This action is stayed until such time as; (a) the Mediator declares the mediation process has concluded; or (b) the Court in the Canadian Action lifts the stay of the proceedings in Canada, whichever is earlier.

2.      The parties shall submit a joint status report in 60 days.

3.      After such a declaration by the Mediator that the mediation process has concluded or the Court in the Canadian Action has lifted the stay of the proceedings in Canada, if this action has not been resolved, the parties shall meet and confer regarding the status of this action and, to the extent necessary, shall submit a proposed schedule for the Court's consideration regarding the timing for any answer, motion or other response to the Amended Complaint, which may include,

2

without limitation, motions concerning the applicability or scope of any stay applicable to this action.

4.     Any party may seek to modify or lift the stay for good cause shown at any time and any and all defenses or arguments with respect to such a request are preserved.

Dated: July 6, 2020

*/s/James W. Johnson (with consent)*
James W. Johnson
Michael H. Rogers
David J. Schwartz
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
dschwartz@labaton.com

*Counsel for Lead Plaintiffs Granite Point Capital Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund, and Lead Counsel for the Class*

*/s/Susan L. Saltzstein*
Susan L. Saltzstein
Scott D. Musoff
Jeffrey S. Geier
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
susan.saltzstein@skadden.com
scott.musoff@skadden.com
jeffrey.geier@skadden.com

*Counsel for Defendant CannTrust Holdings, Inc.*

*/s/Joseph De Simone (with consent)*
Joseph De Simone
**MAYER BROWN LLP**
1221 Avenue of the Americas, 14th Flr
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
jdesimone@mayerbrown.com

*Counsel for Defendant Peter Aceto*

*/s/Andrew W. Stern (with consent)*
Andrew W. Stern
Isaac S. Greaney
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com
igreaney@sidley.com

*Counsel for Defendant Greg Guyatt*

Dated: ___July 7___, 2020
New York, New York

SO ORDERED.

_____
J. PAUL OETKEN
United States District Judge

4