UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: CANNTRUST HOLDINGS INC. SECURITIES LITIGATION | No. 1:19-cv-06396-JPO <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK            )
                             )   ss:
COUNTY OF NEW YORK           )

I, Shella Mundo, being duly sworn depose and state:

1.  I am not a party to this action, am over the age of eighteen years and employed as a paralegal at Labaton Sucharow LLP.

2.  On July 27, 2020, I served by email a true and correct copy of the following documents upon John F. Hartmann and Jonathan R. Lahn of Kirkland & Ellis LLP, counsel for Defendant KPMG LLP ("KPMG Counsel"):

    a.  Summons directed to Defendant KPMG LLP issued on June 29, 2020;
    b.  Consolidated Class Action Complaint dated June 26, 2020;
    c.  Individual Practices in Civil Cases of Judge J. Paul Oetken dated February 12, 2020;
    d.  Individual Practices of Magistrate Judge Debra Freeman dated March 31, 2020; and
    e.  NYSD Electronic Case Filing Rules and Instructions dated April 1, 2020.

3.  Pursuant to the parties' agreement, KPMG Counsel agreed to accept service by email on behalf of Defendant KPMG LLP without waiving any rights, including the right to contest personal jurisdiction, and KPMG will have either 60 days from the date the pending stay

of proceedings is lifted or such other amount of time as negotiated in good faith by the parties to answer or otherwise plead in response to the Consolidated Class Action Complaint.

_____
Shella Mundo

Sworn to before me this
24th day of August, 2020

_____
Notary Public

PATRICIA KLOS
Notary Public, State of New York
No 01KL4604998
Qualified in Suffolk County
Term Expires May 31st, 2023