**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: CANNTRUST HOLDINGS INC. SECURITIES LITIGATION | No. 1:19-cv-06396-JPO<br><br>Judge J. Paul Oetken |

**DECLARATION OF JAMES W. JOHNSON IN SUPPORT OF**
**LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF**
**PROPOSED CLASS ACTION SETTLEMENTS**

I, JAMES W. JOHNSON, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in the above-captioned class action, and am admitted to practice before this Court.  I respectfully submit this declaration in support of Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlements.

2.      Attached hereto as **Exhibit 1** is a true and correct list of all agreements between the settling parties in connection with the proposed Settlements.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Order of the Ontario Superior Court of Justice (Commercial List) sanctioning CannTrust's CCAA Plan,  entered on July 16, 2021.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of CannTrust Holdings Inc.'s Fourth Amended & Restated Plan of Compromise, Arrangement and Reorganization, as amended and restated from time to time, under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Restructuring Support Agreement (RSA), dated as of January 19, 2021.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Allocation and Distribution Scheme governing the distribution of the Class Compensation Fund.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the Eric Paul and Paul Family Trust Minutes of Settlement, effective as of May 20, 2021.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the Underwriters Minutes of Settlement, effective as of April 27, 2021.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the Litwin Group Minutes of Settlement, effective as of May 24, 2021.

10.      Attached hereto as **Exhibit 9** is a true and correct copy of the Ian Abramowitz Minutes of Settlement, effective as of May 5, 2021.

11.      Attached hereto as **Exhibit 10** is a true and correct copy of the Ian Abramowitz Indemnity Agreement, effective as of June 14, 2021.

12.      Attached hereto as **Exhibit 11** is a true and correct copy of the Peter Aceto Minutes of Settlement, effective as of June 11, 2021.

13.      Attached hereto as **Exhibit 12** is a true and correct copy of the Zola Plaintiffs Restructuring Support Agreement, effective as of May 5, 2021.

14.      Attached hereto as **Exhibit 13** is a true and correct copy of the firm resume of Labaton Sucharow LLP.

15.      Attached hereto as **Exhibit 14** is a true and correct copy of Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements – 2020 Review and Analysis* (Cornerstone Research 2021).

16.      Attached hereto as **Exhibit 15** is a true and correct copy of the firm resume of Epiq Class Action and Claims Solutions, Inc.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 26, 2021.

*/s/ James W. Johnson*
JAMES W. JOHNSON

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

/s/ *James W. Johnson*
JAMES W. JOHNSON
