**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: CANNTRUST HOLDINGS INC. SECURITIES LITIGATION | No. 1:19-cv-06396-JPO<br><br>Judge J. Paul Oetken |

### NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS AND ALLOCATION AND DISTRIBUTION SCHEME

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs Granite Point Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund ("Lead Plaintiffs"), on behalf of themselves and all other members of the proposed settlement class (the "U.S. Settlement Class"), through court-appointed Lead Counsel Labaton Sucharow LLP, will move this Court on December 2, 2021 at 12:30 p.m., New York time, via telephone conference, or as otherwise ordered by the Court, before the Honorable J. Paul Oetken, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for: (i) entry of a final order and judgment approving the proposed settlements, as they relate to the above-captioned action (the "U.S. Class Action"), as fair, reasonable, and adequate; (ii) final certification of the U.S. Settlement Class, for settlement purposes only; and (iii) entry of an Order approving the proposed Allocation and Distribution Scheme for the proceeds of the settlements, in relation to members of the proposed U.S. Settlement Class, as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs submit and are filing herewith: (i) the Memorandum of Law in Support of Lead Plaintiffs' Motion for

Final Approval of Class Action Settlements and Allocation and Distribution Scheme, dated October 28, 2021; and (ii) the Declaration of James W. Johnson in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlements and Allocation and Distribution Scheme, dated October 28, 2021, with annexed exhibits.

A proposed U.S. Final Order and Judgment as to Settling Defendants is also submitted herewith.

DATED: October 28, 2021

**LABATON SUCHAROW LLP**

*/s/ James W. Johnson*
James W. Johnson
Michael H. Rogers
David J. Schwartz
James T. Christie
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails: jjohnson@labaton.com
         mrogers@labaton.com
         dschwartz@labaton.com
         jchristie@labaton.com

*Counsel for Lead Plaintiffs Granite Point*
*Master Fund, LP and Granite Point Capital*
*Scorpion Focused Ideas Fund, and*
*Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

/s/ *James W. Johnson*
JAMES W. JOHNSON