# Exhibit 2

*In re: CannTrust Holdings Inc. Securities Litigation,*
No. 1:19-cv-06396-JPO (S.D.N.Y.)

### SETTLEMENT AGREEMENTS

1. Restructuring Support Agreement (RSA), dated as of January 19, 2021

   a. RSA Joinder Agreement of CCAA Representatives and CCAA Representative Counsel, effective as of January 29, 2021

   b. *Confidential Supplemental Letter Agreement (SLA), dated January 19, 2021, and joined by CCAA Representatives and CCAA Representative Counsel, effective as of January 29, 2021*

   c. *Confidential Supplemental Agreement Regarding Requests for Exclusion, dated August 26, 2021*

2. Underwriters Minutes of Settlement, effective as of April 27, 2021

3. Zola Plaintiffs Restructuring Support Agreement, effective as of May 5, 2021

4. Ian Abramowitz Minutes of Settlement, effective as of May 5, 2021

   a. Ian Abramowitz Indemnity Agreement, effective as of June 14, 202

5. Eric Paul and Paul Family Trust Minutes of Settlement, effective as of May 20, 2021

6. Litwin Group Minutes of Settlement, effective as of May 24, 2021

7. Brady Green Settlement – no written agreement

8. Peter Aceto Minutes of Settlement, effective as of June 11, 2021

*Denotes a confidential document that is not being filed with the Court due to its sensitive nature. Each can be provided to the Court either *in camera* or under seal. The documents require confidentiality because they relate to matters that, if disclosed, could incentivize certain persons or entities to undertake litigation positions that would be detrimental to the interests of Lead Plaintiffs and the proposed class.