**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: CANNTRUST HOLDINGS INC. SECURITIES LITIGATION | No. 1:19-cv-06396-JPO<br><br>Judge J. Paul Oetken |

**DECLARATION OF SUSAN L. SALTZSTEIN REGARDING COMPLIANCE WITH 28 U.S.C. § 1715**

1.      I am an attorney admitted to the Bar of this Court.  I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants CannTrust Holdings Inc., Cajun Capital Corporation, Mark Dawber, John Kaden, Robert Marcovitch, Shawna Page and Mitchell Sanders in the above-captioned action.

2.      Pursuant to the Class Action Fairness Act ("CAFA"), on August 30, 2021, I caused a letter and enclosed CD containing the information and documents required by 28 U.S.C. § 1715(b) ("CAFA Notice Package") to be sent via United States Postal Service mail, Federal Express and/or email to the appropriate State and Federal officials, as defined by 28 U.S.C. § 1715(a), as set forth in Appendix A to the letter.  Attached as Exhibit 1 is a true and correct copy of that August 30, 2021 letter, without the documents provided in the CD enclosed with the letter (we have omitted the password for the CD for security purposes).

3.      My office has confirmed via tracking information or with the U.S. Post Office that the CAFA Notice Packages all were delivered, except to one of the three recipients at the Office of the Comptroller of the Currency to whom the CAFA Notice Package was sent.  We were able to confirm receipt to the other two Office of the Comptroller of the Currency

Recipients via tracking information, including the package directed to the Director of the Litigation Division.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on this 28 day of October 2021.

*/s/Susan L Saltzstein*

2