EXHIBIT 1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001

---

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-4132
DIRECT FAX
917-777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
----------
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
----------
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 30, 2021

**BY CERTIFIED MAIL OR E-MAIL AS APPLICABLE**

TO:  ALL ADDRESSEES LISTED IN
APPENDIX A

RE:    **CAFA Notice of Proposed U.S. Class Action Settlement**
*In re CannTrust Holdings Inc. Sec. Litig.*, No. 1:19-cv-06396-JPO
(S.D.N.Y.)

Dear Sir or Madam:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §
1715, you are hereby notified of a proposed settlement (the "Proposed Settlement")
of a portion of the above-referenced class action lawsuit (the "U.S. Class Action")
currently pending before the United States District Court for the Southern District of
New York (the "U.S. Court"). This notice is being provided for the Settling
Defendants CannTrust Holdings Inc. ("CannTrust"), Mark Dawber, John Kaden,
Robert Marcovitch, Shawna Page, Mitchell Sanders, and Cajun Capital Corp.
(collectively, with CannTrust, the "CannTrust Defendants"), and Greg Guyatt, Peter
Aceto, Ian Abramowitz, Eric Paul, Mark Litwin, Cannamed Financial Corp.,
Canaccord Genuity LLC, Citigroup Global Markets Inc., Credit Suisse Securities
(USA) LLC, Jefferies LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., and RBC
Dominion Securities Inc. (collectively, with the "CannTrust Defendants," the
"Settling Defendants"). This firm represents the CannTrust Defendants.

Pursuant to 28 U.S.C. § 1715, the Settling Defendants enclose a CD
containing the following documents associated with the Proposed Settlement:

August 30, 2021
Page 2

(1)    As Exhibit 1, the Class Action Complaint, filed on July 10, 2019 in *Huang v. CannTrust Holdings Inc.*, No. 1:19-cv-06396-JPO (S.D.N.Y.). (Dkt. No. 1.)[1]

(2)    As Exhibits 2-5, the Class Action Complaints filed in *Alvarado v. CannTrust Holdings Inc.*, No. 1:19-cv-06438 (S.D.N.Y.) (filed on July 11, 2019), *Jones v. CannTrust Holdings Inc.*, No. 1:19-cv-06883 (S.D.N.Y.) (filed on July 24, 2019), *Justiss v. CannTrust Holdings Inc.*, No. 1:19-cv-07164 (S.D.N.Y.) (filed on July 31, 2019), and *Owens v. CannTrust Holdings Inc.*, No. 19-cv-352374 (Cal. Super. Ct. Santa Clara Cnty.) (filed on August 5, 2019).

(3)    As Exhibit 6, the Order of Consolidation, as entered by the U.S. Court on April 16, 2020. (Dkt. No. 80.)

(4)    As Exhibit 7, the Consolidated Class Action Complaint, filed on June 26, 2020. (Dkt. No. 89.)

(5)    As Exhibits 8-9, Notice of Motion and Memorandum of Law in Support of Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlements. (Dkt. Nos. 148 and 149.)

(6)    As Exhibit 10, the Declaration of James W. Johnson in Support of Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlements, including all exhibits attached thereto (including the agreements and documents memorializing the settlements). (Dkt. Nos. 150, 150-1 through 150-15.)

(7)    As Exhibit 11, the [Proposed] Order Granting Preliminary Approval of Class Action Settlements, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlements, including all exhibits attached thereto. (Dkt. No. 151.)

(8)    As Exhibit 12, a list of those potential U.S. settling class members[2] who reside in each State, to the extent known. Pursuant to 28 U.S.C. §

---

[1]    Citations to "Dkt. No. __" refer to docket entries in Case No. 1:19-cv-06396-JPO (S.D.N.Y.).

[2]    The U.S. settlement class is defined to include: "(i) all persons and entities who or which purchased the publicly traded common stock of CannTrust Holdings Inc. on the New York Stock Exchange (NYSE) or on any U.S. based trading platform during the period from June 1, 2018 through March 31, 2020, inclusive (the Claim Period); and/or (ii) all persons and entities who or which purchased or otherwise acquired CannTrust Holdings Inc. common stock pursuant or traceable to the Offering Materials (as defined in the Complaint) issued in connection with the secondary public offering, completed on or about May 6, 2019." (Exhibit 11 at 27 of 71.)

August 30, 2021
Page 3

1715(b)(7), the Settling Defendants state that it is not feasible at this time to provide a listing of those settling class members who beneficially owned CannTrust common stock who reside in each state or an estimated number of U.S. class members residing in each state or an estimate of the proportionate share of the claims of such members to the entire settlement.

As explained in Exhibit 1 to the Johnson Declaration, attached hereto as Exhibit 10, certain of the parties have also entered into two supplemental agreements in connection with the Proposed Settlement (the "Confidential Agreements"). These Confidential Agreements are not being filed with the U.S. Court due to their sensitive nature. The documents require confidentiality because they relate to matters that, if disclosed, could incentivize certain persons or entities to undertake litigation positions that would be detrimental to the interests of the Lead Plaintiffs and the proposed class. If you require additional information regarding the Confidential Agreements, please let us know and we can discuss appropriate arrangements to address the confidential nature of these materials.

As of the date of this notice, no hearing has been scheduled in connection with the Motion for Preliminary Approval of Proposed Class Action Settlements. We expect any additional U.S. Court documents (including any hearing dates) will be posted to the docket publicly available through the Southern District of New York's PACER system.

*    *    *

The password for the enclosed CD is: [                    ]

If you have any questions regarding this notice, the U.S. Class Action, or the enclosed materials, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Sincerely,

*/s/ Susan L. Saltzstein*

Susan L. Saltzstein

August 30, 2021
Page 4

## APPENDIX A

### Offices of Federal and State Officials

| | |
|---|---|
| Greg Taylor<br>Director, Litigation Division<br>Office of the Comptroller of the Currency<br>400 7th Street, SW<br>Washington, DC 20219<br>Sent VIA Certified Mail and FedEx | Roberta Caruso<br>Examiner-in-Charge<br>Office of the Comptroller of the Currency<br>388 Greenwich Street, 20th Floor<br>New York, NY 10013<br>Sent VIA Certified Mail and FedEx |
| Crystal Cook<br>Examiner-in-Charge<br>Office of the Comptroller of the Currency<br>200 Vesey Street, 14th Floor<br>New York, NY 10218<br>Sent VIA Certified Mail and FedEx | Rob Schwartz<br>Acting General Counsel<br>Commodity Futures Trading Commission<br>Three Lafayette Center<br>1155 21st Street, NW<br>Washington, DC 20581<br>Sent VIA Certified Mail and FedEx |
| John C. Williams<br>President and Chief Executive Officer<br>Federal Reserve Bank of New York<br>33 Liberty Street<br>New York, NY 10045<br>Sent VIA Certified Mail and FedEx | U.S. Department of Justice<br>Office of the U.S. Attorney General<br>Room B-103<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Sent VIA Certified Mail and FedEx |
| Hon. Steve Marshall<br>Alabama Attorney General<br>501 Washington Avenue PO Box 300152<br>Montgomery, AL 36130-0152 | Hon. Treg R. Taylor<br>Alaska Attorney General<br>PO Box 110300<br>Juneau, Alaska 99811-0300 |
| Hon. Talauega Eleasalo V. Ale<br>American Samoa Attorney General<br>American Samoa Government Executive<br>Office Building<br>Utulei, Territory of American Samoa,<br>Pago Pago, AS 96799 | Hon. Mark Brnovich<br>Arizona Attorney General<br>2005 North Central Avenue<br>Phoenix, AZ 85004-2926 |
| Hon. Leslie Rutledge<br>Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201 | Hon. Rob Bonta<br>California Attorney General<br>CAFA Coordinator<br>Consumer Protection Section<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |

August 30, 2021
Page 5

| | |
|---|---|
| Hon. Phil Weiser<br>Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Hon. William Tong<br>Connecticut Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Sent Via Certified Mail and E-mail:<br>AG.CAFA@CT.GOV |
| Hon. Kathy Jennings<br>Delaware Attorney General<br>Carvel State Building<br>820 North French Street<br>Wilmington, DE 19801 | Hon. Karl A. Racine<br>District of Columbia Attorney General<br>400 6th Street NW<br>Washington, DC 20001 |
| Hon. Ashley Moody<br>Florida Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | Hon. Christopher M. Carr<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| Hon. Leevin Taitano Camacho<br>Guam Attorney General<br>ITC Building<br>590 South Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 | Hon. Clare E. Connors<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Hon. Lawrence G. Wasden<br>Idaho Attorney General<br>700 West Jefferson Street, Suite 210<br>PO Box 83720<br>Boise, Idaho 83720-0010 | Hon. Kwame Raoul<br>Illinois Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |
| Hon. Todd Rokita<br>Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 | Hon. Tom Miller<br>Iowa Attorney General<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA 50319 |
| Hon. Derek Schmidt<br>Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612 | Hon. Daniel Cameron<br>Kentucky Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, KY 40601-3449 |
| Hon. Jeff Landry<br>Louisiana Attorney General<br>PO Box 94005<br>Baton Rouge, LA 70804 | Hon. Aaron Frey<br>Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |

August 30, 2021
Page 6

| | |
|---|---|
| Hon. Brian E. Frosh<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 | Hon. Maura Healey<br>Massachusetts Attorney General<br>CAFA Coordinator/General Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108 |
| Hon. Dana Nessel<br>Michigan Attorney General<br>G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30212<br>Lansing, MI 48909 | Hon. Keith Ellison<br>Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |
| Hon. Lynn Fitch<br>Mississippi Attorney General<br>P.O. Box 220<br>Jackson, MS 39205 | Hon. Eric Schmitt<br>Missouri Attorney General<br>Supreme Court Building<br>207 West High St.<br>PO Box 899<br>Jefferson City, MO 65102 |
| Hon. Austin Knudsen<br>Montana Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>PO Box 201401<br>Helena, MT 59620-1401 | Hon. Doug Peterson<br>Nebraska Attorney General<br>2115 State Capitol<br>PO Box 98920<br>Lincoln, NE 68509 |
| Hon. Aaron Ford<br>Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV 89701 | Hon. John Formella<br>New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |
| Hon. Gurbir S. Grewal<br>New Jersey Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, PO Box 080<br>Trenton, NJ 08625-0080 | Hon. Hector Balderas<br>New Mexico Attorney General<br>PO Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Hon. Letitia James<br>New York Attorney General<br>CAFA Coordinator<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 | Hon. Josh Stein<br>North Carolina Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |

August 30, 2021
Page 7

| | |
|---|---|
| Hon. Wayne Stenehjem<br>North Dakota Attorney General<br>600 East Boulevard Avenue, Department 125<br>Bismarck, ND 58505-0040 | Hon. Edward E. Manibusan<br>Northern Mariana Islands Attorney General<br>Caller Box 10007<br>Saipan, MP 96950 |
| Hon. Dave Yost<br>Ohio Attorney General<br>State Office Tower 30 East Broad Street, 17th Floor<br>Columbus, OH 43215-3428 | Hon. Mike Hunter<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Hon. Ellen F. Rosenblum<br>Oregon Attorney General<br>1162 Court Street, NE<br>Salem, OR 97301-4096 | Hon. Josh Shapiro<br>Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| Hon. Domingo Emanuelli Hernandez<br>Puerto Rico Attorney General<br>PO Box 902192<br>San Juan, PR 00902 | Hon. Peter F. Neronha<br>Rhode Island Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| Hon. Alan Wilson<br>South Carolina Attorney General<br>PO Box 11549<br>Columbia, SC 29211 | Hon. Jason R. Ravonsborg<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre SD 57501-8501 |
| Hon. Herbert H. Slatery III<br>Tennessee Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | Hon. Ken Paxton<br>Texas Attorney General<br>209 West 14th Street<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Hon. Denise N. George<br>Virgin Islands Attorney General<br>3438 Krondprindsens<br>Gade GERS Building, 2nd Floor,<br>St. Thomas, VI 00802 | Hon. Sean D. Reyes<br>Utah Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |
| Hon. T.J. Donovan<br>Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609 | Hon. Mark R. Herring<br>Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |

August 30, 2021
Page 8

| | |
|---|---|
| Hon. Bob Ferguson<br>Washington Attorney General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | Hon. Patrick Morrisey<br>West Virginia Attorney General<br>Capitol Complex, Building 1, Room E-26<br>1900 Kanawha Boulevard, East<br>Charleston, WV 25305 |
| Hon. Josh Kaul<br>Wisconsin Attorney General<br>PO Box 7857<br>Madison, WI 53707-7857 | Hon. Bridget Hill<br>Wyoming Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002 |