RECEIVED
SDNY PRO SE OFFICE

2021 NOV 17 AM 10: 22

November 7, 2021

Dear Judge J. Paul Oetken and Associates,

I object to the proposed Settlements and/or the Allocation and Distribution Scheme in "*In re CannTrust Holdings Inc. Sec. Litig.*, No. 1:19-cv-06396-JPO (S.D.N.Y.)."

I object to what is considered an eligible security based on the class period. According to the settlement, purchases made after 9/17/19 are not eligible for recovery because investors were allegedly disclosed the full truth about CannTrust. I believe that the full truth was not disclosed to investors and still has not been regarding the allegations against CannTrust. If the full truth was disclosed to the extent in which investors should have known not to purchase any shares, I believe I wouldn't have. CannTrust and its executives have denied all allegations.

In reference to the class action and being part of a class based on when the stock was bought, I believe there should also be another class specifically for African Americans. I believe it is a form of systemic discrimination if the allegations against CannTrust are true based on the fact that African Americans already lack social equity in the marijuana industry due to discriminatory practices, according to many credible sources.

In conclusion, I believe my equity in CannTrust Common Stock should be returned in its original value.

Myron V. Guidry
969 Greenway Ave. N. Apt. 202
Oakdale, MN 55128
763-843-1484
Mvg81989@icloud.com

*PRESS FIRMLY TO SEAL*

 

**PRES**





U.S. POSTAGE PAID
PME 1-Day
SOUTH BEND, IN
46619
NOV 09, 21
AMOUNT
**$27.10**
R2303S102684-31

1007      10007

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

EJ 931 702 357 US

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)    PHONE ( 763 ) 843-1484

Myron Guidry
969 Greenway Ave. N. Apt. 202
Oakdale, MN 55128

Civil Docketing
JKR

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)    PHONE (        )
Clerk of the Court
United States District Court
Southern District of New York
U.S. Courthouse
40 Foley Square    New York, N.Y.
ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 7 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 46619 | 11/10/2021 | $27.10 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 11/09/2021 | ☑ 6:00 PM | $ | $ |
| Time Accepted | ☐ AM / ☑ PM | Return Receipt Fee | Live Animal Transportation Fee |
| 1:16 | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| | $ | | |
| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
| 1.90 lbs. ozs. | | CMF | $27.10 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021       PSN 7690-02-000-9996

*PEEL FROM THIS CORNER*

  **UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.