**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: CANNTRUST HOLDINGS INC. SECURITIES LITIGATION | No. 1:19-cv-06396-JPO<br><br>Judge J. Paul Oetken |

## REPLY DECLARATION OF JAMES W. JOHNSON

I, JAMES W. JOHNSON, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.    I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in the above-captioned class action, and am admitted to practice before this Court. I respectfully submit this declaration in further support of Lead Plaintiffs' motion for final approval of the proposed Settlements and approval of the proposed Allocation and Distribution Scheme ("A&DS") for the proceeds of the Settlements, as they relate to the U.S. Class Action (the "Final Approval Motion," ECF No. 154).

2.    After receiving the objection of Myron V. Guidry, ECF No. 160, my partner Nicole Zeiss and I emailed Mr. Guidry to request documentation of his trading in CannTrust common stock, given that he did not provide any with his objection. Attached hereto as Exhibit 1 is a true and correct copy of the information provided to us by Mr. Guidry.

3.    The Claims Administrator has reviewed the trading information and preliminarily calculates that the trades could result in a Recognized Loss under the proposed Allocation and Distribution Scheme of approximately CAD$37,000.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2021.

/s/ *James W. Johnson*
JAMES W. JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

/s/ *James W. Johnson*
JAMES W. JOHNSON