# Exhibit 1

| Activity Date | Process Date | Settle Date | Account Type | Instrument | Description | Trans Code | Quantity | Price | Amount | Suppressed |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -493 | $0.46 | $226.72 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -400 | $0.46 | $183.95 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -900 | $0.46 | $413.89 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -900 | $0.46 | $413.89 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -85 | $0.46 | $39.09 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -500 | $0.46 | $229.94 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -2300 | $0.46 | $1,057.70 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -55 | $0.46 | $25.29 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -3 | $0.46 | $1.38 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -10 | $0.46 | $4.60 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -5 | $0.46 | $2.30 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -2 | $0.46 | $0.92 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -1 | $0.46 | $0.46 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -40 | $0.46 | $18.40 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -40 | $0.46 | $18.40 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -9 | $0.46 | $4.14 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -10 | $0.46 | $4.60 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -152 | $0.46 | $69.90 | N |
| 03/12/2020 | 03/12/2020 | 03/16/2020 | | 2 CNTTQ | CannTrust | SELL | -95 | $0.46 | $43.69 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | BUY | 6000 | $0.46 | -$2,760.00 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -700 | $0.52 | $363.92 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -210 | $0.52 | $109.18 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -540 | $0.52 | $280.74 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -2 | $0.52 | $1.04 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -50 | $0.52 | $26.00 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -300 | $0.52 | $155.96 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -500 | $0.52 | $259.99 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -300 | $0.52 | $155.99 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -400 | $0.52 | $207.99 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -300 | $0.52 | $155.99 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -400 | $0.52 | $207.99 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -398 | $0.52 | $206.95 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -700 | $0.52 | $363.99 | N |
| 03/11/2020 | 03/11/2020 | 03/13/2020 | | 2 CNTTQ | CannTrust | SELL | -200 | $0.52 | $104.00 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | | 2 CNTTQ | CannTrust | BUY | 200 | $0.49 | -$97.98 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | | 2 CNTTQ | CannTrust | BUY | 100 | $0.49 | -$49.00 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | | 2 CNTTQ | CannTrust | BUY | 100 | $0.49 | -$49.00 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | | 2 CNTTQ | CannTrust | BUY | 100 | $0.49 | -$49.00 | N |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 100 | $0.49 | -$49.00 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 1200 | $0.49 | -$586.92 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 300 | $0.49 | -$146.73 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 200 | $0.49 | -$97.82 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 300 | $0.49 | -$146.73 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 300 | $0.49 | -$146.73 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 100 | $0.49 | -$48.91 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 1200 | $0.49 | -$586.92 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 400 | $0.49 | -$195.64 | N |
| 03/09/2020 | 03/09/2020 | 03/11/2020 | 2 | CNTTQ | CannTrust | BUY | 400 | $0.49 | -$195.64 | N |
| 03/03/2020 | 03/03/2020 | 03/05/2020 | 2 | CNTTQ | CannTrust | SELL | -3805 | $0.69 | $2,640.54 | N |
| 03/03/2020 | 03/03/2020 | 03/05/2020 | 2 | CNTTQ | CannTrust | SELL | -7 | $0.69 | $4.86 | N |
| 03/03/2020 | 03/03/2020 | 03/05/2020 | 2 | CNTTQ | CannTrust | SELL | -188 | $0.69 | $130.47 | N |
| 02/28/2020 | 02/28/2020 | 03/03/2020 | 2 | CNTTQ | CannTrust | BUY | 1805 | $0.61 | -$1,102.67 | N |
| 02/28/2020 | 02/28/2020 | 03/03/2020 | 2 | CNTTQ | CannTrust | BUY | 469 | $0.61 | -$286.18 | N |
| 02/28/2020 | 02/28/2020 | 03/03/2020 | 2 | CNTTQ | CannTrust | BUY | 299 | $0.61 | -$182.45 | N |
| 02/28/2020 | 02/28/2020 | 03/03/2020 | 2 | CNTTQ | CannTrust | BUY | 1027 | $0.61 | -$626.68 | N |
| 02/28/2020 | 02/28/2020 | 03/03/2020 | 2 | CNTTQ | CannTrust | BUY | 100 | $0.61 | -$61.02 | N |
| 02/28/2020 | 02/28/2020 | 03/03/2020 | 2 | CNTTQ | CannTrust | BUY | 300 | $0.61 | -$183.06 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 7082 | $1.32 | -$9,348.24 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 6800 | $1.32 | -$8,976.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 5518 | $1.32 | -$7,283.76 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 11218 | $1.32 | -$14,807.76 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 190 | $1.32 | -$250.80 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 2000 | $1.32 | -$2,640.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 1200 | $1.32 | -$1,584.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 150 | $1.32 | -$198.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 300 | $1.32 | -$396.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 100 | $1.32 | -$132.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 100 | $1.32 | -$132.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 10 | $1.32 | -$13.20 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 350 | $1.32 | -$462.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 300 | $1.32 | -$396.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 500 | $1.32 | -$660.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 100 | $1.32 | -$132.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 2100 | $1.32 | -$2,772.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 300 | $1.32 | -$396.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 700 | $1.32 | -$924.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | 2 | CNTTQ | CannTrust | BUY | 500 | $1.32 | -$660.00 | N |

| Date | Date | Date | | | Symbol | | Name | Action | | Quantity | Price | | Amount | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 100 | $1.32 | | -$132.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 100 | $1.32 | | -$132.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 600 | $1.32 | | -$792.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 654 | $1.32 | | -$863.28 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 400 | $1.32 | | -$528.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 700 | $1.32 | | -$924.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 600 | $1.32 | | -$792.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 2100 | $1.32 | | -$2,772.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 1700 | $1.32 | | -$2,244.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 700 | $1.32 | | -$924.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 1800 | $1.32 | | -$2,376.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 248 | $1.32 | | -$326.12 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 400 | $1.32 | | -$526.00 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | BUY | | 380 | $1.32 | | -$499.70 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -29200 | $1.27 | | $37,111.88 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -4600 | $1.27 | | $5,846.38 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -4900 | $1.27 | | $6,227.68 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -439 | $1.28 | | $561.85 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -120 | $1.28 | | $153.58 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -40 | $1.28 | | $51.18 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -1 | $1.28 | | $1.26 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -500 | $1.28 | | $639.92 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -7500 | $1.28 | | $9,598.91 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -187 | $1.28 | | $239.33 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -100 | $1.28 | | $127.98 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -300 | $1.28 | | $385.45 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -100 | $1.28 | | $127.98 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -200 | $1.28 | | $256.97 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -400 | $1.28 | | $513.93 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -300 | $1.28 | | $385.45 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -400 | $1.28 | | $513.93 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -400 | $1.28 | | $513.93 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -300 | $1.28 | | $385.45 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -5 | $1.29 | | $6.43 | N |
| 10/21/2019 | 10/21/2019 | 10/23/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -8 | $1.29 | | $10.30 | N |
| 10/21/2019 | 10/14/2019 | 10/16/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -1 | $1.14 | | $1.13 | N |
| 10/21/2019 | 10/14/2019 | 10/16/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -2450 | $1.14 | | $2,799.02 | N |
| 10/21/2019 | 10/14/2019 | 10/16/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -550 | $1.14 | | $626.91 | N |
| 10/21/2019 | 10/14/2019 | 10/16/2019 | | 2 | CNTTQ | | CannTrust | SELL | | -4300 | $1.13 | | $4,858.38 | N |

| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | SELL | | -100 | $1.14 | $113.98 | N |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | SELL | | -100 | $1.14 | $113.98 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | SELL | | -100 | $1.14 | $113.98 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | SELL | | -200 | $1.14 | $227.97 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | SELL | | -170 | $1.14 | $193.77 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | SELL | | -30 | $1.14 | $34.18 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 1 | $1.08 | -$1.09 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.82 | -$163.06 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.82 | -$81.53 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.82 | -$163.06 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.82 | -$163.06 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 300 | $0.82 | -$244.59 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $0.81 | -$1,629.80 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 5000 | $0.84 | -$4,200.00 | N |
| 10/14/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 4000 | $0.86 | -$3,442.40 | N |
| 10/10/2019 | 10/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $0.88 | -$878.90 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $0.88 | -$1,764.48 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $0.88 | -$882.50 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $0.89 | -$1,787.00 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 294 | $0.90 | -$265.48 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 105 | $0.90 | -$94.82 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.90 | -$90.24 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.90 | -$90.24 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.90 | -$90.12 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2400 | $0.90 | -$2,163.60 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1 | $0.90 | -$0.90 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 99 | $0.90 | -$89.22 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.90 | -$180.24 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.90 | -$180.24 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 101 | $0.90 | -$91.02 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.90 | -$90.12 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.90 | -$180.24 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.90 | -$180.24 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.90 | -$90.12 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.90 | -$90.12 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.90 | -$90.12 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.90 | -$180.24 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 300 | $0.90 | -$270.36 | N |
| 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1526 | $0.91 | -$1,388.81 | N |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1474 | $0.91 | -$1,341.49 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $0.93 | -$1,860.20 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 162 | $0.93 | -$150.72 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.93 | -$93.04 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 963 | $0.93 | -$895.98 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 400 | $0.93 | -$372.16 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.93 | -$93.04 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.93 | -$93.04 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 500 | $0.93 | -$465.20 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 175 | $0.93 | -$162.82 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.93 | -$186.08 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $0.93 | -$186.08 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $0.93 | -$93.04 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $0.93 | -$1,860.60 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 3000 | $0.94 | -$2,810.10 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $0.94 | -$1,880.80 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $0.95 | -$945.93 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $0.95 | -$950.00 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $0.95 | -$951.69 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $0.96 | -$1,911.40 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 3000 | $0.96 | -$2,876.40 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $0.96 | -$955.65 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $0.96 | -$957.50 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 3000 | $0.96 | -$2,880.00 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $0.98 | -$1,959.80 | N |
| 10/10/2019 | 10/10/2019 | 10/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 5000 | $0.99 | -$4,950.00 | N |
| 09/16/2019 | 09/16/2019 | 09/18/2019 | 2 | CNTTQ | CannTrust | SELL | | -500 | $1.53 | $765.92 | N |
| 09/16/2019 | 09/16/2019 | 09/18/2019 | 2 | CNTTQ | CannTrust | BUY | | 69 | $1.54 | -$106.26 | N |
| 09/16/2019 | 09/16/2019 | 09/18/2019 | 2 | CNTTQ | CannTrust | BUY | | 431 | $1.54 | -$663.74 | N |
| 08/09/2019 | 08/09/2019 | 08/13/2019 | 2 | CNTTQ | CannTrust | SELL | | -1000 | $2.96 | $2,962.51 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | SELL | | -10 | $2.00 | $19.98 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | SELL | | -9000 | $2.01 | $18,107.45 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | BUY | | 1944 | $2.13 | -$4,139.36 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | SELL | | -300 | $2.23 | $668.94 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | SELL | | -250 | $2.23 | $557.45 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | SELL | | -134 | $2.23 | $298.79 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | SELL | | -250 | $2.23 | $557.45 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | SELL | | -1000 | $2.23 | $2,229.83 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | BUY | | 2346 | $2.11 | -$4,950.06 | N |

| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | BUY | | 4200 | $2.11 | -$8,862.00 | N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | BUY | | 2204 | $2.11 | -$4,650.44 | N |
| 07/24/2019 | 07/24/2019 | 07/26/2019 | 2 | CNTTQ | CannTrust | BUY | | 250 | $2.11 | -$527.50 | N |
| 07/19/2019 | 07/19/2019 | 07/23/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $2.78 | -$2,780.00 | N |
| 07/18/2019 | 07/18/2019 | 07/22/2019 | 2 | CNTTQ | CannTrust | SELL | | -10 | $3.08 | $30.78 | N |
| 07/18/2019 | 07/18/2019 | 07/22/2019 | 2 | CNTTQ | CannTrust | SELL | | -1000 | $3.08 | $3,075.61 | N |
| 07/16/2019 | 07/16/2019 | 07/18/2019 | 2 | CNTTQ | CannTrust | BUY | | 479 | $2.80 | -$1,340.86 | N |
| 07/16/2019 | 07/16/2019 | 07/18/2019 | 2 | CNTTQ | CannTrust | BUY | | 521 | $2.80 | -$1,458.80 | N |
| 07/12/2019 | 07/12/2019 | 07/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 10000 | $2.69 | -$26,899.00 | N |
| 07/12/2019 | 07/12/2019 | 07/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 4330 | $2.70 | -$11,690.57 | N |
| 07/12/2019 | 07/12/2019 | 07/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 1685 | $2.70 | -$4,549.50 | N |
| 07/12/2019 | 07/12/2019 | 07/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 3985 | $2.70 | -$10,759.50 | N |
| 07/12/2019 | 07/12/2019 | 07/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 5000 | $2.71 | -$13,550.00 | N |
| 07/12/2019 | 07/12/2019 | 07/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 3000 | $2.71 | -$8,129.70 | N |
| 07/12/2019 | 07/12/2019 | 07/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $2.72 | -$2,719.90 | N |
| 07/12/2019 | 07/12/2019 | 07/16/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $2.71 | -$2,710.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $2.75 | -$550.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 400 | $2.75 | -$1,100.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $2.75 | -$2,750.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $2.75 | -$2,750.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $2.75 | -$275.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $2.75 | -$275.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 300 | $2.75 | -$825.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $2.74 | -$274.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $2.74 | -$274.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1700 | $2.74 | -$4,658.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 2000 | $2.82 | -$5,640.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $2.83 | -$2,830.00 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 226 | $2.83 | -$639.26 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 774 | $2.83 | -$2,190.42 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 925 | $2.83 | -$2,617.75 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 25 | $2.83 | -$70.75 | N |
| 07/11/2019 | 07/11/2019 | 07/15/2019 | 2 | CNTTQ | CannTrust | BUY | | 50 | $2.85 | -$142.50 | N |
| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | | 500 | $3.16 | -$1,580.00 | N |
| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | | 100 | $3.16 | -$316.00 | N |
| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $3.16 | -$632.00 | N |
| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | | 200 | $3.16 | -$632.00 | N |
| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | | 1000 | $3.27 | -$3,269.00 | N |
| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | | 295 | $3.50 | -$1,032.32 | N |

| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | 550 | $3.50 | -$1,925.00 | N |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | 110 | $3.50 | -$385.00 | N |
| 07/10/2019 | 07/10/2019 | 07/12/2019 | 2 | CNTTQ | CannTrust | BUY | 45 | $3.50 | -$157.50 | N |
| 07/09/2019 | 07/09/2019 | 07/11/2019 | 2 | CNTTQ | CannTrust | BUY | 1000 | $3.53 | -$3,530.00 | N |
| 07/09/2019 | 07/09/2019 | 07/11/2019 | 2 | CNTTQ | CannTrust | BUY | 1000 | $3.52 | -$3,520.00 | N |
| 07/09/2019 | 07/09/2019 | 07/11/2019 | 2 | CNTTQ | CannTrust | BUY | 10 | $3.58 | -$35.79 | N |
| 07/08/2019 | 07/08/2019 | 07/10/2019 | 2 | CNTTQ | CannTrust | BUY | 800 | $3.83 | -$3,064.00 | N |
| 07/08/2019 | 07/08/2019 | 07/10/2019 | 2 | CNTTQ | CannTrust | BUY | 100 | $3.83 | -$383.00 | N |
| 07/08/2019 | 07/08/2019 | 07/10/2019 | 2 | CNTTQ | CannTrust | BUY | 700 | $3.83 | -$2,681.00 | N |
| 07/08/2019 | 07/08/2019 | 07/10/2019 | 2 | CNTTQ | CannTrust | BUY | 600 | $3.83 | -$2,298.00 | N |
| 07/08/2019 | 07/08/2019 | 07/10/2019 | 2 | CNTTQ | CannTrust | BUY | 800 | $3.83 | -$3,064.00 | N |
| 07/08/2019 | 07/08/2019 | 07/10/2019 | 2 | CNTTQ | CannTrust | BUY | 809 | $3.83 | -$3,098.39 | N |
| 07/08/2019 | 07/08/2019 | 07/10/2019 | 2 | CNTTQ | CannTrust | BUY | 191 | $3.83 | -$731.53 | N |
| 07/08/2019 | 07/08/2019 | 07/10/2019 | 2 | CNTTQ | CannTrust | BUY | 1000 | $4.16 | -$4,155.00 | N |
| 05/20/2019 | 05/20/2019 | 05/22/2019 | 2 | CNTTQ | CannTrust | SELL | -1 | $5.86 | $5.84 | N |
| 05/14/2019 | 05/14/2019 | 05/16/2019 | 2 | CNTTQ | CannTrust | SELL | -9 | $6.28 | $56.50 | N |
| 05/10/2019 | 05/10/2019 | 05/14/2019 | 2 | CNTTQ | CannTrust | BUY | 5 | $5.60 | -$28.00 | N |
| 05/08/2019 | 05/08/2019 | 05/10/2019 | 2 | CNTTQ | CannTrust | BUY | 4 | $5.82 | -$23.28 | N |
| 05/08/2019 | 05/08/2019 | 05/10/2019 | 2 | CNTTQ | CannTrust | BUY | 1 | $5.90 | -$5.90 | N |

Robinhood does not provide tax or legal advice.  Please consult your tax advisor for questions regarding your specific tax situation.

This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes.

Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while cryptocurrency trading is done through an account with Robinhood Crypto, LLC. Cryptocurrencies are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your cryptocurrency investments are not covered by either FDIC or SIPC insurance.