**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: CANNTRUST HOLDINGS INC. SECURITIES LITIGATION | No. 1:19-cv-06396-JPO<br><br>Judge J. Paul Oetken |

**SUPPLEMENTAL DECLARATION OF LUIS GRANATI REGARDING:**
**(A) MAILING OF THE NOTICE AND CLAIM FORM AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION**

I, Luis Granati, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's September 2, 2021, Order Granting Preliminary Approval of Class Action Settlements, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlements (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlements in the above-captioned action.[1]  I submit this declaration as a supplement to my earlier declaration, the Declaration of Luis Granati Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, dated October 28, 2021 (the "Initial Mailing Declaration").  The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently about them.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Preliminary Approval Order, dated as of September 2, 2021.

## CONTINUED DISSEMINATION OF THE NOTICE PACKET

2.      Since the execution of the Initial Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to requests from potential Settlement Class Members, brokers, and other nominees.  Through November 24, 2021, Epiq has disseminated a total of 79,017 Notice Packets to potential U.S. Settlement Class Members and nominees.

## EXCLUSION REQUESTS

3.      As set forth in the Preliminary Approval Order, U.S. Settlement Class Members who wish to be excluded from the U.S. Settlement Class are required to mail their written request to Epiq such that the request was received by November 11, 2021.  As of the date of this Supplemental Declaration, Epiq has received a total of four (4) requests for exclusion.  *See* Exhibit A.

4.      Additionally, the Preliminary Approval Order directed U.S. Settlement Class Members to submit their objections to the Court and counsel for the Settling Parties.  Epiq has not received any misdirected objections as of the date of this Supplemental Declaration.

I declare under penalty of perjury under the laws of the Canada that the foregoing is true and correct to the best of my knowledge.

Executed on November 24, 2021, at Ottawa, Ontario.



_____
Luis Granati