# Exhibit A

# CannTrust Exclusion Request No. 1

CannTrust Securities Settlements
PO Box 507 STN B
OTTAWA ON K1P 5P6



VICTORIA GONG SIMPLE

BUDD LAKE NJ
US

Oct.18,2021

Victoria Gong

Please exclude Victoria Gong from
U.S. Settlement class action

10/18/21

# This Page Intentionally Left Blank

CannTrust Securities Settlements
PO Box 507 STN B
OTTAWA ON K1P 5P6

Oct. 18, 2021

Victoria Gong

████████████████████

VICTORIA GONG &
RAYMOND Y GONG JT ██████

BUDD LAKE NJ ██████
US

To exclude my self from the U.S. Settlemt.

10/18/21

Account # ██████ is still holding

████ shr of CNTTq

# This Page Intentionally Left Blank

## OBJECTING TO THE SETTLEMENTS OR THE ALLOCATION
## AND DISTRIBUTION SCHEME AS THEY RELATE TO THIS CASE

**15. How do I tell the Court that I do not like something about the proposed Settlements?**

68.     If you are a U.S. Settlement Class Member, you can object to the Settlements, any of their terms, or the Allocation and Distribution Scheme (as they relate to the U.S. Class Action). You may write to the U.S. Court about why you think the Court should not approve any or all of the Settlement terms or related relief. If you would like the Court to consider your views, you must file a proper objection within the deadline, and according to the following procedures.

69.     To object, you must send a signed letter stating that you object to the proposed Settlements and/or the Allocation and Distribution Scheme in "*In re CannTrust Holdings Inc. Sec. Litig.*, No. 1:19-cv-06396-JPO (S.D.N.Y.)." The objection must also: (i) state the name, address, telephone number, and e-mail address of the objector and must be signed by the objector; (ii) state the objection(s) and the specific reasons for each objection, as they relate to this case, including whether the objection applies only to the objector, to a specific subset of the U.S. Settlement Class, or to the entire U.S. Settlement Class, and any legal and evidentiary support, and witnesses the U.S. Settlement Class Member wishes to bring to the Court's attention; and (iii) include documents sufficient to prove the objector's membership in the U.S. Settlement Class, such as the number of shares of publicly traded common stock of CannTrust purchased, acquired, and sold during the Claim Period, as well as the dates and prices of each such purchase, acquisition, and sale. Unless otherwise ordered by the U.S. Court, any U.S. Settlement Class Member who does not object in the

Victoria Gong exclude myself from U.S. Settlement

[signature] 10/18/2021

## 11. How do I exclude myself from the U.S. Settlement Class?

61.     To exclude yourself from the U.S. Settlement Class, you must mail a signed letter stating that you request to be "excluded from the U.S. Settlement Class in *In re CannTrust Holdings Inc. Sec. Litig.*, No. 1:19-cv-06396-JPO (S.D.N.Y.)." You cannot exclude yourself by telephone or e-mail. Each request for exclusion must also: (i) state the name, address, e-mail, and telephone number of the person or entity requesting exclusion; (ii) state the number of shares of CannTrust publicly traded common stock the person or entity purchased, acquired, and sold during the Claim Period; the dates and prices of all purchases, acquisitions, and sales; and documentation of each trade; and (iii) be signed by the person or entity requesting exclusion. A request for exclusion must be mailed so that it is **received no later than November 11, 2021** to:

*CannTrust Securities Settlements*
c/o Epiq Class Action Services Canada Inc.
P.O. Box 507 STN B
Ottawa ON K1P 5P6

62.     This information is needed to determine whether you are a member of the U.S. Settlement Class. Your exclusion request must comply with these requirements in order to be valid.

63.     If you ask to be excluded, do not submit a Claim Form because you cannot receive any payment from the Class Compensation Fund in relation to the U.S. Class Action. Also, you cannot object to the Settlements because you will not be a U.S. Settlement Class Member any longer.



CannTrust Exclusion Request No. 2

CannTrust Securities Settlements
PO Box 507 STN B
OTTAWA ON K1P 5P6

RAYMOND YOUNG GONG

BUDD LAKE NJ
US

*[handwritten]* Oct 18, 2021

Raymond Gong

account # [redacted] is still holding [redacted] shr of CNTTQ

Please exclude Raymond Gong from U.S. Settlement class Action

*[signature]*

I wish Cann Trust securities the best of luck !!

# This Page Intentionally Left Blank

*[handwritten]* I Raymond Gong, please exclude me from U.S. settlement class action *[signature]*

## 11. How do I exclude myself from the U.S. Settlement Class?

61.    To exclude yourself from the U.S. Settlement Class, you must mail a signed letter stating that you request to be "excluded from the U.S. Settlement Class in *In re CannTrust Holdings Inc. Sec. Litig.*, No. 1:19-cv-06396-JPO (S.D.N.Y.)." You cannot exclude yourself by telephone or e-mail. Each request for exclusion must also: (i) state the name, address, e-mail, and telephone number of the person or entity requesting exclusion; (ii) state the number of shares of CannTrust publicly traded common stock the person or entity purchased, acquired, and sold during the Claim Period; the dates and prices of all purchases, acquisitions, and sales; and documentation of each trade; and (iii) be signed by the person or entity requesting exclusion. A request for exclusion must be mailed so that it is **received no later than November 11, 2021** to:

*CannTrust Securities Settlements*
c/o Epiq Class Action Services Canada Inc.
P.O. Box 507 STN B
Ottawa ON K1P 5P6

*[handwritten]* exclusion Raymond Gong *[signature]* 10/18/21

62.    This information is needed to determine whether you are a member of the U.S. Settlement Class. Your exclusion request must comply with these requirements in order to be valid.

63.    If you ask to be excluded, do not submit a Claim Form because you cannot receive any payment from the Class Compensation Fund in relation to the U.S. Class Action. Also, you cannot object to the Settlements because you will not be a U.S. Settlement Class Member any longer.

Greg

Budd Lake, NJ

18 OCT 2021  PM 2  L

FOREVER / USA

RECEIVED

NOV 10 2021

Cenn Trust Securities Settlements
c/o Epiq Class Action Services Canada Inc.
P.O.Box 507 STN B
Ottawa   ON , KIP-5P6

00299-2200

CannTrust Exclusion Request No. 3

Eric Blythe



Titusville, FL ▮▮▮▮

Thursday, September 23, 2021

CannTrust Securities Settlements
c/o Epiq Class Action Services Canada Inc.
PO Box 507 STN B
Ottawa ON K1P 5P6

CannTrust Securities Settlements:

I request to exclude myself for the U.S. Settlement Class in *In re CannTrust Holdings Inc. Sec. Litig.*, No. 1:19-cv-06396-JPO (S.D.N.Y.).

As of 09/23/2021, 1:53 AM ET   | A A A

| Symbol | Description | Quantity | Most Recent Market Value | Total Cost Basis | Unrealized Gain/Loss | Unrealized Gain/Loss % | | |
|---|---|---|---|---|---|---|---|---|
| CNTTQ | CANNTRUST HOLDINGS INC COM NPV ISIN #CA1378002077 SEDOL #BYVRPK2 | 200.0000 | $64.00 | $440.95 | -$376.95 | -85.49% | | ▪ Trade ▪ News ▪ Research |

**Open Lots** | **Closed Lots**

| Long-Term | Avg cost basis/share: $2.20 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Acquired | Quantity | Cost Basis per Share | Most Recent Market Value | Cost Basis | Unrealized Gain/Loss | Unrealized Gain/Loss % | Holding Period | Share Source | Grant Date |
| 07/24/2019 | 200.000 | $2.20 | $64.00 | $440.95 | -$376.95 | -85.49% | Long | | |

As of 09/23/2021, 1:53 AM ET   | A A A

| Symbol | Description | Quantity | Most Recent Market Value | Total Cost Basis | Unrealized Gain/Loss | Unrealized Gain/Loss % | | |
|---|---|---|---|---|---|---|---|---|
| CNTTQ | CANNTRUST HOLDINGS INC COM NPV ISIN #CA1378002077 SEDOL #BYVRPK2 | 200.0000 | $68.00 | $440.95 | -$372.95 | -84.58% | | ▪ Trade ▪ News ▪ Research |

**Open Lots** | **Closed Lots**

| Quantity | Date Acquired | Date Sold | Proceeds | Cost Basis | Gain/Loss | Term |
|---|---|---|---|---|---|---|

Currently, there are no closed lots for this position.

X _____
Eric Blythe



Eric Blythe

Titusville, FL



RECEIVED  OCT 1 4 2021

CannTrust Securities Settlements
c/o Epiq Class Action Services Canada Inc.
PO Box 507 STN B
Ottawa ON K1P 5P6

CannTrust Exclusion Request No. 4



Plano TX ▇▇▇▇▇▇

Sept 30, 2021

CannTrust Securities Settlements
Epiq Class Action Services Canada Inc
P.O. Box 507 STN B
Ottawa ON KIP 5P6

Subject: Exclusion from the U.S. Settlement Case in In re CannTrust Holdings Inc. Sec. Litig.,No. 1:19-cv-06396-JPO (S.D. NY).

Request I (Jerry Fetter) be excluded from the U.S. Settlement Case in In re CannTrust Holdings Inc. Sec. Litig.,No. 1:19-cv-06396-JPO (S.D. NY).

Purchased 800 Sh Canntrust Holdings I on 1-15-2020 for $1.20 per Share. $960 Total.
Sold 800 Sh Canntrust Holdings I on 8-3-2021 for $0.35 per Share. $279.10 Total.

Thank you.

Sincerely,

*Jerry Fetter*
Jerry Fetter

▇▇▇▇▇▇▇▇

Attachment:
1. Schwab Trade Confirmation

**Jerry Fetter**

From:
Sent:
To:
Subject:



*charles*
**SCHWAB**

**Electronic Trade Confirmation**

**January 16, 2020** | your account ending:

# Schwab eConfirms™

This email contains your trade confirmations for 01/15/2020.

Please log in to the Schwab web site to view your confirmations at

| Symbol: | **Security Description: Canntrust Holdings I** |
|---|---|
| **CTST** | **Action: BOUGHT** |
| | **Security No./CUSIP:** 137800-20-7 |
| | **Trade Date:** 01/15/20 |
| | **Settle Date:** 01/17/20 |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 800 | $1.20 | $960.00 | N/A | $960.00 |

Additional information for this security:
Schwab acted as your agent

**Jerry Fetter**

From:
Sent:
To:
Subject:

**Electronic Trade Confirmation**

**August 04, 2021** | your account ending: ▇

# Schwab eConfirms™

This email contains your trade confirmations for 08/03/2021.

Please log in to the Schwab web site to view your confirmations at

| Symbol:<br>**CNTTQ** | **Security Description: Canntrust Holdings I**<br>**Action: SOLD**<br>**Security No./CUSIP:** 137800-20-7 |
|---|---|
| | **Trade Date:** 08/03/21<br>**Settle Date:** 08/05/21 |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 32 | $0.34 | $10.88 | N/A | $10.88 |
| 500 | $0.351 | $175.50 | N/A | $175.50 |
| 150 | $0.351 | $52.65 | N/A | $52.65 |
| 3 | $0.351 | $1.05 | N/A | $1.05 |
| **Totals** | | | | |
| **685** | | **$240.08** | **$0.00** | **$240.08** |

Additional information for this security:
- The cost basis method requested was FIFO. Please view the Cost Basis

*Total Sold :* *800 Sh    279.10    0.35 Per Sh*

This email contains your trade confirmations for 08/04/2021.
Please log in to the Schwab web site to view your confirmations at

| Symbol:<br>**CNTTQ** | **Security Description: Canntrust Holdings I**<br>**Action: SOLD**<br>**Security No./CUSIP:** 137800-20-7 |
|---|---|
| | **Trade Date:** 08/04/21<br>**Settle Date:** 08/06/21 |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 115 | $0.34 | $39.10 | N/A | $39.10 |

Jerry Fetter

Plano TX

RECEIVED OCT 14 2021



Canntrust Securities Settlements
Epiq Class Action Services Canada Inc.
P.O. Box 507 STN B
Ottawa ON K1P 5P6