**Labaton Sucharow**

**James W. Johnson**
Partner
212 907 0859  direct
212 907 0700  main
212 883 7059  fax
jjohnson@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

September 22, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

RE:   In Re: CannTrust Holdings Inc., 19-cv-06396 (JPO)

Dear Judge Oetken:

Counsel to Lead Plaintiffs, Granite Point Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund ("Plaintiffs"), respectfully submits this status report in accordance with the Minute Entry entered by the Court on June 17, 2022.

Following the approvals of the settlement by this Court and the Canadian court, the only remaining defendant is KPMG LLP.  Plaintiffs have completed their review of documents provided by CannTrust Holdings Inc., have conducted certain witness interviews and we expect to commence proceedings against KPMG in Canada by November 2022.

Plaintiffs respectfully request that the Court continue the stay of this action against KPMG until the Canadian proceedings are filed and Plaintiffs are permitted to pursue their U.S. securities claims in Canada.  With the Court's approval, Plaintiffs will submit another status report in three months.

Respectfully,

/s/ James W. Johnson
James W. Johnson
*Counsel for Lead Plaintiffs*

cc:   John F. Hartmann, P.C.
        KIRKLAND & ELLIS LLP
        *Counsel for Defendant KPMG LLP*

3210094v1
09/23/2022 12:02 PM

Granted. So ordered.

9/27/22

J. PAUL OETKEN
United States District Judge