**Labaton Sucharow**

**James W. Johnson**
Partner
212 907 0859  direct
212 907 0700  main
212 883 7059  fax
jjohnson@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

December 27, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

RE:   <u>In Re: CannTrust Holdings Inc., 19-cv-06396 (JPO)</u>

Dear Judge Oetken:

Counsel to Lead Plaintiffs, Granite Point Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund ("Plaintiffs"), respectfully submits this status report in accordance with the Minute Entry entered by the Court on September 27, 2022.

Following the approvals of the settlement by this Court and the Canadian court, the only remaining defendant is KPMG LLP ("KPMG"). The following three general categories of claims have been or will be brought against KPMG in Canada: (1) the claims held by CannTrust Holdings, Inc. ("CannTrust") against KPMG that CannTrust assigned to the plaintiff Trustees as part of the settlement (the "Securities Claimants Trust Action"); (2) the Canadian securities claims held by purchasers of CannTrust shares; and (3) the U.S. securities claims held by purchasers of CannTrust shares.

The Securities Claimants Trust Action was filed this month in Canada. The materials for the motion for leave to assert the Canadian securities claims against KPMG will be filed in Canada in January. The U.S. securities claim will also be filed against KPMG in Canada in January.

Plaintiffs respectfully request that the Court continue the stay of this action against KPMG until the Canadian proceedings are filed and Plaintiffs are permitted to pursue their U.S. securities claims in Canada. With the Court's approval, Plaintiffs will submit another status report in three months.

Respectfully,

/s/ James W. Johnson

James W. Johnson

**Labaton**
**Sucharow**

The Honorable J. Paul Oetken
December 27, 2022
Page 2

Granted. So ordered.

December 29, 2022

*Counsel for Lead Plaintiffs*

cc:    John F. Hartmann, P.C.
       KIRKLAND & ELLIS LLP
       *Counsel for Defendant KPMG LLP*

J. PAUL OETKEN
United States District Judge

3210094v1