# Labaton Sucharow

James W. Johnson
Partner
212 907 0859  direct
212 907 0700  main
212 883 7059  fax
jjohnson@labaton.com

New York Office
140 Broadway
New York, NY 10005

July 5, 2023

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

RE:   In Re: *CannTrust Holdings Inc.*, 19-cv-06396 (JPO)

Dear Judge Oetken:

Counsel to Lead Plaintiffs, Granite Point Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund ("Plaintiffs"), respectfully submits this status report to inform the Court of developments in the case since the last status letter submitted on April 4, 2023.

Following the approvals of the settlement by this Court and the Canadian court, the only remaining defendant is KPMG LLP ("KPMG").  Plaintiffs filed their Statement of Claim against KPMG in the Ontario Superior Court of Justice on June 12, 2023.  The Court held a case conference on June 19, 2023 and: (1) scheduled a follow up case conference on August 8, 2023 to consider a schedule for the motions for class certification of the U.S. and Canadian securities class actions; and (2) scheduled a hearing on December 18, 2023 on KPMG's motion to stay the claims held by CannTrust Holdings, Inc. ("CannTrust") against KPMG that CannTrust assigned to the plaintiff Trustees in favor of arbitration.

Plaintiffs respectfully request that the Court continue the stay of this action against KPMG until the Plaintiffs are permitted to pursue their U.S. securities claims in Canada.  With the Court's approval, Plaintiffs will submit another status report following the Canadian court hearing on December 18, 2023.

Respectfully,

*/s/James W. Johnson*
James W. Johnson
*Counsel for Lead Plaintiffs*

cc:   John F. Hartmann, P.C.
      KIRKLAND & ELLIS LLP
      *Counsel for Defendant KPMG LLP*