**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: CANNTRUST HOLDINGS INC. SECURITIES LITIGATION | No. 1:19-cv-06396-JPO<br><br>**NOTICE AND ORDER OF**<br><br>**VOLUNTARY DISMISSAL** |

WHEREAS, on December 2, 2021, Granite Point Capital Master Fund, LP and Granite Point Capital Scorpion Focused Ideas Fund ("Lead Plaintiffs") obtained approval for the settlement of claims against all Defendants other than KPMG LLP ("KPMG") in the Ontario Superior Court of Justice in Canada (the "Ontario Court") and this Court;

WHEREAS, that settlement stipulated that this action would be dismissed once the Lead Plaintiffs commenced an action in the Ontario Court advancing the claims in this action;

WHEREAS, the Lead Plaintiffs filed their 152 page Statement of Claim against KPMG in the Ontario Court on June 12, 2023 (the "U.S. Statement of Claim");

WHEREAS, KPMG has agreed not to assert that this Court is the more convenient forum for resolution of the claims brought by Lead Plaintiffs in the U.S. Statement of Claim on behalf of purchasers of CannTrust stock on the New York Stock Exchange or any U.S. based trading platform;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that:

1.    This action is dismissed with each party to bear its own costs.

| | |
|---|---|
| /s/ James W. Johnson | /s/ Joshua Z. Rabinovitz |
| James W. Johnson | Joshua Z. Rabinovitz |
| James T. Christie | **KIRKLAND & ELLIS LLP** |
| David J. Schwartz | 300 N. LaSalle |
| **LABATON SUCHAROW LLP** | Chicago, IL 60654 |

1

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
jchristie@labaton.com
dschwartz@labaton.com

*Counsel for Lead Plaintiffs Granite Point
Capital Master Fund, LP and Granite Point
Capital Scorpion Focused Ideas Fund, and
Lead Counsel for the Class*

**The Clerk is directed to close this case.**

Dated:  ___December 28___, 2023
         New York, New York


SO-ORDERED

_____
J. PAUL OETKEN
United States District Judge

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Joshua.rabinovitz@kirkland.com

*Counsel for Defendant KPMG*

2